UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

ABC

                -Against-

DEF

-------------------------------------------------------

Docket Number: 18-cv-8250

**NOTICE OF REASSIGNMENT**
*** SEALED***

The above-entitled action is:

---

[X] Declined by Judge Jed S. Rakoff
      As  [] Related to case #: 14-cr-243

---

[X] Assigned to Judge Jed S. Rakoff
[X] Designated / [] Redesignated to Magistrate Judge Katharine H. Parker

---

[] Accepted by

[] Designated

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                    Ruby J. Krajick
                                                    Clerk of Court

Dated: 9/14/2018                               By: Wayne Bowman

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/18
```