```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WINKLEVOSS CAPITAL FUND, LLC,        :
                                     :
     Plaintiff,                      :
                                     :       18-cv-8250(JSR)
     -v-                             :
                                     :       ORDER
CHARLES SHREM                        :
                                     :
     Defendant.                      :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

This matter originally came under seal placed by Judge Castel. At the plaintiff's request, that order was further confirmed by this Court. Plaintiff has now informed the Court that it has no objection to the matter being unsealed in its entirety. The Clerk of Court is therefore directed to unseal the case.

SO ORDERED

Dated:   New York, NY
         October 26, 2018

                                        _____
                                        JED S. RAKOFF, U.S.D.J.