AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| WINKLEVOSS CAPITAL FUND, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-CV-8250 (JSR) |
| CHARLES SHREM | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Garnishee LocalBitcoins USA, Inc., for the purpose of responding to the Order of Attachment,                 .

Date: October 29, 2018

/s/ John P. Dean
*Attorney's signature*

John P. Dean NYS Bar #1661362
*Printed name and bar number*

1301 19th Street, N.W., Suite 601
Washington, DC 20036
*Address*

johndean8@aol.com
*E-mail address*

202-725-8110
*Telephone number*

202-747-5862
*FAX number*

## **CERTIFICATE OF SERVICE**

I certify that I filed the attached Notice of Appearance using the Court's electronic filing system and thereby served the Plaintiff by electronic mail at [sam@meadefirm.com](mailto:sam@meadefirm.com).

October 29, 2018                                        **/s/John P. Dean**
                                                        John P. Dean