UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC,<br><br>Plaintiff,<br><br>v<br><br>CHARLES SHREM,<br><br>Defendant. | Case No. 18-CV-8250 (JSR)<br><br>Hon. Jed S. Rakoff |

**STATEMENT OF GARNISHEE**

In compliance with CPLR 6219 and in reference to the Order of Attachment of the property of Charles Shrem, the defendant in the above entitled action, served herein on the 22nd Day of October, 2018, I, Adella Toulon-Foerster, President of LocalBitcoins USA, Inc., on its behalf, do hereby state that on the date of service upon that corporation of a copy of that Order of Attachment, LocalBitcoins USA, Inc., was not indebted to the defendant above-named or to Winklevoss Capital Fund, LLC, nor did it have in its possession or custody any property of the defendant or in which the Defendant has an interest of any kind.

October 29, 2018

LOCALBITCOINS USA, INC.

By:

*Adella Toulon-Foerster*

Adella Toulon-Foerster
President

October 29, 2018					Respectfully submitted,

                                        **/s/ John P. Dean**
                                        John P. Dean
                                        **OSTER LAW FIRM**
                                        1301 19th Street N.W., Suite 601
                                        Washington, D.C. 20036
                                        (202) 596-5291 (p)
                                        (202) 747-5862 (f)
                                        steve@osterlawfirm.com

                                        *Counsel to Garnishee*

## CERTIFICATE OF SERVICE

I certify that I filed the attached Garnishee's Statement using the Court's electronic filing system and served the Plaintiff by electronic mail at [sam@meadefirm.com](mailto:sam@meadefirm.com).

October 29, 2018                                                            **/s/John P. Dean**
                                                                                                    John P. Dean