AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, <br> *Plaintiff* <br> v. <br> CHARLES SHREM <br> *Defendant* | ) <br> ) <br> ) Case No.  18-CV-8250 (JSR) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charles Shrem

Date:  10/30/2018

*Attorney's signature*

Brian E. Klein
*Printed name and bar number*

BAKER MARQUART LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017

*Address*

bklein@bakermarquart.com
*E-mail address*

(424) 652-7800
*Telephone number*

(424) 652-7850
*FAX number*