UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHARLES SHREM,<br><br>　　　　　Defendant. | Case No.<br><br>**NOTICE OF EX PARTE APPLICATION TO FILE UNDER SEAL** |

# 18 CV 8250

　　　　Please take notice that Plaintiff Winklevoss Capital Fund, LLC ("WCF"), by and through the undersigned counsel, seeks leave to file the accompanying Complaint and the related Ex Parte Application for Prejudgment Attachment under seal, with the sealing to be lifted at such time as the Order of Attachment is served on all relevant parties or the Ex Parte Application for Attachment is denied. Plaintiff brings this application pursuant to Federal Rules of Civil Procedure 5.2(d).

　　　　In support of this motion, Plaintiff submits the following documents:

- Notice of Ex Parte Application, Ex Parte Application to File Under Seal, the supporting affidavit of Tyler Meade, and a proposed order;

- Complaint; and

- Notice of Ex Parte Application, Ex Parte Application for Prejudgment Attachment, the supporting affidavits of Cameron Winklevoss, Tom Robinson, Matt Gruchevsky, Sam Ferguson, and John Mason, and

a proposed order of attachment.

DATED: September 11, 2018         Respectfully submitted,

By: /s/ Tyler Meade

Tyler Meade
THE MEADE FIRM p.c.
California Office:
    12 Funston Ave., Suite A
    San Francisco, CA 94129
New York Office:
    111 Broadway, Suite 2002
    New York, NY 10006
Telephone: (415) 724-9600
tyler@meadefirm.com

Attorneys for Plaintiff