UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES SHREM, <br><br> Defendant. | Case No. <br><br> [~~PROPOSED~~] SEALING ORDER |

**18 CV 8250**

Plaintiff Winklevoss Capital Fund, LLC ("WCF") has sought leave to file its Complaint and Ex Parte Application for Prejudgment Attachment under seal ("Motion") pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure. The Motion seeks to seal the Complaint and related Ex Parte Application for Prejudgment Attachment so as to prevent Defendant Charles Shrem, a domiciliary of Florida, from secreting property to frustrate prejudgment attachment and an eventual judgment. The Motion proposes to lift the seal at such time as an order of attachment is served on all the relevant parties, or alternatively the Ex Parte Application for Prejudgment Attachment is denied. Having reviewed WCF's Motion, this Court concludes that WCF has met the criteria for filing the Complaint and Ex Parte Application for Prejudgment Attachment under seal. Accordingly, the Court orders that the following pleadings shall be filed under seal:

1. WCF's September 11, 2018 Complaint against Charles Shrem and all related pleadings required to be filed with that complaint (e.g., Civil Cover Sheet, Notice of Related Case, Summons);

2. WCM's Ex Parte Application for Prejudgment Attachment and all related pleadings (e.g., the affidavits of Cameron Winklevoss, Tom Robinson, Matt Gruchevsky, John Mason, and Sam Ferguson);

3. The order of prejudgment attachment, if one issues; and

4. WCF's ex parte application to seal and all related pleadings (e.g., the notice, application, and affidavit of Tyler Meade).

It is so ordered.

_____
United States District Judge

Pono, S

5. This Order shall expire and the entirety of the record unsealed upon the earliest of the following: (a) 21 days following the successful attachment of any assets, (b) 90 days from the date of this Order, or (c) any shorter period ordered by the judge to whom the case is assigned.

6. This Order may be modified by the judge to whom the case is assigned.