## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, | Case No. |
| Plaintiff, | **NOTICE OF EX PARTE APPLICATION FOR PREJUDGMENT ATTACHMENT** |
| v. | |
| CHARLES SHREM, | **18 CV 8250** |
| Defendant. | |

Please take notice that Winklevoss Capital Fund, LLC ("WCF"), by and through the undersigned counsel, applies ex parte for prejudgment attachment. Plaintiff brings this application pursuant to New York Civil Practice Law and Rules sections 6201, 6211, and 6212, and Federal Rules of Civil Procedure 64, which allows this Court to order attachment where authorized by state law.

In support of this motion, Plaintiff submits the following documents:

- Notice of Ex Parte Application, Ex Parte Application for Prejudgment Attachment, the supporting affidavits of Cameron Winklevoss, Tom Robinson, Matt Gruchevsky, Sam Ferguson, and John Mason, and a proposed order of attachment.

-1-

-2-

DATED:  September 11, 2018          Respectfully submitted,


By: _____

Tyler Meade
THE MEADE FIRM p.c.
California Office:
    12 Funston Ave., Suite A
    San Francisco, CA  94129
New York Office:
    111 Broadway, Suite 2002
    New York, NY  10006
Telephone: (415) 724-9600
tyler@meadefirm.com

Attorneys for Plaintiff