# Exhibit A

# TOM ROBINSON

| | |
|---|---|
| Professional Experience | **Co-Founder, Chief Data Officer and Lead Investigator**<br>**Elliptic**, London, UK and Washington D.C., 2013 – present<br>www.elliptic.co<br>- Development of the world's first cryptocurrency anti-money laundering solution, used by exchanges and financial institutions worldwide.<br>- Management of Elliptic's data and investigations teams<br>- Cryptocurrency forensics investigations on behalf of international law enforcement and tax agencies.<br>- Expert witness evidence for criminal trials involving cryptocurrencies.<br>- Guidance to governments and regulators worldwide on cryptocurrency money laundering risks.<br>- Research into the illicit use of cryptocurrencies.<br><br>**Chief Executive**<br>**MOF Technologies**, Belfast, UK, 2012 – 2013<br><br>**Associate,**<br>**Netscientific PLC**, London, UK, 2010 – 2012<br><br>**Quantitative Analyst**<br>**Capstone Investment Advisors**, London, UK, 2010 – 2010<br><br>**Research Scientist**<br>**Department of Physics, University of Oxford**, UK, 2009 – 2010<br><br>**Analyst**<br>**Accenture**, London, UK, 2004 – 2005 |
| Selected Publications | **"Bitcoin Laundering: An Analysis of Illicit Flows into Digital Currency Services"**<br>Center on Sanctions and Illicit Finance, 12 January 2018<br><br>**"Limited appeal - virtual currencies in terrorist financing"**<br>Money Laundering Bulletin, 14 March 2016<br><br>**"Bitcoin – through pseudonymity"**<br>Money Laundering Bulletin, 9 September 2015<br><br>**"Cryptocurrencies - making the case for constructive regulation"**<br>e-Forex Magazine, 1 October 2014 |
| Education | **D.Phil (PhD), Atomic and Laser Physics**<br>University of Oxford, 2005-2009<br><br>**M.Phys Physics**<br>Keble College, University of Oxford, 1999-2003<br>First class honours. |