# Exhibit C

Charlie Shrem is scammer, watch out

9/7/18, 11:51 AM

## Bitcoin Forum

|  | September 07, 2018, 06:50:55 PM |
|---|---|

Welcome, **Guest**. Please login or register.

News: Latest stable version of Bitcoin Core: 0.16.2  [Torrent].

🔍  |  | Search

HOME   HELP   SEARCH   DONATE   LOGIN   REGISTER

Bitcoin Forum > Economy > Trading Discussion > Scam Accusations (Moderator: Cyrus) > **Charlie Shrem is scammer, watch out**

« previous topic next topic »

print

Pages: **[1]** 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 » All

📖  Author  Topic: Charlie Shrem is scammer, watch out  (Read 31033 times)

| | | |
|---|---|---|
| **bracek**<br>Hero Member<br>🏅🏅🏅🏅🏅<br><br>Activity: 530<br>Merit: 500<br><br>👤 | **Charlie Shrem is scammer, watch out**<br>October 09, 2014, 07:16:21 AM | #1 |

Owes me 60 btc,
do deals with him at your own peril...

basically, he honored the first deal, knowing there would be the second one
in second one, he did not pay me,

I was sending first, in both deals, thinking he has more to lose if he scams me, but,
he is obviously cashing in on his trust rating

I will be posting more info later today...


EDIT :
I got 10 bitcoins back, 50 more to go

EDIT :
got another 10 btc, 40 more to go

EDIT:
months are passing, as I called it out earlier,
he is waiting for the case to defuse and eventually not pay for my coins

EDIT :

december,
he still owes 35 btc ...

10% off Everything on Amazon. Just Pay Crypto.   **Shop Now**

Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here

| | | |
|---|---|---|
| **LibertyRemains**<br>Newbie<br>⭐<br><br>Activity: 10<br>Merit: 0<br><br>👤 🌐 | **Re: Charlie Shrem is a scammer, watch out**<br>October 09, 2014, 07:32:22 AM | #2 |

Damn, that is definitely not chump change...

Still owes 60 BTC? I wonder how many Casasclus coins were involved in that trade..

Good luck though if your claim is legitimate, it should get him motivated seeing his name in a scam accusation
here.

| | | |
|---|---|---|
| **Rawted**<br>Hero Member<br>🏅🏅🏅🏅🏅<br><br>Activity: 742 | **Re: Charlie Shrem is a scammer, watch out**<br>October 09, 2014, 02:13:19 PM | #3 |

He owes me 17 btc from Jan/feb 2013 as well.

Merit: 500                      Good luck to you.



Not just a movement...



**bracek**          ◇ **Re: Charlie Shrem is a scammer, watch out**                              #4
Hero Member            October 09, 2014, 02:31:42 PM
○○○○○
                       Quote from: LibertyRemains on October 09, 2014, 07:32:22 AM
Activity: 530          Damn, that is definitely not chump change...
Merit: 500
                       Still owes 60 BTC? I wonder how many Casascius coins were involved in that trade..

                       Good luck though if your claim is legitimate, it should get him motivated seeing his name in a scam accusation here.


                       I sent him tube containing 30 casascius error coins from 2011.

                       agreed price was 90 btc,
                       he paid that one,
                       but at that time, he already knew, that second shipment of even greater value is coming

                       after the first deal, we gave each other positive feedback rating and I sent the second package,
                       mind you, first package was also sent like this, I sent first because of his reputation in the community, not just on
                       his forum

                       so, second package was containing 2 x 25 btc
                       2 x 5 btc,
                       8 x single with error
                       and 2 x single without error,

                       al casascius pyhisical coins

                       he said he already had buyers for all those coins except the two big ones , (he was reselling them , I was
                       dumping them, wanted out of phyz and into full digital holding)
                       so he sent me btc for all but those 2 x 25btc in question and 2 singles, as soon as they arrived in mail

                       since than quite some time passed, because he really did have that hearing where
                       he pleaded something, so I thought he was in jail with internet access, but could not reach his coins to pay me in
                       full and complete the deal

                       later today I will try to  create some more visibility, I just happened to have a busy day...


**bracek**          ◇ **Re: Charlie Shrem is a scammer, watch out**                              #5
Hero Member            October 09, 2014, 02:36:19 PM
○○○○○
                       this is the thread where he sold them
Activity: 530
Merit: 500             https://bitcointalk.org/index.php?topic=724737.0;all

                       why delete original post ?

                       it was saying this :
                       ----------------------------------------------------------------------------------------------------------------------
                       --------------------

                       Quote
                       Hey All,

I am selling a 2011 25 BTC Casascius Coin. The coin is fully funded with the hologram intact.

Make any offer!

Will ship insured with tracking worldwide (this can be expensive) so please make sure your offer is reasonable.

EDIT: I have 2 of these available and a few people have been sending me PM's for bids.
If I accept your offer, I will send you my BTC address.
DO NOT send BTC to any address other than 11xRnZ5t4iGirDZMf77EPakbrxL5Tk7S2

Sold over 85 coins on these forums, feel free to look at my trust.

Here are both coins:
http://casascius.uberbills.com/?address=1GdZpPMdSvVayCLweCvDVpCoSvvcu23gYX
http://casascius.uberbills.com/?address=1GoFpcAi3ebB13Kr98kuxGx3VfJ2phf1jT

Weight: About 34 grams, or 1.2 ounces.
Size: About 45 mm, or 1.75 inches.
Thickness: About 3mm
Plated with real gold.  Text on front is painted black.

HIGH QUALITY: http://imgur.com/nKinC0K,X5ZX06n,fhBXvhI,bIr4ghi#2
http://imgur.com/nKinC0K,X5ZX06n,fhBXvhI,bIr4ghi#3

These have my official stamp on my signature.

-----------------------------------------------------------------------------------------------------------------------------------
--

Charlie ?
any comment on all this ?

bracek                    ◇ Re: Charlie Shrem is a scammer, watch out                                    #6
Hero Member                 October 09, 2014, 02:41:42 PM
⬥ ⬥ ⬥ ⬥ ⬥
                            this was the end of our communication,
Activity: 530
Merit: 500                  the coins were still not sold at that time, I requested that he pays me nominal value funded in them, 50 btc,
                            and the rest , the premium, when they actually sell
&
                            -----------------------------------------------------------------------------------------------------------------------

                            Quote from: bracek on August 18, 2014, 05:57:53 PM

                            actually, could you pay me 50 btc for them, and the rest when/if they get sold ?


                            Sorry for the delay in responding, I had some personal things to work on this week.

                            I guess I can send you 50 BTC, its only fair, Im holding onto your coins.

                            Send me your BTC address, Ill send it over.

                            Cheers.

bracek                    ◇ Re: Charlie Shrem is a scammer, watch out                                    #7
Hero Member                 October 09, 2014, 02:50:49 PM
⬥ ⬥ ⬥ ⬥ ⬥
                            btw,
Activity: 530
Merit: 500                  I asked casascius to give me some kind of pgp signed statement that I bought the coins in question directly from
                            him,

9/7/18, 11:51 AM

to get at least some ground on this claim I am making

he surely has my name and address, because he sent them to me by mail

almost 48 hours passed since, and no reply from casascius, I did send him only one pm, only here, but still...

I don't know why, but I think charlie contacted him regarding these coins and I suspect that here also could be
some dealing under the table.
If I am wrong, I will apologize

just saying...

---

**desired_username**
Hero Member
⬦⬦⬦⬦⬦

Activity: 867
Merit: 1000

**Re: Charlie Shrem is a scammer, watch out**
October 09, 2014, 06:38:29 PM                                                              #8

> Quote from: bracek on October 09, 2014, 02:50:49 PM
>
> btw,
>
> I asked casascius to give me some kind of pgp signed statement that I bought the coins in question directly from him,
> to get at least some ground on this claim I am making
>
> he surely has my name and address, because he sent them to me by mail
>
> almost 48 hours passed since, and no reply from casascius, I did send him only one pm, only here, but still...
>
> I don't know why, but I think charlie contacted him regarding these coins and I suspect that here also could be some dealing under
> the table.
> If I am wrong, I will apologize
>
> just saying...

First thing first, you should contact a lawyer and discuss your options. It will cost a bit but well worth the
expense.

Collect all the evidence and correspondence you have, speak with a lawyer and progress from there.

---

**Yankee
(BitInstant)**
Legendary
⬦⬦⬦⬦⬦

Activity: 1078
Merit: 1000

Charlie 'Van Bitcoin'
Shrem

**Re: Charlie Shrem is a scammer, watch out**
October 09, 2014, 06:51:35 PM                                                              #9

Hey Bracek,

I havent been online in a few days, nor received any emails from you.

Please email me your Bitcoin address and I will take care of this. Ive never scammed anyone and dont intend to
now.

You have my phone number, email, address and everything. I wish you would contact me that way instead of
making "charlie shrem is a scammer thread"

For the record, you mailed me 200 BTC + worth of physical Bitcoins which I sold on your behalf. I've paid you
over 150 BTC so far and told you I'd pay you when I sell the coins. I still have not sold all the coins and have been
paying you anyways (I still have a few left). I am happy to pay you the rest if you contact me.

I PM'd you my email address again.

Charlie

Bitcoin pioneer. An apostle of Satoshi Nakamoto. A crusader for a new, better, tech-driven society. A dreamer.

More about me: http://CharlieShrem.com

---

Charlie Shrem is scammer, watch out                                                                9/7/18, 11:51 AM

**Velkro**
Legendary
🔹🔹🔹🔹🔹

Activity: 1540
Merit: 1001



<3 Vanity Addresses :)

◇ **Re: Charlie Shrem is a scammer, watch out**
October 09, 2014, 06:55:35 PM                                                                      #10

We will see how it goes, wish u luck author to get ur btc back

---

**BitcoinVanityGen.com • Bitstamp.net**
**Bitcoin Vanity Address Generator Online • .My exchange.......................**

**r3wt**
Hero Member
🔹🔹🔹🔹🔹

Activity: 686
Merit: 500



always the student,
never the master.

◇ **Re: Charlie Shrem is a scammer, watch out**
October 09, 2014, 06:57:41 PM                                                                      #11

who the hell is Charlie Shrem?

My negative trust rating is reflective of a personal vendetta by someone on default trust.

**Yankee
(BitInstant)**
Legendary
🔹🔹🔹🔹🔹

Activity: 1078
Merit: 1000



instant

Charlie 'Van Bitcoin'
Shrem

◇ **Re: Charlie Shrem is a scammer, watch out**
October 09, 2014, 07:06:09 PM                                                                      #12

Quote from: Adrian-x on October 09, 2014, 07:03:52 PM
  Quote from: r3wt on October 09, 2014, 06:57:41 PM
  who the hell is Charlie Shrem?

he's a bitcoin early adopter who has been under house arrest for some time for selling bitcoin to be used on silk road.

Im not under house arrest nor is that true. I am guilty of aiding and abetting an an unlicensed money transmitter business.

Bitcoin pioneer. An apostle of Satoshi Nakamoto. A crusader for a new, better, tech-driven society. A dreamer.

More about me: http://CharlieShrem.com

**bracek**
Hero Member
🔹🔹🔹🔹🔹

Activity: 530
Merit: 500

◇ **Re: Charlie Shrem is a scammer, watch out**
October 09, 2014, 07:21:57 PM                                                                      #13

Quote from: Yankee (BitInstant) on October 09, 2014, 06:51:35 PM
Hey Bracek,

I havent been online in a few days, nor received any emails from you.

Please email me your Bitcoin address and I will take care of this. Ive never scammed anyone and dont intend to now.

You have my phone number, email, address and everything. I wish you would contact me that way instead of making "charlie shrem is a scammer thread"

For the record, you mailed me 200 BTC + worth of physical Bitcoins which I sold on your behalf. I've paid you over 150 BTC so far and told you I'd pay you when I sell the coins. I still have not sold all the coins and have been paying you anyways (I still have a few left). I am happy to pay you the rest if you contact me.

> I PM'd you my email address again.
>
> Charlie

I agree, this is mostly true, address sent

but, I have been sending you messages here from 24.th august,
4 or so, none of them got response

until just about now, after all this, I am sorry,
we will together try to minimize the damage

---

**bracek**
Hero Member
○○○○○

Activity: 530
Merit: 500



◇ **Re: Charlie Shrem is a scammer, watch out**
October 09, 2014, 07:25:36 PM                                                                 #14

and what about rawted's accusation, 17 btc, while we are clearing all this mess ?

---

**Yankee**
(BitInstant)
Legendary
○○○○○

Activity: 1078
Merit: 1000



Charlie 'Van Bitcoin'
Shrem

◇ **Re: Charlie Shrem is a scammer, watch out**
October 09, 2014, 07:30:15 PM                                                                 #15

> Quote from: bracek on October 09, 2014, 07:21:57 PM
>> Quote from: Yankee (BitInstant) on October 09, 2014, 06:51:35 PM
>> Hey Bracek,
>>
>> I havent been online in a few days, nor received any emails from you.
>>
>> Please email me your Bitcoin address and I will take care of this. Ive never scammed anyone and dont intend to now.
>>
>> You have my phone number, email, address and everything. I wish you would contact me that way instead of making "charlie shrem is a scammer thread"
>>
>> For the record, you mailed me 200 BTC + worth of physical Bitcoins which I sold on your behalf. I've paid you over 150 BTC so far and told you I'd pay you when I sell the coins. I still have not sold all the coins and have been paying you anyways (I still have a few left). I am happy to pay you the rest if you contact me.
>>
>> I PM'd you my email address again.
>>
>> Charlie
>
> I agree, this is mostly true, address sent
>
> but, I have been sending you messages here from 24.th august,
> 4 or so, none of them got response
>
> until just about now, after all this, I am sorry,
> we will together try to minimize the damage

From what I see, you sent me 2 PM's here and thats it. (Both PM's you can see I have not logged into the forums since before you sent those messages so there was no way I saw them)

You've libeled me on the internet calling me a scammer, which is personally offensive. You could have emailed me, called me, or anything.

Further, I've paid you BTC from those other coins that I still have not sold because you asked me to.

> Quote from: bracek on October 09, 2014, 07:25:36 PM
> and what about rawted's accusation, 17 btc, while we are clearing all this mess ?

He claims BitInstant owes him money from about a year ago. Anyone who was owed money I personally paid them (even though the company closed and Im not personally liable). He never emailed me any deposit slips or anything I can cross reference, only an order number that I can't even check.

Bitcoin pioneer. An apostle of Satoshi Nakamoto. A crusader for a new, better, tech-driven society. A dreamer.

More about me: http://CharlieShrem.com

| **Yankee** | ◇ **Re: Charlie Shrem is a scammer, watch out** | #16 |
|---|---|---|
| **(BitInstant)** | October 09, 2014, 07:43:20 PM | |

Legendary



Activity: 1078
Merit: 1000



Charlie 'Van Bitcoin'
Shrem

> Quote from: Adrian-x on October 09, 2014, 07:39:27 PM
>> Quote from: Yankee (BitInstant) on October 09, 2014, 07:06:09 PM
>>> Quote from: Adrian-x on October 09, 2014, 07:03:52 PM
>>>> Quote from: r3wt on October 09, 2014, 06:57:41 PM
>>>>> who the hell is Charlie Shrem?
>>>>
>>>> he's a bitcoin early adopter who has been under house arrest for some time for selling bitcoin to be used on silk road.
>>>
>>> Im not under house arrest nor is that true. I am guilty of aiding and abetting an an unlicensed money transmitter business.
>>
>> Sure, I was just giving an overview, I was under the impression you were under house in the past.
>>
>> You have my sympathy when it comes to aiding and abetting an an unlicensed money transmitter business being a crime.
>> I'm glad that's sorted.

Sorry if I was rash, Im in 'charlie defensive' mode right now. I dont like when someone calls me a scammer when its simply not true.

Bitcoin pioneer. An apostle of Satoshi Nakamoto. A crusader for a new, better, tech-driven society. A dreamer.

More about me: http://CharlieShrem.com

| **bracek** | ◇ **Re: Charlie Shrem is a scammer, watch out** | #17 |
|---|---|---|
| Hero Member | October 09, 2014, 07:49:13 PM | |

Activity: 530
Merit: 500

> Quote from: Yankee (BitInstant) on October 09, 2014, 07:30:15 PM

From what I see, you sent me 2 PM's here and thats it. (Both PM's you can see I have not logged into the forums since before you sent those messages so there was no way I saw them)

You've libeled me on the internet calling me a scammer, which is personally offensive. You could have emailed me, called me, or anything.

Further, I've paid you BTC from those other coins that I still have not sold because you asked me to.

> Quote from: bracek on October 09, 2014, 07:25:36 PM
> and what about rawted's accusation, 17 btc, while we are clearing all this mess ?

He claims BitInstant owes him money from about a year ago. Anyone who was owed money I personally paid them (even though the company closed and Im not personally liable). He never emailed me any deposit slips or anything I can cross reference, only an order number that I can't even check.

well, when I looked at your profile, it said "last login today", several times between your last reply and todays reply

maybe admin can clear this up, if I made a mistake reading that, I apologize, but I still think yo were here..
in anyway, seemed too loose, I know, If I owed some money, I would be checking here more often

regarding your phone number, I am not aware I have it,
and also, it is kinda rude that you suggest I could have asked more for my money, no ?

| **bracek** | ◇ **Re: Charlie Shrem is a scammer, watch out** | #18 |
|---|---|---|
| Hero Member | October 09, 2014, 07:52:27 PM | |

Activity: 530

lets just finish this,
why are btc not on the way ?



Charlie Shrem is scammer, watch out                                                      9/7/18, 11:51 AM

Merit: 500



**Yankee
(BitInstant)**
Legendary
⬡⬡⬡⬡⬡ ▶

Activity: 1078
Merit: 1000



Charlie 'Van Bitcoin'
Shrem

⬡ 🌐

**Re: Charlie Shrem is a scammer, watch out**                          #19
October 09, 2014, 07:55:08 PM

> Quote from: bracek on October 09, 2014, 07:49:13 PM
>> Quote from: Yankee (BitInstant) on October 09, 2014, 07:30:15 PM
>>
>> From what I see, you sent me 2 PM's here and thats it. (Both PM's you can see I have not logged into the forums since before
>> you sent those messages so there was no way I saw them)
>>
>> You've libeled me on the internet calling me a scammer, which is personally offensive. You could have emailed me, called me,
>> or anything.
>>
>> Further, I've paid you BTC from those other coins that I still have not sold because you asked me to.
>>
>>> Quote from: bracek on October 09, 2014, 07:25:36 PM
>>> and what about rawted's accusation, 17 btc, while we are clearing all this mess ?
>>
>> He claims BitInstant owes him money from about a year ago. Anyone who was owed money I personally paid them (even
>> though the company closed and Im not personally liable). He never emailed me any deposit slips or anything I can cross
>> reference, only an order number that I can't even check.
>
> well, when I looked at your profile, it said "last login today", several times between your last reply and todays reply
>
> maybe admin can clear this up, if I made a mistake reading that, I apologize, but I still think yo were here..
> in anyway, seemed too loose, I know, If I owed some money, I would be checking here more often
>
> regarding your phone number, I am not aware I have it,
> and also, it is kinda rude that you suggest I could have asked more for my money, no ?

It said "last login today" because I logged in to view your message when you went on reddit to call me a
scammer. Since then I have not been on the forums in a week, you can see my post history.

You do have my phone number, and my address, thats how you mailed me packages.

And I am not rude. I sent you over 150 BTC already and have not sold all the coins.

> Quote from: bracek on October 09, 2014, 07:52:27 PM
> lets just finish this,
> why are btc not on the way ?

Because I asked you to EMAIL ME like 5 times and you haven't done it and ignored me.

Im logging off the forums, if you want to continue this conversation, email me.

Bitcoin pioneer. An apostle of Satoshi Nakamoto. A crusader for a new, better, tech-driven society. A dreamer.

More about me: http://CharlieShrem.com

**justbtcme**
Sr. Member
⬡⬡⬡⬡

Activity: 420
Merit: 250

**Re: Charlie Shrem is a scammer, watch out**                          #20
October 09, 2014, 08:02:15 PM

Watching. 



Pages: **[1]** 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 »   All

print

« previous topic next
topic »

Bitcoin Forum > Economy > Trading Discussion > Scam Accusations (Moderator: Cyrus) > **Charlie Shrem is
scammer, watch out**

Jump to:   ===> Scam Accusations                          ⬦   **go**

Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines