# Exhibit D

**Bitcoin Forum**                                                    simple machines forum

December 08, 2017, 08:36:32 PM

Welcome, **Guest**. Please login or register.

**News**: Latest stable version of Bitcoin Core: 0.15.1 [Torrent].                            [Search]

HOME   HELP   SEARCH   DONATE   LOGIN   REGISTER

Bitcoin Forum > Bitcoin > Bitcoin Discussion (Moderator: hilariousandco) > **[poll] Longest most impressive VANITY**

**Poll**

**Question:** What long/impressive vanity do you give your vote to?

1 **BUTRZ** 85L1JuoX5y2XRjxJaYcjcMLhPJcY - TheButterZone         4 (8.2%)
1 **Nigger** w15VezU6rA7jRBuJt9ceg9VL1jh - skooter               13 (26.5%)
1 **Shrem** dh9tVop1gxMzJ7baHxp6XX2WWRW - Yankee (BitInstant)    7 (14.3%)
1 **FuckUup** XtqRBG8uSaTTeDzjWtzkkxjHZU - poyke                 14 (28.6%)
15**FLAGS**noVa5behsSqGeBVzSstyRYrWRJX - 5flags                  0 (0%)
1**DobZomBiE**2gngvy6zDFKY5b76yvDbqRra - DobZombie               8 (16.3%)
1**Diamond**81T9za2ZDwnY92TpvjXAN9DbWi                           3 (6.1%)

**Total Voters: 45**

« previous topic next topic »

Pages: [1] 2 3 » All                                                                        print

Author    Topic: [poll] Longest most impressive VANITY  (Read 2798 times)

**poyke**          [poll] **Longest most impressive VANITY**                                #1
Full Member        April 01, 2014, 11:49:34 PM

Activity: 126      To date I have not heard of a project to map or index public addresses generated
                   for vanity purposes.
                   Moreover, such a service would mean the data owner holds a copy of the key and
                   there for he alone has the interest to keep the db.
                   There for vanity addresses over 7 letters long are rare.

                   I want to hold a survey for the longest and most impressive vanity addresses you
                   own or heard of.

                   To motivate people to post their vanity I will hold a poll and even donate some btc
                   to the leading address.
                   If you can prove you own the address you go on the poll 😊

rules:
1) Vanity over 5 letters (>1XXXX)
2) Has or had over 0.25btc balance
3) Ownership can be proven

**BatCoin - Gotham City's Official Currency**

MIXING REINVENTED FOR YOUR **PRIVACY**

Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.

**skooter**
Member

Activity: 70

Re: [poll] Longest most impressive VANITY     #2
April 01, 2014, 11:53:30 PM

I made this just to be a troll:

1Niggerw15VezU6rA7jRBuJt9ceg9VL1jh

It has outgoing sends so that's proof that it's a real address

https://blockchain.info/address/1Niggerw15VezU6rA7jRBuJt9ceg9VL1jh

If you want me to prove ownership, send me .0002 and give me an address to send .0001 back to.

I also have this one that I never used yet:

1234567pejEviURDJmVVGVVyB34XY37bG4

Can prove ownership in the same way.

**Bitcoin Magazine**
Sr. Member

Activity: 252

Re: [poll] Longest most impressive VANITY     #3
April 01, 2014, 11:59:41 PM

i'll create 1AreYouListeningFor2100BTC123~12h 😊

i am here.

**poyke**
Full Member

Activity: 126

Re: [poll] Longest most impressive VANITY     #4
April 02, 2014, 12:01:41 AM

> Quote from: Bitcoin Magazine on April 01, 2014, 11:59:41 PM
> i'll create 1AreYouListeningFor2100BTC123~12h 😊

Try with no illegal characters next time 😊

> Quote from: skooter on April 01, 2014, 11:53:30 PM
> I made this just to be a troll:

> 1Niggerw15VezU6rA7jRBuJt9ceg9VL1jh
>
> I also have this one that I never used yet:
>
> 1234567pejEviURDJmVVGVVyB34XY37bG4

Hmm, I have no problem trusting you made these as these should take around 2-6hours to generate on an average home computer. 😊
If you want the first one on the poll ill have to get an admin's perspective on that word first

---

I myself made some:
**1FuckXBosMzrs** (Dedicated to a special boss that I really like 😊 was setup as regex 1Fuck(s/S/x/X)Bos(s/z/null)Mzr )
**1FuckkUSDD**
**1FuckUup**XtqRBG8uSaTTeDzjWtzkkxjHZU (Was my wifi pass for years)
**1FuckuUP** (A twin for my main address)

Ill add proof of ownership later today and might add the second one to the poll 😬

**BatCoin - Gotham City's Official Currency**

TheButterZon   Re: [poll] Longest most impressive VANITY   #5
Legendary   April 02, 2014, 12:11:30 AM

1BUTRZ85L1JuoX5y2XRjxJaYcjcMLhPJcY

Activity: 1988   The 85 is mere coincidence.



Nemo me impune lacessit



Email me the name of a charity in San Diego, CA & I'll donate $100 worth of goods to it

skooter   Re: [poll] Longest most impressive VANITY   #6
Member   April 02, 2014, 12:11:42 AM

Quote from: poyke on April 02, 2014, 12:01:41 AM

Activity: 70

Quote from: Bitcoin Magazine on April 01, 2014, 11:59:41 PM

i'll create 1AreYouListeningFor2100BTC123~12h 😬

Try with no illegal characters next time 😊

Quote from: skooter on April 01, 2014, 11:53:30 PM

> I made this just to be a troll:
>
> 1Niggerw15VezU6rA7jRBuJt9ceg9VL1jh
>
> I also have this one that I never used yet:
>
> 1234567pejEviURDJmVVGVVyB34XY37bG4

> Hmm, I have no problem trusting you made these as these should take around 2-6hours to generate on an average home computer. 😊
> If you want the first one on the poll ill have to get an admin's perspective on that word first

seeing how nigger isn't a censored word, I don't see an issue.

**poyke**
Full Member

Activity: 126

**Re: [poll] Longest most impressive VANITY**
April 02, 2014, 12:27:24 AM                                                                    #7

> Quote from: TheButterZone on April 02, 2014, 12:11:30 AM
> 1BUTRZ85L1JuoX5y2XRjxJaYcjcMLhPJcY
>
> The 85 is mere coincidence.

Might sound noobish but how did you sign "TheButterZone" @ Blockchain.info ? 😊

BatCoin - Gotham City's Official Currency

**Yankee (BitInstant)**
Legendary

Activity: 1078



Charlie 'Van Bitcoin' Shrem



**Re: [poll] Longest most impressive VANITY**
April 02, 2014, 12:33:59 AM                                                                    #8

I own this address:

**1Shrem**dh9tVop1gxMzJ7baHxp6XX2WWRW

-Charlie Shrem

Bitcoin pioneer. An apostle of Satoshi Nakamoto. A crusader for a new, better, tech-driven society. A dreamer.

**poyke**
Full Member

Activity: 126

**Re: [poll] Longest most impressive VANITY**
April 02, 2014, 12:36:17 AM                                                                    #9

> Quote from: Yankee (BitInstant) on April 02, 2014, 12:33:59 AM
> I own this address:

> 1Shremdh9tVop1gxMzJ7baHxp6XX2WWRW
>
> -Charlie Shrem

Hohoholy.... 😁😁😁😁

**BatCoin - Gotham City's Official Currency**

**Yankee (BitInstant)**
Legendary

Activity: 1078



Charlie 'Van Bitcoin' Shrem

### Re: [poll] Longest most impressive VANITY
April 02, 2014, 12:47:14 AM                                                                       #10

> Quote from: poyke on April 02, 2014, 12:36:17 AM
>> Quote from: Yankee (BitInstant) on April 02, 2014, 12:33:59 AM
>>> I own this address:
>>>
>>> 1Shremdh9tVop1gxMzJ7baHxp6XX2WWRW
>>>
>>> -Charlie Shrem
>
> Hohoholy.... 😁😁😁😁

Ya, 1ShReM...could have been easy, but I wanted 1Shrem, took about 4 days using ./vanitygen

https://github.com/samr7/vanitygen

Bitcoin pioneer. An apostle of Satoshi Nakamoto. A crusader for a new, better, tech-driven society. A dreamer.

**runlinux**
Hero Member

Activity: 566



OTC Rating

### Re: [poll] Longest most impressive VANITY
April 02, 2014, 12:50:15 AM                                                                       #11

https://blockchain.info/address/1MrPonziaM4QT2S7SdPEKQH88BGa4LRHJU

I own 1MrPonzi 😊

**TheButterZon**
Legendary

Activity: 1988

### Re: [poll] Longest most impressive VANITY
April 02, 2014, 12:52:50 AM                                                                       #12

> Quote from: poyke on April 02, 2014, 12:27:24 AM
>> Quote from: TheButterZone on April 02, 2014, 12:11:30 AM
>>> 1BUTRZ85L1JuoX5y2XRjxJaYcjcMLhPJcY



Nemo me
impune lacessit

The 85 is mere coincidence.

Might sound noobish but how did you sign "TheButterZone" @ Blockchain.info ? 😊

I didn't, their bot picked it up from my bitcoin-otc WoT key. I keep asking bc.i to untag it and only have opt-in tags, to no avail.



Email me the name of a charity in San Diego, CA & I'll donate $100 worth of goods to it

**starsoccer9**
Legendary

Activity: 1624

Re: [poll] Longest most impressive VANITY                                    #13
April 02, 2014, 12:56:32 AM

Id like to get 1starsoccer but I think that is a bit of a long shot. im thinking about 1star but I think thats to easy.





Escrowmybits   **Escrow in 3**

**TTBit**
Legendary

Activity: 1136

Re: [poll] Longest most impressive VANITY                                    #14
April 02, 2014, 12:58:20 AM

I have
1BountyBtqSHdNm2MWdehCV5YgMm95e76M
1DaemonMBV5XepQr8Kekgo5TCgG5pCdoSd
1JockeyrtVFWvTYq6ZmZ6ygM6RESP9ed9m

I created these, always thought they were cool - all caps & numbers, they look impressive:

1NE11326X1ZE7R824EFXL9SLJ3R6S4RGRC
14TLPZYYRR33BU8VCAQBWEX2G4MU8WWLUC
13JL41EFU213VAN82S6UWD2ZCP6MN9NX13
15DG5TLJ2PJBACHWQRYAPKTM4UVSHYWG7J
1BTYMYMP9GKG9DGPN9Q878ZB2W7SHK993X
1CECCB4KHFGA1HVK62MKCCY91R8SF7HZYV
1NNBGKZLL8FMC7CBSTUJSX9DYA8NF2T2RV
1NQL8DRHDQEX8HPSH1TRKUKFU95ZHE41QZ

good judgment comes from experience, and experience comes from bad judgment

**btcXem**
Jr. Member

Re: [poll] Longest most impressive VANITY                                    #15
April 02, 2014, 01:00:12 AM

1CreeperUoJnpf7XwPTiRyHJLpnCYPi4G

Activity: 35

I haven't used it yet, but I can if it's worth the trouble.



**Taras**
Legendary


Activity: 1148

Re: [poll] Longest most impressive VANITY
April 02, 2014, 01:09:47 AM                    #16

My address is 1TarasQyKwPJRuod6qwh7n8BjMHC49ZNY.
It's one character shorter than usual 😊
I've seen some very long ones. An old friend of mine has 1Diamond case sensitive!

  

**jborkl**
Full Member

Activity: 232

Re: [poll] Longest most impressive VANITY
April 02, 2014, 03:52:04 AM                    #17

I made mine a couple years ago to auth with gribble. It is tied to my WOT just to be funny



I was going for assbeef but I settled for that one.

Team Heritage
Motorsports



Jason Borkland | Collision repair and refinish | Mobile hail damage estimating | Global Bitcoin News | Team Heritage Motorsports

**Internet**
Sr. Member

Activity: 296

Re: [poll] Longest most impressive VANITY
April 02, 2014, 05:27:24 AM                    #18

I want one with lots of M and W for maximum spacing, and one with lots of 1 and J for minimal (i and L are not possible)

1InternetqbXokPSSkuHH4luAJRTQMP6uJ9

**poyke**
Full Member

Activity: 126

Re: [poll] Longest most impressive VANITY
April 02, 2014, 07:38:20 AM                    #19

Quote from: TTBit on April 02, 2014, 12:58:20 AM
I have
1BountyBtqSHdNm2MWdehCV5YgMm95e76M
1DaemonMBV5XepQr8Kekgo5TGgG5pGdoSd
1JockeyrtVFWvTYq6ZmZ6ygM6RESP9ed9m

I created these, always thought they were cool - all caps & numbers, they look impressive:

```
1NE11326X1ZE7R824EFXL9SLJ3R6S4RGRC
14TLPZYYRR33BU8VCAQBWEX2G4MU8WWLUC
13JL41EFU213VAN82S6UWD2ZCP6MN9NX13
15DG5TLJ2PJBACHWQRYAPKTM4UVSHYWG7J
1BTYMYMP9GKG9DGPN9Q878ZB2W7SHK993X
1CECCB4KHFGA1HVK62MKCCY91R8SF7HZYV
1NNBGKZLL8FMC7CBSTUJSX9DYA8NF2T2RV
1NQL8DRHDQEX8HPSH1TRKUKFU95ZHE41QZ
```

Choose lets say, 1 from group 1 and another from group 2 ? 😊

**BatCoin - Gotham City's Official Currency**

**S4VV4S**
Hero Member

Activity: 658



### Re: [poll] Longest most impressive VANITY
April 02, 2014, 08:36:49 AM                                                                                      #20

Quote from: poyke on April 02, 2014, 12:01:41 AM
> was setup as regex 1Fuck(s/S/x/X)Bos(s/z/null)Mzr )

Can you please clarify what that means?

 **CRYPTO & REAL ESTATE INVESTMENT FUND**  TWITTER TELEGRAM REDDIT  Running Now!!  December 12th 

Pages: [1] 2 3 » All                                                                                             print

Bitcoin Forum > Bitcoin > Bitcoin Discussion (Moderator: hilariousandco) > **[poll] Longest most impressive VANITY**

« previous topic
next topic »

Jump to: | => Bitcoin Discussion ⌄ |  go

 Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines