# Exhibit E



**Charlie Shrem**
@CharlieShrem

Follow

Replying to @rogerkver @todu77 and 5 others

Just sent you $5,000 TX ID: 1PpmSbUghyhgbzsDevqv1cxxx8cB2kZCdP
450a6b05598f462f39e533035aa1555af686fd43727baf61f73a6b001814d259

5:31 PM - 28 Jul 2017

1 Retweet 57 Likes

💬 14    🔁 1    ♡ 57    ✉