# Exhibit F

Bitcoin Transaction 450a6b05598f462f39e533035aa1555af686fd43727baf61f73a6b001814d259                                9/5/18, 8:26 PM

WALLET     DATA     API     ABOUT     BLOCKCHAIN TRANSACTION ETC     GET A FREE WALLET

# Transaction View information about a bitcoin transaction

450a6b05598f462f39e533035aa1555af686fd43727baf61f73a6b001814d259

| 1K3CNNxSRRDquWB9ismVcA29dkjsqqaaYx | → | 12G4m95PNchFsJAgaP26LU1wASdLdr9KzM | 3.27859816 BTC |
| | | 1PpmSbUghyhgbzsDevqv1cxxx8cB2kZCdP | 1.79018335 BTC |

5.06878151 BTC

## Summary

| Size | 226 (bytes) |
| Weight | 904 |
| Received Time | 2017-07-28 22:30:51 |
| Included In Blocks | 478021 ( 2017-07-28 22:38:22 + 8 minutes ) |
| Confirmations | 62124 |
| Visualize | View Tree Chart |

## Inputs and Outputs

| Total Input | 5.06916065 BTC |
| Total Output | 5.06878151 BTC |
| Fees | 0.00037914 BTC |
| Fee per byte | 167.761 sat/B |
| Fee per weight unit | 41.94 sat/WU |
| Estimated BTC Transacted | 1.79018335 BTC |
| Scripts | Show scripts & coinbase |



Futurama Blockchain Innovators Summit — Ibiza, Spain September 10–13

**BLOCKCHAIN**

| PRODUCTS | | COMPANY | | SUPPORT | |
|---|---|---|---|---|---|
| WALLET | EXPLORER | ABOUT | PRESS | HELP CENTER | |
| API | CHARTS | TEAM | BLOG | TUTORIALS | |
| BUSINESS | MARKETS | CAREERS | | LEARNING PORTAL | |
| THUNDER | STATS | INTERVIEWING | | STATUS | |
| RESEARCH | | FAQ | | | |

ENGLISH ▾
BITCOIN ▾
ADVANCED VIEW: ENABLE

© 2017 BLOCKCHAIN LUXEMBOURG S.A ALL RIGHTS RESERVED   PRIVACY   TERMS   COOKIES   LAW ENFORCEMENT GUIDE   ADVERTISE




