# Exhibit G

Bitcoin Transaction 87f995792e42c021d7f1be54b87ff5acf93071603a4c00369146dd3d39870e0f                                                              9/5/18, 8:31 PM

WALLET    DATA    API    ABOUT    BLOCK HASH TRANSACTION ETC    GET A FREE WALLET

# Transaction  View information about a bitcoin transaction

87f995792e42c021d7f1be54b87ff5acf93071603a4c00369146dd3d39870e0f

| 15kN4RRGAWapscJjSg1VEKbrWtNf192pwk | → | 1Shremdh9tVop1gxMzJ7baHxp6XX2WWRW | 5,000 BTC |
| | | 15kN4RRGAWapscJjSg1VEKbrWtNf192pwk | 44.4955 BTC |

5,044.4955 BTC

## Summary

| Size | 6920 (bytes) |
| Weight | 27680 |
| Received Time | 2012-12-31 17:02:03 |
| Included In Blocks | 214524 ( 2012-12-31 17:07:22 + 5 minutes ) |
| Confirmations | 325622 |
| Visualize | View Tree Chart |

## Inputs and Outputs

| Total Input | 5,044.499 BTC |
| Total Output | 5,044.4955 BTC |
| Fees | 0.0035 BTC |
| Fee per byte | 50.578 sat/B |
| Fee per weight unit | 12.645 sat/WU |
| Estimated BTC Transacted | 5,000 BTC |
| Scripts | Show scripts & coinbase |



Futurama Blockchain Innovators Summit — Ibiza, Spain September 10–13

 **BLOCKCHAIN**

| PRODUCTS | COMPANY | SUPPORT | ENGLISH ∨ |
| WALLET  EXPLORER | ABOUT  PRESS | HELP CENTER | BITCOIN ∨ |
| API  CHARTS | TEAM  BLOG | TUTORIALS | ADVANCED VIEW: ENABLE |
| BUSINESS  MARKETS | CAREERS | LEARNING PORTAL | |
| THUNDER  STATS | INTERVIEWING | STATUS | |
| RESEARCH | FAQ | | |

© 2017 BLOCKCHAIN LUXEMBOURG S.A. ALL RIGHTS RESERVED   PRIVACY   TERMS   COOKIES   LAW ENFORCEMENT GUIDE   ADVERTISE