# Exhibit H

Bitcoin Transaction c92a2c2013d88c48007425261680e12c9725895672acb36fed60ea82fbb43c17         9/5/18, 8:32 PM

WALLET    DATA    API    ABOUT    BLOCKCHAIN TRANSACTION BTC    GET A FREE WALLET

# Transaction  View information about a bitcoin transaction

c92a2c2013d88c48007425261680e12c9725895672acb36fed60ea82fbb43c17

| 1Shremdh9tVop1gxMzJ7baHxp6XX2WWRW | ⇒ | 1MQ3K9aPcEDCekpFBGyDAgtD1uPss8E7rY | 5,000 BTC |
|---|---|---|---|
| | | | 5,000 BTC |

| Summary | | Inputs and Outputs | |
|---|---|---|---|
| Size | 224 (bytes) | Total Input | 5,000 BTC |
| Weight | 896 | Total Output | 5,000 BTC |
| Received Time | 2012-12-31 17:36:14 | Fees | 0 BTC |
| Included In Blocks | 214527 ( 2012-12-31 18:31:56 + 56 minutes ) | Fee per byte | 0 sat/B |
| Confirmations | 325619 | Fee per weight unit | 0 sat/WU |
| Visualize | View Tree Chart | Estimated BTC Transacted | 5,000 BTC |
| | | Scripts | Show scripts & coinbase |



Futurama Blockchain Innovators Summit — Ibiza, Spain September 10-13

### BLOCKCHAIN

| PRODUCTS | | COMPANY | | SUPPORT | |
|---|---|---|---|---|---|
| WALLET | EXPLORER | ABOUT | PRESS | HELP CENTER | ENGLISH ˅ |
| API | CHARTS | TEAM | BLOG | TUTORIALS | BITCOIN ˅ |
| BUSINESS | MARKETS | CAREERS | | LEARNING PORTAL | ADVANCED VIEW: ENABLE |
| THUNDER | STATS | INTERVIEWING | | STATUS | |
| RESEARCH | | FAQ | | | |

© 2017 BLOCKCHAIN LUXEMBOURG S.A. ALL RIGHTS RESERVED    PRIVACY    TERMS    COOKIES    LAW ENFORCEMENT GUIDE    ADVERTISE