# Exhibit I

Bitcoin Transaction 426e510a9e8bc4ec643236c4d609cbf77eb6b1e763d51f212d83be96d0ef8eee                              9/5/18, 8:33 PM

WALLET        DATA        API        ABOUT        BLOCKCHAIN TRANSACTION ETC        GET A FREE WALLET

# Transaction View information about a bitcoin transaction

426e510a9e8bc4ec643236c4d609cbf77eb6b1e763d51f212d83be96d0ef8eee

1MQ3K9aPcEDCekpFBGyDAgtD1uPss8E7rY        →        1JMPofaycssfjTNUYXNzBFLHdNjJhwB9qN        **4,999.9999 BTC**

4,999.9999 BTC

| Summary | | Inputs and Outputs | |
|---|---|---|---|
| Size | 224 (bytes) | Total Input | 5,000 BTC |
| Weight | 896 | Total Output | 4,999.9999 BTC |
| Received Time | 2013-11-03 18:36:38 | Fees | 0.0001 BTC |
| Included In Blocks | 287749 ( 2013-11-03 18:37:24 + 1 minutes ) | Fee per byte | 44.643 sat/B |
| Confirmations | 272397 | Fee per weight unit | 11.161 sat/WU |
| Visualize | View Tree Chart | Estimated BTC Transacted | 4,999.9999 BTC |
| | | Scripts | Show scripts & coinbase |


Futurama Blockchain Innovators Summit
Ibiza, Spain September 10–13


**BLOCKCHAIN**

| PRODUCTS | | COMPANY | | SUPPORT | | |
|---|---|---|---|---|---|---|
| WALLET | EXPLORER | ABOUT | PRESS | HELP CENTER | | ENGLISH ∨ |
| API | CHARTS | TEAM | BLOG | TUTORIALS | | BITCOIN ∨ |
| BUSINESS | MARKETS | CAREERS | | LEARNING PORTAL | | ADVANCED VIEW: ENABLE |
| 1HUNDER | STATS | INTERVIEWING | | STATUS | | |
| RESEARCH | | FAQ | | | | |

© 2017 BLOCKCHAIN LUXEMBOURG S.A. ALL RIGHTS RESERVED        PRIVACY     TERMS     COOKIES     LAW ENFORCEMENT GUIDE     ADVERTISE