# Exhibit J

Bitcoin Transaction 4cee6581287ef5cb3c274f25da15db9aa44cbc643470125b49b83aa84fc69d49                                9/5/18, 8:35 PM

WALLET     DATA     API     ABOUT     BLOCK... TRANSACTION ETC.     GET A FREE WALLET

# Transaction  View information about a bitcoin transaction

4cee6581287ef5cb3c274f25da15db9aa44cbc643470125b49b83aa84fc69d49

| 1JMPofaycssfjTNUYXNzBFLHdNjJhwB9qN | ➡ | 1LLevVpfB2qTrEGoWU7m4Wu7svBZGN5MGu<br>1JMPofaycssfjTNUYXNzBFLHdNjJhwB9qN | 2,500 BTC<br>2,499.9998 BTC |
|---|---|---|---|
|  |  |  | 4,999.9998 BTC |

## Summary

| Size | 258 (bytes) |
|---|---|
| Weight | 1032 |
| Received Time | 2013-11-03 18:39:52 |
| Included In Blocks | 267751 ( 2013-11-03 18:46:27 + 7 minutes ) |
| Confirmations | 272395 |
| Visualize | View Tree Chart |

## Inputs and Outputs

| Total Input | 4,999.9999 BTC |
|---|---|
| Total Output | 4,999.9998 BTC |
| Fees | 0.0001 BTC |
| Fee per byte | 38.76 sat/B |
| Fee per weight unit | 9.69 sat/WU |
| Estimated BTC Transacted | 2,500 BTC |
| Scripts | Show scripts & coinbase |





**PRODUCTS**
WALLET     EXPLORER
API          CHARTS
BUSINESS     MARKETS
THUNDER      STATS
RESEARCH

**COMPANY**
ABOUT        PRESS
TEAM         BLOG
CAREERS
INTERVIEWING
FAQ

**SUPPORT**
HELP CENTER
TUTORIALS
LEARNING PORTAL
STATUS

ENGLISH ⌄
BITCOIN ⌄
**ADVANCED VIEW:**
ENABLE

© 2017 BLOCKCHAIN LUXEMBOURG S.A ALL RIGHTS RESERVED   PRIVACY   TERMS   COOKIES   LAW ENFORCEMENT GUIDE   ADVERTISE

