# Exhibit K

WALLET    DATA    API    ABOUT    BLOCK, HASH, TRANSACTIC

# Transaction View information about a bitcoin transaction

a016ebab076cff54557dc26a8c776f2262f9c30f322cf89bc62dd22b274d5c45

1JMPofaycssfjTNUYXNzBFLHdNjJhwB9qN ➡ 1Cf5n88MHjmmP49geCyYuvJNRrPKM2PXdc    1,499 BTC
                                     1JMPofaycssfjTNUYXNzBFLHdNjJhwB9qN
                                                                      396.60570216 BTC

1,895.60570216 BTC

## Summary

| | |
|---|---|
| Size | 257 (bytes) |
| Weight | 1028 |
| Received Time | 2014-04-20 19:52:34 |
| Included In Blocks | 296853 ( 2014-04-20 19:58:11 + 6 minutes ) |
| Confirmations | 243884 |
| Visualize | View Tree Chart |

## Inputs and Outputs

| | |
|---|---|
| Total Input | 1,895.60580216 BTC |
| Total Output | 1,895.60570216 BTC |
| Fees | 0.0001 BTC |
| Fee per byte | 38.911 sat/B |
| Fee per weight unit | 9.728 sat/WU |
| Estimated BTC Transacted | 1,499 BTC |
| Scripts | Show scripts & coinbase |



**Simple. Seamless. Secure.**
Use your Blockchain wallet to buy bitcoin now.
GET STARTED

 BLOCKCHAIN

 BLOCKCHAIN

| PRODUCTS | COMPANY | SUPPORT | |
|---|---|---|---|
| WALLET | EXPLORER ABOUT | PRESS HELP CENTER | ENGLISH ⌄ BITCOIN ⌄ |