# Exhibit A

**From:** Cameron Winklevoss <Cameron@winklevoss.com>
**Sent:** Wednesday, September 12, 2012 02:06 PM
**To:** Charlie Shrem <cshrem@gmail.com>
**Cc:** Charlie Shrem <charlie@bitinstant.com>, Tyler Winklevoss <Tyler@winklevoss.com>
**Subject:** Re: Bitcoin Wire Info

Wire has been processed.

Sent from my iPhone

On Sep 12, 2012, at 12:30 PM, "Charlie Shrem" <cshrem@gmail.com> wrote:

> A USD amount is easier. I'll buy the most we can get
>
> Cheers
>
> Charlie
> Sent from my iPhone
>
> On Sep 12, 2012, at 1:20 PM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:
>
>> Sounds good, btw I'm sending 50k for now so either buy up to that amount or 4k bitcoins, whichever u prefer
>>
>> Looking forward to the tutorial when u guys get back.
>>
>> Sent from my iPhone
>>
>> On Sep 12, 2012, at 12:15 PM, "Charlie Shrem" <charlie@bitinstant.com> wrote:
>>
>>> OK cool.
>>>
>>> Once the wire is sent, send me a conf and Ill start buying at 6 exchanges to get you the lowest price and not cause the price to go up while I do it. It'll be fun to test this with UFX, thanks for the opp.
>>>
>>> Ill get you an overall report once the 5k BTC are bought, so you can see the average price and the leftover USD.
>>>
>>> When we get back, we will give you a security tutorial and help you keep them in cold storage.
>>> I personally recommend using a laptop/netbook you never use, or a mac computer where the risk of spyware/malware is less.
>>> If you have a flash drive, we can do the transition using one of our whitelisted office computers.
>>>
>>> Thanks.
>>>
>>> --------------------
>>> Charlie Shrem
>>> Chief Executive Officer
>>> +1.716.712.4846   Time. EST



>>> On Wed, Sep 12, 2012 at 12:05 PM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:

**From:** Charlie Shrem [mailto:charlie@bitinstant.com]
**Sent:** Wednesday, September 12, 2012 12:01 PM
**To:** Cameron Winklevoss
**Subject:** Re: Bitcoin Wire Info

Whoever is the signer on the account.

--------------------

Charlie Shrem

Chief Executive Officer

+1.716.712.4846   Time: EST

<~WRD284.jpg>

On Wed, Sep 12, 2012 at 11:42 AM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:

Which account do u need copy of ID?

Sent from my iPhone

On Sep 11, 2012, at 7:05 PM, "Charlie Shrem" <charlie@bitinstant.com> wrote:

> Hey,
>
> Right now, 5000 BTC = $56,000 @ ~11.34 per coin.
>
> Not sure what the price will be tomorrow but as we buy the price will go up a little.
>
> Send 65k and I will secure you the best price and give you a check for the buffer amount remained.
>
> Whoever the account owner is, I need a copy of your ID please!
>
> --------------------
>
> Charlie Shrem
>
> Chief Executive Officer
>
> +1.716.712.4846   Time: EST

Error! Filename not specified.

&lt;Bitinstant Wire Info Citibank.doc&gt;

FOIL Confidential Treatment Requested