# Exhibit B

From: Cameron Winklevoss <Cameron@winklevoss.com>
Sent: Thursday, December 27, 2012 07:32 PM
To: Charlie Shrem <charlie@bitinstant.com>
Cc: Tyler Winklevoss <Tyler@winklevoss.com>, Scott Herckis <sherckis@sjhfinancial.com>
Subject: Re: purchasing bitcoins

Scott please wire Charlie 100k from WCF tomorrow for the purchase of bitcoins.

Sent from my iPhone

On Dec 27, 2012, at 6:28 PM, "Charlie Shrem" <charlie@bitinstant.com> wrote:

> Sure,
>
> We can show you demo of how our software prices and buys across 6-7 exchanges and pools.
>
> Come check it out!
>
> Our Bank:
>
> BitInstant, LLC
> 20 W 23RD ST
> FLOOR 3
> NEW YORK, NY 10010 - 5237
>
> PNC Bank
> ABA/Routing: 031207607
> SWIFT ID: PNCCUS33
> Account Number: 8051176598
>
> --------------------
> Charlie Shrem
> Chief Executive Officer
> +1.716.712.4846   Time: EST
>
> 
>
> For security, please encrypt messages with my PGP key
>
> Become a member of the Bitcoin Foundation today!
>
> On Thu, Dec 27, 2012 at 6:07 PM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:
>
>> Ok I will wire in 100k tomorrow and you can buy that up over next 7 days to get lowest price, sound good?
>>
>> You still have my account address information, etc. right?
>>
>> From: Charlie Shrem [mailto:charlie@bitinstant.com]
>> Sent: Thursday, December 27, 2012 6:04 PM
>> To: Cameron Winklevoss
>> Cc: Tyler Winklevoss
>> Subject: Re: purchasing bitcoins

Hey,

The price has been hovering between $13.20 and $13.42 past 7 days.

Prices usually dip on weekends.

How much did you want to buy?

We can buy small amounts 3k, 5k, 2k, ect.) spread across the other exchanges at $13.10 over the course of 3 days it should get you a better average price

---

**Charlie Shrem**

Chief Executive Officer

+1.716.712.4846   Time: EST

For security, please encrypt messages with my PGP key

Become a member of the Bitcoin Foundation today!

On Thu, Dec 27, 2012 at 5:53 PM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:

I want to pick up some more coins. Would the next few days be good time to buy with holiday slow-down? If so I can wire money tomorrow morning.

FOIL Confidential Treatment Requested

WV16004