# Exhibit C

**From:** Charlie 'Charles' Shrem <cshrem@gmail.com>
**Sent:** Friday, September 21, 2012 02:11 PM
**To:** Cameron Winklevoss <Cameron@winklevoss.com>
**Subject:** Re: What time are you stopping by?
**Attachments:** BitinstantWireInfoCitibank.doc

Wire info attached.

I set up a Google Doc of every time you wire me, how many BTC I buy, and at what price, so we can keep track of the metrics.

Tomorrow we are in BK all day, we can all meet at the office around 8-9pm before our nights start and go over the rest of it.

We can get a table at Greenhouse and convince them to take Bitcoin ;-)

Thanks,

Charlie

> Fri, Sep 21, 2012 at 2:04 PM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:
> What r u doing tomorrow?
>
> Can u send me wiring instructions again?
>
> Sent from my iPhone
>
> On Sep 21, 2012, at 2:00 PM, "Charlie 'Charles' Shrem" <cshrem@gmail.com> wrote:
>
>> 2:30 should be perfect if you guys can still make it. I have a meeting downtown at 5 so I can't stay once my call ends.
>>
>> Let me know.
>>
>> Thanks,
>>
>> Charlie
>>
>> On Fri, Sep 21, 2012 at 1:56 PM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:
>>
>>> What if we came later, like 430?
>>>
>>> **From:** Charlie 'Charles' Shrem [mailto:cshrem@gmail.com]
>>> **Sent:** Friday, September 21, 2012 1:41 PM
>>> **To:** Cameron Winklevoss
>>> **Subject:** What time are you stopping by?
>>>
>>> We have a call around 3:30 for an hour, so if you guys can come soon we can get started!
>>>
>>> You dont have to leave at 3:30, Ira can work with you on securing will Erik and I take the call.

Thanks,

Charlie

FOIL Confidential Treatment Requested

WV17297