# Exhibit D

From: Charlie Shrem <cshrem@gmail.com>
Sent: Saturday, February 02, 2013 02:53 PM
To: Cameron Winklevoss <Cameron@winklevoss.com>
Cc: Tyler Winklevoss <Tyler@winklevoss.com>
Subject: Re: bitcoin

Ok

Charlie

Sent from my iPhone 5

On Feb 2, 2013, at 2:52 PM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:

> Hi Charlie,
>
> Please buy at least 40k this weekend, but if you see some good openings please go for more. Looks like the price is under $20 right now.
>
> In terms of accounting, let's list out the amount of coins, date they were purchased, cost basis and which address they were sent to. I think this can all go on one sheet broken into different sections for each address.
>
> Best,
>
> Cameron
>
>
>
> From: Charlie 'Charles' Shrem [mailto:cshrem@gmail.com]
> Sent: Friday, February 01, 2013 10:55 AM
> To: Cameron Winklevoss
> Cc: Tyler Winklevoss
> Subject: Re: bitcoin
>
> Morning, this sheet is only for 1 out of 4 addresses. We sent alot of the earlier coins to the first 3 addresses, so Im balancing it by sending to this one.
>
> The accounting for the other 3 is not as good as this one, so over the weekend I will compile it all into a sheet like this.
>
> Thanks,
>
> Charlie
>
>
> For security, please encrypt messages with my PGP key
>
>
> On Fri, Feb 1, 2013 at 12:51 AM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:
> I received the sheet, thanks.
>
> I see a total of 8500 coins purchased. My understanding was over 450K was purchased, so is there another sheet document that shows the rest of the transactions? Perhaps this is only for one of the

addresses?

What are the dates of the transaction?

**From:** Charlie Shrem [mailto:cshrem@gmail.com]
**Sent:** Thursday, January 31, 2013 10:42 PM
**To:** Cameron Winklevoss
**Cc:** Charlie Shrem; Tyler Winklevoss
**Subject:** Re: bitcoin

Sure, I'll set it up.

I did, did you get it?

/Charlie

Sent from my iPhone 5

On Jan 31, 2013, at 10:25 PM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:

> Ok, nice job. I know we discussed 20K/day but how about we do another 40K this weekend when it dips?
>
> I just emailed you about the share, I'd like the sheet shared with our gmail accounts as well. Thanks
>
> **From:** Charlie Shrem [mailto:charlie@bitinstant.com]
> **Sent:** Thursday, January 31, 2013 10:21 PM
> **To:** Cameron Winklevoss
> **Cc:** Tyler Winklevoss
> **Subject:** Re: bitcoin
>
> Hey,
>
> I spent $41,275.20, about 2000 BTC, most under $19.90 which is great because its at $21
>
> Shared it, talk soon !
>
> ----------------------
> Charlie Shrem
> Chief Executive Officer
> +1.716.712.4846    Time: EST
>
>
> For security, please encrypt messages with my PGP key
>
> Become a member of the Bitcoin Foundation today!

On Thu, Jan 31, 2013 at 9:43 PM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:

Charlie,

Did you manage to purchase 20K the last two days? Can you please share the spreadsheet that you have with the following email address:

Cameron.winklevoss@gmail.com
Tyler.winklevoss@gmail.com

Thanks,

Cameron

FOIL Confidential Treatment Requested

WV14926