# Exhibit E

From: Charlie Shrem <charlie@bitinstant.com>
Sent: Tuesday, February 19, 2013 06:24 PM
To: Tyler Winklevoss <Tyler@winklevoss.com>
Cc: Cameron Winklevoss <Cameron@winklevoss.com>; Mouhadeb, Raymond <raymond.mouhadeb@kattenlaw.com>; David Azar <dazar@regny.com>; Patrick Murck <patrick@engagelegal.com>
Subject: Re: Coinapult

Right

------------------
Charlie Shrem
Chief Executive Officer
+1.716.712.4846  Time: EST



For security, please encrypt messages with my PGP key

Become a member of the Bitcoin Foundation today!

On Tue, Feb 19, 2013 at 6:09 PM, Tyler Winklevoss <Tyler@winklevoss.com> wrote:

> Charlie,
>
> We are not talking about Bitinstant/Coinapult until we have the Maguire/Bitinstant deal squared away and the bitcoin purchase accounting sorted (in one sheet with date/cost-basis/etc.).
>
> In the meantime, Erik and Ira as equity holders in Bitinstant (and potential future acquirers) should have no difficulty acting in their own best interests to preserve the value they own and hope to incur from the viability of Bitinstant in the future.
>
> -Tyler
>
>
> From: Charlie Shrem [mailto:charlie@bitinstant.com]
> Sent: Tuesday, February 19, 2013 3:54 PM
>
> To: Cameron Winklevoss
> Cc: Mouhadeb, Raymond; David Azar; Tyler Winklevoss; Patrick Murck
> Subject: Re: Coinapult
>
> Cameron,
>
> 1)   Maguire is focused on completing a buyout transaction with Bitinstant. We suggest you keep the current status quo until this is complete.
>
> >> Maguire should be focused on keeping Bitinstant running. Wether the buyout occurs or not, you still will be equity holders in Bitinstant. This is why your strategy is confusing to me as it makes no sense
>
> 2 )   Do you realize that Erik asked for me to respond to him in 48 hours on Friday night and that you did not send the document (you wanted reviewed) that you have been working on until today (72+hrs)? You have given us no background on this, and it is simply confusing the situation.  So again, let's get our transaction done and then deal with whatever else there is to do

FOIL Confidential Treatment Requested

WV14481

>> This is a complete lie. The first email was on Thursday 10:45am, NOT Friday night.

I have a copy of the email he sent you, where he outlined the terms to you simply 1%.

Not only that, but Erik resent the email to you on Saturday afternoon.

So again, why didnt you respond to him? Its not a confusing situation at all.

3) No deal with Maguire will be done until I get a full accounting. I have been asking for this for weeks (if not months). I have been patient and at this point it's getting a bit absurd. Regardless of whether Maguire completes a deal with you, I will have no choice but to take measures to get this done if you don't start giving me a firm answer as to when you will complete this work. I need the cost basis for every coin you have purchased for me, and by my current back of the envelope calculations I am short 1000's of coins that should have been bought and sent to me over the past 5-6 months. I don't take this lightly.

>> Not sure if you are checking, but Ive been updating the BTC spreadsheet all night. There is a new sheet called 'Older Buys'

Cameron, while you've been 'asking for weeks' you have been sending me more money to buy more coins, and I have been updating the spreadsheet accordingly.

Until now, you've kept this separate. While you were shambling me and calling me a child, at the same time you were emailing me saying good job and how you want to send more money. You still want to send me more money to buy BTC, yet now you are holding this against me? Forgive me, but there is a small amount of hypocrisy here

Let me know your thoughts on the Coinapult agreement, you still have not given me a straight reason on why your holding back.

Charlie

--------------------

Charlie Shrem

Chief Executive Officer

+1.716.712.4846   Time EST

For security please encrypt messages with my PGP key

Become a member of the Bitcoin Foundation today'

---

On Tue, Feb 19, 2013 at 3:42 PM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:

Ok let me be more clear:

1) Maguire is focused on completing a buyout transaction with BitInstant. We suggest you keep the current status quo until this is complete.

Do you realize that Erik asked for me to respond to him in 48 hours on Friday night and that you did not send the document (you wanted reviewed) that you have been working on until today (72+hrs)? You have given us no background on this, and it is simply confusing the situation. So again, let's get our transaction done and then deal with whatever else there is to do.

2) No deal with Maguire will be done until I get a full accounting. I have been asking for this for weeks (if not months). I have been patient and at this point it's getting a bit absurd. Regardless of whether Maguire completes a deal with you, I will have no choice but to take measures to get this done if you don't start giving me a firm answer as to when you will complete this work. I need the cost basis for every coin you have purchased for me, and by my current back of the envelope calculations I am short 1000's of coins that should have been bought and sent to me over the past 5-6 months. I don't take this lightly.

**From:** Charlie Shrem [mailto:charlie@bitinstant.com]
**Sent:** Tuesday, February 19, 2013 3:23 PM
**To:** Cameron Winklevoss
**Cc:** Mouhadeb, Raymond; David Azar; Tyler Winklevoss; Patrick Murck
**Subject:** Re: Coinapult

Hey Cameron,

It is my understanding that you have been working with coinapult to process transactions already. What has changed?

This is incorrect.

Erik sent you 3 emails last week (He would appreciate a response from you) asking you to proceed on this. He told you via email that if we cant agree, then Coinapult will be disabled within 48 hours.

48 hours passed, with no response from you. Coinapult has been turned off since Friday and still turned off now.

I want to enable it, but we cannot without an agreement.

Patrick put it together, and I sent it to you.

I don't see what the issue is here, do you guys sign off on this agreement?

Also, I will need a full accounting of the bitcoin you purchased for me before we (Maguire) take part in any buyout. I want you to be aware of this so you have time to complete it since it sounds like you would like to move fast and are trying to avoid potential bottlenecks.

>> I will move as slow as you want to. However, while we do that, we need to process Coinapult so we can do business.

Best,

Cameron

----------------

Charlie Shrem

Chief Executive Officer

+1 716 712 4846   Time EST

For security, please encrypt messages with my PGP key

Become a member of the Bitcoin Foundation today!

On Tue, Feb 19, 2013 at 3:11 PM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:

Charlie,

It is my understanding that you have been working with coinapult to process transactions already. What has changed?

Also, I will need a full accounting of the bitcoin you purchased for me before we (Maguire) take part in any buyout. I want you to be aware of this, so you have time to complete it since it sounds like you would like to move fast and are trying to avoid potential bottlenecks.

Best,

Cameron

**From:** Charlie Shrem [mailto:charlie@bitinstant.com]
**Sent:** Tuesday, February 19, 2013 2:59 PM
**To:** Mouhadeb, Raymond
**Cc:** David Azar; Cameron Winklevoss; Tyler Winklevoss; Patrick Murck
**Subject:** Re: Coinapult

Ray,

I'm trying to understand what difference does it make. If we agree right now, or we agree in 2 days you guys will still have equity plus time for paperwork. As equity holders, don't you want the company to be operating or for it to lose value?

FOIL Confidential Treatment Requested                                                                                                WV14484

Assuming Roger agrees to the buyout now, we still need to process coinapult transactions until I can rebuild it.

What would your reasoning be to not weigh in here?

Please get back to me ASAP. Im sure you can understand how imperative this is.

------------------

Charlie Shrem

Chief Executive Officer

+1.716.712.4846   Time: EST


For security, please encrypt messages with my PGP key

Become a member of the Bitcoin Foundation today!

On Tue, Feb 19, 2013 at 2:44 PM, Mouhadeb, Raymond <raymond.mouhadeb@kattenlaw.com> wrote:

Hi Charlie – I am not sure if Maguire is going to weigh in, absent an understanding of where the buyout stands. Let's agree the terms of the buyout and take it from there. Let us know.

Best

Ray

Raymond Mouhadeb
Partner
Katten Muchin Rosenman LLP
575 Madison Avenue / New York, NY 10022-2585
p / (212) 940-6726 f / (212) 894-5752
raymond.mouhadeb@kattenlaw.com / www.kattenlaw.com

**From:** Charlie Shrem [mailto:charlie@bitinstant.com]
**Sent:** Tuesday, February 19, 2013 12:25 PM
**To:** Mouhadeb, Raymond; David Azar; Cameron Winklevoss; Tyler Winklevoss
**Subject:** Re: Coinapult

Hey,

Also, I forgot to mention

My developer team is meeting today on a plan to rebuilt the coinapult services.

This agreement should not last more then a few months

Can I get a confirmation ?

FOIL Confidential Treatment Requested

WV14485

Charlie Shrem

Chief Executive Officer

+1 716 712 4846   Time: EST

For security, please encrypt messages with my PGP key

Become a member of the Bitcoin Foundation today!

On Tue, Feb 19, 2013 at 10:29 AM, Charlie Shrem <charlie@bitinstant.com> wrote:

Good Morning Guys,

While we work out that deal (I will speak to Ray later today) I think we all agree that BitInstant needs to continue operating to the best of its ability.

Patrick has put together this Coinapult agreement which simply allows them to take 1% service fee.

Now, this is not an added fee on top of our 3.99%. Rather, Coinapult will make their 1% on the BTC spread

For example, we process a transfer and lets say 1 BTC is $20. Coinapult will quote and send the customer 0.99 BTC

Coinapult did a software fix over the weekend, and I would like to enable Coinapult again.

Im aware that I don't need your signature for this, but Ray requested that you guys look it over.

Can you get back to me by mid day please?

Charlie Shrem

Chief Executive Officer

+1 716 712 4846   Time: EST

For security, please encrypt messages with my PGP key

Become a member of the Bitcoin Foundation today!

======================================================

FOIL Confidential Treatment Requested

WV14486

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
==================================================================

CONFIDENTIALITY NOTICE:

This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

==================================================================

NOTIFICATION:   Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

==================================================================