# Exhibit F

From: Charlie 'Charles' Shrem <cshrem@gmail.com>
Sent: Wednesday, February 20, 2013 12:14 PM
To: Cameron Winklevoss <Cameron@winklevoss.com>
Subject: Spreadsheet

Hey,

See the sheet, I've updated and merged. There is still some earlier data missing, but Im filling it in as I find it.

Thanks

Charlie

For security, please encrypt messages with my PGP key

FOIL Confidential Treatment Requested

WV19967