# Exhibit G

Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

**From:** Charlie 'Charles' Shrem [mailto:cshrem@gmail.com]
**Sent:** 02/22/2013 3:08 PM
**To:** Scott Herckis
**Cc:** Cameron Winklevoss; Tyler Winklevoss
**Subject:** Re: Accounting

Great, this is super helpful.

Do you have the same data from 10/11 - 2/18 ?

Thanks,

Charlie

For security, please encrypt messages with my PGP key

On Fri, Feb 22, 2013 at 2:58 PM, Scott Herckis <sherckis@sjhfinancial.com> wrote:

Charlie:

Please use this sheet as it includes one more investment in early September.

Best,

Scott

SCOTT HERCKIS

SJH FINANCIAL, LLC

33 BRODWOOD DRIVE

STAMFORD, CT 06902

203.328.9680 O

203.536.3758 C

203.328.9681 F

SHERCKIS@SJHFINANCIAL.COM

WWW.SJHFINANCIAL.COM

Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

**From:** Scott Herckis [mailto:sherckis@sjhfinancial.com]
**Sent:** 02/22/2013 2:56 PM
**To:** 'Charlie 'Charles' Shrem'; 'Cameron Winklevoss'
**Cc:** 'Tyler Winklevoss'
**Subject:** RE: Accounting

Charlie:

Attached is the information you requested.

Best,

Scott


SCOTT HERCKIS

SJH FINANCIAL, LLC

33 BRODWOOD DRIVE

STAMFORD, CT 06902

203.328.9680 O

203.536.3758 C

203.328.9681 F

SHERCKIS@SJHFINANCIAL.COM

WWW.SJHFINANCIAL.COM

Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

**From:** Charlie 'Charles' Shrem [mailto:cshrem@gmail.com]
**Sent:** 02/22/2013 2:46 PM
**To:** Cameron Winklevoss
**Cc:** Scott Herckis; Tyler Winklevoss
**Subject:** Re: Accounting

ty

Thanks,

Charlie

*For security, please encrypt messages with my PGP key*

On Fri, Feb 22, 2013 at 2:01 PM, Cameron Winklevoss <Cameron@winklevoss.com> wrote:

Scott please let Charlie know how much was wired during time period below.

Sent from my iPhone

On Feb 22, 2013, at 1:43 PM, "Charlie 'Charles' Shrem" <cshrem@gmail.com<mailto:cshrem@gmail.com>> wrote:

Hey Cameron,

What was the amount you wired me in September and October?

That's the accounting data thats missing from 9/22 to 10/10, because Citibank closed our account and I can't access records.

Thanks,

Charlie

For security, please encrypt messages with my PGP key<http://pgp.mit.edu:11371/pks/lookup?op=get&search=0x94F99AA9E4944B78>

FOIL Confidential Treatment Requested

WV19945