# Exhibit H


| Date | Starting Balance | BTC Price Paid | BTC Amount | Ending Balance | Spent USD | Address Sent | Wired In | BTC Price That Day | Discount Recieved | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/12/2012 | $0.00 | NA | NA | NA | NA | NA | $50,000.00 | | $0.00 | |
| 9/22/2012 | $0.00 | $0.00 | $0.00 | 914.01 | $0.00 | 1EjRAEjDdA7GjCSUkA | $0.00 | $11.30 | $0.00 | |
| 9/22/2012 | $0.00 | $0.00 | $0.00 | 1000.05 | $0.00 | 1FL488btzV244B5dkC | $0.00 | $12.50 | $0.00 | |
| 9/22/2012 | $0.00 | $0.00 | $0.00 | 1000 | $0.00 | 1EtBRw6yaauusCKLn | $0.00 | $12.50 | $0.00 | |
| 9/22/2012 | $0.00 | $0.00 | $0.00 | 1000 | $0.00 | 1KrtYDFp4csthUe5Xw | $0.00 | $12.50 | $0.00 | |
| 9/24/2012 | $0.00 | $0.00 | $0.00 | 1894.01 | $0.00 | 1EjRAEjDdA7GjCSUkA | $50,000.00 | $12.20 | $0.00 | |
| 9/27/2012 | $0.00 | $12.10 | $12.10 | 908 | $10,986.80 | 1EjRAEjDdA7GjCSUkA | $0.00 | $12.50 | $0.40 | |
| 9/28/2012 | $0.00 | NA | NA | NA | NA | NA | $50,000.00 | $12.50 | $0.00 | |
| 10/2/2012 | $0.00 | $0.00 | $0.00 | 2400 | $0.00 | 1EjRAEjDdA7GjCSUkA | $0.00 | $12.90 | $0.00 | |
| 10/3/2012 | $0.00 | $0.00 | $0.00 | 2490 | $0.00 | 1EjRAEjDdA7GjCSUkA | $50,000.00 | $12.90 | $0.00 | |
| 10/10/2012 | $0.00 | $12.05 | $12.05 | 3631 | $43,753.55 | 1EjRAEjDdA7GjCSUkA | $50,000.00 | $12.10 | $0.05 | 31.458036 |
| 12/28/2013 | $100,000.00 | $13.44 | $13.44 | 1000 | $13,440.00 | 1EjRAEjDdA7GjCSUkA | $100,000.00 | $13.40 | -$0.04 | |
| 12/29/2013 | $86,560.00 | $13.60 | $13.60 | 1000 | $13,600.00 | 1EtBRw6yaauusCKLn | $0.00 | $13.50 | $0.10 | |
| 12/29/2013 | $72,960.00 | $13.50 | $13.50 | 1000 | $13,500.00 | 1FL488btzV244B5dkC | $0.00 | $13.50 | $0.00 | |
| 12/31/2013 | $59,460.00 | $13.48 | $13.48 | 1000 | $13,480.00 | 1EjRAEjDdA7GjCSUkA | $0.00 | $13.50 | $0.02 | |
| 1/11/2013 | $45,980.00 | $14.00 | $14.00 | 500 | $7,000.00 | 1EtBRw6yaauusCKLn | $0.00 | $14.10 | $0.10 | |
| 1/11/2013 | $38,980.00 | $13.83 | $13.83 | 1000 | $13,830.00 | 1EtBRw6yaauusCKLn | $0.00 | $14.10 | $0.27 | |
| 1/27/2013 | $25,150.00 | $17.70 | $17.70 | 500 | $8,850.00 | 1EtBRw6yaauusCKLn | $0.00 | $17.90 | $0.20 | |
| 1/29/2013 | $216,300.00 | $19.45 | $19.45 | 500 | $9,725.00 | 1EtBRw6yaauusCKLn | $200,000.00 | $19.50 | $0.05 | |
| 1/31/2013 | $206,575.00 | $19.86 | $19.86 | 500 | $9,930.00 | 1EtBRw6yaauusCKLn | $0.00 | $20.50 | $0.64 | 1952.69 |
| 2/1/2013 | $196,645.00 | $20.90 | $20.90 | 1500 | $31,345.20 | 1EtBRw6yaauusCKLn | $0.00 | $20.50 | -$0.40 | 106.82 |
| 2/3/2013 | $165,299.80 | $19.86 | $19.86 | 2517.62 | $49,999.93 | 1FL488btzV244B5dkC | $0.00 | $20.50 | $0.64 | 18.25102 |
| 2/4/2013 | $115,299.87 | $19.91 | $19.91 | 3013.65 | $60,001.77 | 1FL488btzV244B5dkC | $0.00 | $20.50 | $0.59 | |
| 2/6/2013 | $255,298.10 | $21.23 | $21.23 | 300 | $8,369.00 | 1FL488btzV244B5dkC | $200,000.00 | $21.10 | -$0.13 | |
| 2/6/2013 | $248,929.10 | $21.10 | $21.10 | 1000 | $21,100.00 | 1FL488btzV244B5dkC | $0.00 | $21.10 | $0.00 | |
| 2/7/2013 | $227,829.10 | $21.15 | $21.15 | 300 | $6,345.00 | 1FL488btzV244B5dkC | $0.00 | $22.10 | $0.95 | |
| 2/7/2013 | $221,484.10 | $21.99 | $21.99 | 400 | $8,796.00 | 1FL488btzV244B5dkC | $0.00 | $22.10 | $0.11 | |
| 2/8/2013 | $212,688.10 | $20.99 | $20.99 | 2000 | $41,980.00 | 1FL488btzV244B5dkC | $0.00 | $22.70 | $1.71 | |
| 2/9/2013 | $170,708.10 | $23.62 | $23.62 | 500 | $11,810.00 | 1FL488btzV244B5dkC | $0.00 | $23.70 | $0.08 | |
| 2/11/2013 | $158,898.10 | $23.91 | $23.91 | 500 | $11,955.00 | 1FL488btzV244B5dkC | $0.00 | $24.60 | $0.69 | |
| 2/12/2013 | $146,943.10 | $25.49 | $25.49 | 2000 | $50,980.00 | 1FL488btzV244B5dkC | $0.00 | $25.10 | -$0.39 | |
| 2/12/2013 | $95,963.10 | $25.74 | $25.74 | 300 | $7,722.00 | 1FL488btzV244B5dkC | $0.00 | $25.10 | -$0.64 | |
| 2/12/2013 | $88,241.10 | $25.00 | $25.00 | 300 | $7,500.00 | 1FL488btzV244B5dkC | $0.00 | $25.10 | $0.10 | |
| 2/14/2013 | $80,741.10 | $25.90 | $25.90 | 500 | $12,950.00 | 1FL488btzV244B5dkC | $0.00 | $27.10 | $1.20 | |
| 2/15/2013 | $67,791.10 | $27.00 | $27.00 | 1852 | $50,000.00 | 1FL488btzV244B5dkC | $0.00 | $27.10 | $0.10 | |
| 2/18/2013 | $17,791.10 | $27.21 | $27.21 | 600 | $16,326.00 | 1FL488btzV244B5dkC | $0.00 | $27.10 | -$0.11 | |
| 2/18/2013 | $1,465.10 | $25.98 | $25.98 | 56 | $1,454.74 | 1FL488btzV244B5dkC | $0.00 | $27.00 | $1.02 | |
| | | | | 39876.34 | $10.36 | | $750,000.00 | | | |
| | | | | | | Cost Base per BTC | $18.81 | | | |

| Date | Type | Info | Value | Balance | | Total Cost (USD) | Avg $ per BTC | Reported on Exhibit 2 | |
|---|---|---|---|---|---|---|---|---|---|
| 9/2/12 16:18 | deposit | Redeemed code: MTGOX-BTC-MYSWC-2BE7T-NBXC7-318A2 | 5 | 5.0404 | | | | | |
| 9/2/12 16:18 | withdraw | Generate redeem code: MTGOX-BTC-GXM9X-U2B5D-BUEU1-2B006 | 5 | 0.0404 | | | | | |
| 9/9/12 15:44 | deposit | 1L7EJBcaXF2VMy4LDiqBsoCjUuNjvM8i8 | 95 | 95.0404 | | | | | |
| 9/18/12 2:25 | withdraw | Bitcoin withdraw to 115p9s2CsP7uMATFyhtKvpxZMU192pdQ | 24.03 | 71.0104 | | | | | |
| 9/19/12 21:05 | withdraw | Bitcoin withdraw to 1Hnqy9wqF17D1zXnogLLKmdDA6RwETrCtu | 71 | 0.0104 | | | | | |
| 9/20/12 16:21 | fee | BTC bought: [tid:1348158092648472] 180.42198919Â BTC at $12.57000 (0.46% fee) | 0.829941 | 995.4104 | $ 2,267.90 | | | | |
| 9/20/12 16:24 | withdraw | Bitcoin withdraw to 1Hnqy9wqF17D1zXnogLLKmdDA6RwETrCtu | 995.41 | 0.0004 | | $12,553.77 | | | |
| 9/20/12 16:39 | deposit | Redeemed code: MTGOX-BTC-JCDP5-JTBxT-KW75W-B1A5A | 200 | 200.0004 | | | | | |
| 9/20/12 16:56 | withdraw | Bitcoin withdraw to 1Hnqy9wqF17D1zXnogLLKmdDA6RwETrCtu | 200 | 0.0004 | | | | | |
| 9/20/12 17:01 | deposit | 1J3RXs1xzy3MZ7GUPFYwJ4kYndJQBW2ou | 33.8 | 33.8004 | | | | | |
| 9/20/12 17:32 | deposit | 1J3RXs1xzy3MZ7GUPFYwJ4kYndJQBW2ou | 5.7492 | 39.5496 | | | | | |
| 9/20/12 17:34 | withdraw | Bitcoin withdraw to 1Hnqy9wqF17D1zXnogLLKmdDA6RwETrCtu | 39.5 | 0.0496 | | | | | |
| 9/28/12 15:07 | withdraw | Bitcoin withdraw to 1BkK5uYvhNkP5a87o5tx1i6i7hCngpaw3 | 1500 | 0.1174 | $ 18,626.33 | | | | |
| 9/30/12 20:12 | in | BTC bought: [tid:1349035959821037] 4.43550000Â BTC at $12.40000 | 4.4355 | 4.5529 | | | | | |
| 9/30/12 20:12 | fee | BTC bought: [tid:1349035959821037] 4.43550000Â BTC at $12.40000 (0.43% fee) | 0.019073 | 4.533827 | | | | | |
| 9/30/12 20:13 | withdraw | Bitcoin withdraw to 1CbfugZC9QLLHnwp8XAHxmFx5DNbT8gSh | 4.032 | 0.501827 | | | | | |
| 10/1/12 19:24 | in | BTC bought: [tid:1349119475023445] 30.54970000Â BTC at $12.43868 | 30.5497 | 31.05153 | | | | | |
| 10/1/12 19:24 | fee | BTC bought: [tid:1349119475023445] 30.54970000Â BTC at $12.43868 (0.43% fee) | 0.131364 | 30.92016 | | | | | |
| 10/1/12 19:24 | withdraw | Bitcoin withdraw to 14Ey22JRvFMdwPI8WGryTaS6Kwv51Ckj | 30 | 0.920164 | | $ 32,155.59 | $ 12.91389 | $ 30,993.34 | $ Assigned to 2,400 BTC on 10/2/12 |
| 10/2/12 17:51 | fee | BTC bought: [tid:1349200316981420] 403.58206577Â BTC at $12.88000 (0.43% fee) | 1.735403 | 2490.17 | | | | | |
| 10/2/12 17:56 | withdraw | Bitcoin withdraw to 1EjRAEjDdA7GtCSUkA9nM4771n86N5t2zZ | 2400 | 90.17016 | | | | | |
| 10/2/12 17:56 | fee | Fees for Bitcoin withdraw to 1EjRAEjDdA7GtCSUkA9nM4771n86N5t2zZ | 0.005 | 90.16516 | | | | | |
| 10/3/12 20:00 | fee | BTC bought: [tid:1349294406236370] 4.18600881Â BTC at $12.88880 (0.4% fee) | 0.016744 | 2490.525 | | $ 31,010.78 | | $ 32,173.03 | Remainder $ assigned to 2,490 BTC on 10/3/12 |
| 10/3/12 20:01 | withdraw | Bitcoin withdraw to 1EjRAEjDdA7GtCSUkA9nM4771n86N5t2zZ | 2490 | 0.525164 | | $ 63,166.36 | | $ 63,166.36 | Total |

### 1Hnqy9wqF17D1zXncgLLKmdDA6RwETrCtu

| Date | BTC x-in/(x-out) | BTC Balance | Weighted Price in USD ($) | Theoretical Daily In/(out) in USD ($) |
|---|---|---|---|---|
| 8/9/12 | 328.49421 | 328.49421 | | |
| 8/13/12 | 9.97000 | 338.46421 | | |
| 8/15/12 | (0.05000) | 338.41421 | | |
| 8/17/12 | (166.00000) | 172.41421 | | |
| 8/20/12 | (0.60000) | 171.81421 | | |
| 8/21/12 | 9.00000 | 180.81421 | | |
| 8/22/12 | 89.65000 | 270.46421 | | |
| 8/27/12 | 15.67108 | 286.13529 | | |
| 8/30/12 | (1.00000) | 285.13529 | | |
| 9/6/12 | (1.17520) | 283.96009 | | |
| 9/6/12 | 1.17520 | 285.13529 | | |
| 9/9/12 | 67.42000 | 352.55529 | | |
| 9/11/12 | 1.24000 | 353.79529 | | |
| 9/14/12 | 8.55000 | 362.34529 | | |
| 9/16/12 | 81.07000 | 443.41529 | 11.11 | $ 99.01 |
| 9/18/12 | (443.00100) | 0.41429 | 11.58 | $ 963.11 |
| 9/19/12 | 443.80000 | 444.21429 | 11.88 | $ (5,342.59) |
| 9/19/12 | 71.00000 | 515.21429 | 12.06 | $ 5,507.56 |
| 9/19/12 | 2,500.00000 | 3,015.21429 | 12.41 | $ 881.11 |
| 9/20/12 | 995.41000 | 4,010.62429 | 12.48 | $ 31,200.00 |
| 9/20/12 | 249.49000 | 4,260.11429 | 12.56 | $ 12,500.00 |
| 9/20/12 | 200.00000 | 4,460.11429 | 12.48 | $ 3,113.64 |
| 9/20/12 | 39.50000 | 4,499.61429 | 12.48 | $ 2,496.00 |
| 9/20/12 | 39.89000 | 4,539.50429 | 12.48 | $ 492.96 |
| 9/20/12 | (10.00000) | 4,529.50429 | 12.48 | $ 497.83 |
| 9/21/12 | (0.50000) | 4,529.00429 | 12.27 | $ (124.80) |
| 9/21/12 | 2.43000 | 4,531.43429 | 12.27 | $ (6.14) |
| 9/23/12 | (100.00000) | 4,431.43429 | 12.00 | $ 29.82 |
| 9/23/12 | (1,000.00000) | 3,431.43429 | 12.00 | $ (1,200.00) |
| 9/23/12 | (1,000.00000) | 2,431.43429 | 12.00 | $ (12,000.00) |
| 9/23/12 | (1,000.00000) | 1,431.43379 | 12.00 | $ (12,000.00) |
| 9/23/12 | (1,000.00050) | 517.43279 | 12.00 | $ (12,000.01) |
| 9/23/12 | (914.00100) | | 12.00 | $ (10,968.01) |

### 1LnYx224tohezyBcAteTAP9T5DhS8MR6V

| Date | BTC x-in/(x-out) | BTC Balance | Weighted Price in USD ($) | Theoretical Daily In/(out) in USD ($) |
|---|---|---|---|---|
| 10/10/12 | 4,100.00000 | 4100 | 12.02 | $ 49,282.00 |
| 10/10/12 | (3,631.01000) | 468.99 | 12.02 | $ (43,644.74) |
| 10/10/12 | (468.99000) | 0 | 12.02 | $ (5,637.26) |

### 1NC6G3EUXZ1pLCCviMgeiPzXF3nrktQXNT

| Date | BTC x-in/(x-out) | Balance | Weighted Price | Theoretical Daily In/(out) in USD ($) |
|---|---|---|---|---|
| 9/24/12 | 3,389.84314 | 3389.843 | 12.12 | $ 41,084.90 |
| 9/25/12 | (1,894.00000) | 1495.843 | 12.11 | $ (22,936.34) |
| 9/25/12 | (1,495.84314) | 0 | 12.11 | $ (18,114.66) |