# Exhibit 2

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Starting Balance | BTC Price Paid | BTC Amount | Ending Balance | Spent USD | Address Sent | Wired In | BTC Price That Day | Discount Recieved |
| 2 | 9/12/2012 | $0.00 | NA | NA | NA | NA | NA | $50,000.00 | | $0.00 |
| 3 | 9/22/2012 | $0.00 | $0.00 | 914.01 | $0.00 | $0.00 | 1E]RAE]DdA7GiCSUkA | $0.00 | $11.30 | $0.00 |
| 4 | 9/22/2012 | $0.00 | $0.00 | 1000.05 | $0.00 | $0.00 | 1FL488btzV244B5dkC | $0.00 | $12.50 | $0.00 |
| 5 | 9/22/2012 | $0.00 | $0.00 | 1000 | $0.00 | $0.00 | 1EtBRrw8yaauusCKLn | $0.00 | $12.50 | $0.00 |
| 6 | 9/22/2012 | $0.00 | $0.00 | 1000 | $0.00 | $0.00 | 1KrtYDFp4csthUe5Xw | $0.00 | $12.50 | $0.00 |
| 7 | 9/24/2012 | $0.00 | $0.00 | 1894.01 | $0.00 | $0.00 | 1E]RAE]DdA7GiCSUkA | $50,000.00 | $12.20 | $0.40 |
| 8 | 9/27/2012 | $0.00 | $12.10 | 908 | $0.00 | $10,986.80 | 1E]RAE]DdA7GiCSUkA | $0.00 | $12.50 | $0.00 |
| 9 | 9/28/2012 | $0.00 | NA | NA | NA | NA | NA | $50,000.00 | $12.50 | $0.00 |
| 10 | 10/2/2012 | $0.00 | $0.00 | 2400 | $0.00 | $0.00 | 1E]RAE]DdA7GiCSUkA | $0.00 | $12.90 | $0.00 |
| 11 | 10/3/2012 | $0.00 | $0.00 | 2490 | $0.00 | $0.00 | 1E]RAE]DdA7GiCSUkA | $50,000.00 | $12.90 | $0.00 |
| 12 | 10/10/2012 | $0.00 | $12.05 | 3631 | $0.00 | $43,753.55 | 1E]RAE]DdA7GiCSUkA | $50,000.00 | $12.10 | $0.05 |
| 13 | 12/28/2013 | $100,000.00 | $13.44 | 1000 | $86,560.00 | $13,440.00 | 1E]RAE]DdA7GiCSUkA | $100,000.00 | $13.40 | -$0.04 |
| 14 | 12/29/2013 | $86,560.00 | $13.60 | 1000 | $72,960.00 | $13,600.00 | 1EtBRrw8yaauusCKLn | $0.00 | $13.50 | -$0.10 |
| 15 | 12/29/2013 | $72,960.00 | $13.50 | 1000 | $59,460.00 | $13,500.00 | 1FL488btzV244B5dkC | $0.00 | $13.50 | $0.00 |
| 16 | 12/31/2013 | $59,460.00 | $13.48 | 1000 | $45,980.00 | $13,480.00 | 1E]RAE]DdA7GiCSUkA | $0.00 | $13.50 | $0.02 |
| 17 | 1/11/2013 | $45,980.00 | $14.00 | 500 | $38,980.00 | $7,000.00 | 1EtBRrw8yaauusCKLn | $0.00 | $14.10 | $0.10 |
| 18 | 1/11/2013 | $38,980.00 | $13.83 | 1000 | $25,150.00 | $13,830.00 | 1EtBRrw8yaauusCKLn | $0.00 | $14.10 | $0.27 |
| 19 | 1/27/2013 | $25,150.00 | $17.70 | 500 | $16,300.00 | $8,850.00 | 1EtBRrw8yaauusCKLn | $0.00 | $17.90 | $0.20 |
| 20 | 1/29/2013 | $216,300.00 | $19.45 | 500 | $206,575.00 | $9,725.00 | 1EtBRrw8yaauusCKLn | $200,000.00 | $19.50 | $0.05 |
| 21 | 1/31/2013 | $206,575.00 | $19.86 | 500 | $196,645.00 | $9,930.00 | 1EtBRrw8yaauusCKLn | $0.00 | $20.50 | $0.64 |
| 22 | 2/1/2013 | $196,645.00 | $20.90 | 1500 | $165,299.80 | $31,345.20 | 1EtBRrw8yaauusCKLn | $0.00 | $20.50 | -$0.40 |
| 23 | 2/3/2013 | $165,299.80 | $19.86 | 2517.62 | $115,299.87 | $49,999.93 | 1FL488btzV244B5dkC | $0.00 | $20.50 | $0.64 |
| 24 | 2/4/2013 | $115,299.87 | $19.91 | 3013.65 | $55,298.10 | $60,001.77 | 1FL488btzV244B5dkC | $0.00 | $20.50 | $0.59 |
| 25 | 2/6/2013 | $255,298.10 | $21.23 | 300 | $248,929.10 | $6,369.00 | 1FL488btzV244B5dkC | $200,000.00 | $21.10 | -$0.13 |
| 26 | 2/6/2013 | $248,929.10 | $21.10 | 1000 | $227,829.10 | $21,100.00 | 1FL488btzV244B5dkC | $0.00 | $21.10 | $0.00 |
| 27 | 2/7/2013 | $227,829.10 | $21.15 | 300 | $221,484.10 | $6,345.00 | 1FL488btzV244B5dkC | $0.00 | $22.10 | $0.95 |
| 28 | 2/7/2013 | $221,484.10 | $21.99 | 400 | $212,688.10 | $8,798.00 | 1FL488btzV244B5dkC | $0.00 | $22.10 | $0.11 |
| 29 | 2/8/2013 | $212,688.10 | $20.99 | 2000 | $170,708.10 | $41,980.00 | 1FL488btzV244B5dkC | $0.00 | $22.70 | $1.71 |
| 30 | 2/9/2013 | $170,708.10 | $23.62 | 500 | $158,898.10 | $11,810.00 | 1FL488btzV244B5dkC | $0.00 | $23.70 | $0.08 |
| 31 | 2/11/2013 | $158,898.10 | $23.91 | 500 | $146,943.10 | $11,955.00 | 1FL488btzV244B5dkC | $0.00 | $24.60 | $0.69 |
| 32 | 2/12/2013 | $146,943.10 | $25.49 | 2000 | $95,963.10 | $50,980.00 | 1FL488btzV244B5dkC | $0.00 | $25.10 | -$0.39 |
| 33 | 2/12/2013 | $95,963.10 | $25.74 | 300 | $88,241.10 | $7,722.00 | 1FL488btzV244B5dkC | $0.00 | $25.10 | $0.64 |
| 34 | 2/12/2013 | $88,241.10 | $25.00 | 300 | $80,741.10 | $7,500.00 | 1FL488btzV244B5dkC | $0.00 | $25.10 | $0.10 |
| 35 | 2/14/2013 | $80,741.10 | $25.90 | 500 | $67,791.10 | $12,950.00 | 1FL488btzV244B5dkC | $0.00 | $27.10 | $1.20 |
| 36 | 2/15/2013 | $67,791.10 | $27.00 | 1852 | $17,791.10 | $50,000.00 | 1FL488btzV244B5dkC | $0.00 | $27.10 | $0.10 |
| 37 | 2/16/2013 | $17,791.10 | $27.21 | 600 | $1,465.10 | $16,326.00 | 1FL488btzV244B5dkC | $0.00 | $27.10 | -$0.11 |
| 38 | 2/18/2013 | $1,465.10 | $25.98 | 56 | $10.36 | $1,454.74 | 1FL488btzV244B5dkC | $0.00 | $27.00 | $1.02 |
| 39 | | | | | | | | | | |
| 40 | | | | 39876.34 | | | | $750,000.00 | | |
| 41 | | | | | | | | | | |
| 42 | | | | | | | Cost Basic per BTC | $18.81 | | |