# Exhibit 3

Bitcoin Charts & Data

[bitcoincharts logo]

Blocks 223261   Difficulty 3651012   Network total 27.631 Thash/s
Total BTC 10.832M   Estimated 4309058 in 515 blks   Blocks/hour 6.34 / 568 s

Home  Bitcoin  Markets  Charts  About

Feb 26, 2013 19:36:33 (UTC)

## Bitcoins To Skyrocket
MoneyMorning.com/Bitcoins
Bitcoins are set to soar. See why it's the top currency play of 2013

Pricechart    Volume comparison

| Symbol | Time Period | Chart Type | Moving Averages | Technical Indicators | Options |
|---|---|---|---|---|---|
| mtgoxUSD | auto / Custom Time / 2012-08-31 – 2013-02-27 / day | Closing Price / Price Band: None | None / 10, None / 25 | large indicators / None / None / None / None | Show Volume Bars / Volume in Currency / Parabolic SAR / Log Scale / Percentage Scale |

Draw

Link to this chart · Larger chart

Mt. Gox (USD/dwolla/SEPA)
Feb 26, 2013 – Daily
Closing Price: 30.68    Vol: 38.46K

mtgoxUSD
UTC – http://bitcoincharts.com

[price chart Sep 12 – Feb 13, closing price rising to ~30]

This chart is licensed under a Creative Commons Attribution-ShareAlike 3.0 Unported License.

Load raw data

About
We are interested in feedback! Email info@bitcoincharts.com any
questions or comments you might have. Donations are accepted at
[address]

Help
About
Advertise on Bitcoincharts
Information for exchanges
Markets API

© bitcoincharts.com

---

HTTP: BLOCKCHAIN.INFO/STATS  &  HTTPS://BLOCKCHAIN.INFO/ADDRESS [HASH 160 AKA PUBLIC KEY]
HTTPS://EN.BITCOIN.IT/WIKI/INTRODUCTION
   "           "        "       "    /FAQ#GENERAL

TOTAL USD WIRED FROM WCF: $750K
      TOTAL # BTC: 39,876.68

* HTTP://BLOCKCHAIN.INFO TO SEARCH BY: BLOCK HEIGHT
                                      ADDRESS
                                      BLOCK HASH
                                      TRANSACTION HASH
                                      HASH 160

http://bitcoincharts.com/charts/                                    2/26/2013

| Timestamp | Open | High | Low | Close | Volume (BTC) | Volume (Currency) | Weighted Price |
|---|---|---|---|---|---|---|---|
| 2012-08-30 00:00:00 | 10.80405 | 10.93199 | 10.6 | 10.77699 | 30868.5 | 332208.84 | 10.76 |
| 2012-08-31 00:00:00 | 10.77699 | 10.8285 | 9.66 | 10.16 | 67791.34 | 690452.97 | 10.18 |
| 2012-09-01 00:00:00 | 10.16 | 10.3 | 9.77635 | 9.96544 | 23376.24 | 233777.63 | 10 |
| 2012-09-02 00:00:00 | 9.96544 | 10.35579 | 9.71922 | 10.2041 | 25055.74 | 251932.43 | 10.05 |
| 2012-09-03 00:00:00 | 10.2041 | 10.5934 | 10.08889 | 10.53 | 22925.32 | 237264.68 | 10.35 |
| 2012-09-04 00:00:00 | 10.53 | 10.53 | 10.15 | 10.38471 | 34878.49 | 359404.18 | 10.3 |
| 2012-09-05 00:00:00 | 10.38471 | 11.17 | 10.261 | 10.99971 | 60767.24 | 653374.16 | 10.75 |
| 2012-09-06 00:00:00 | 10.99971 | 11.29 | 10.64 | 11.181 | 67054.06 | 733288.22 | 10.94 |
| 2012-09-07 00:00:00 | 11.181 | 11.21 | 10.9544 | 11 | 35535.72 | 394463.57 | 11.1 |
| 2012-09-08 00:00:00 | 11 | 11.14177 | 10.765 | 11.037 | 24253.64 | 266231.48 | 10.98 |
| 2012-09-09 00:00:00 | 11.037 | 11.14288 | 10.92452 | 11.02 | 14033.42 | 155002.6 | 11.05 |
| 2012-09-10 00:00:00 | 11.02 | 11.192 | 10.8745 | 11.17 | 42288.41 | 467067.67 | 11.04 |
| 2012-09-11 00:00:00 | 11.17 | 11.35 | 10.878 | 11.33081 | 64954.44 | 721708.44 | 11.11 |
| 2012-09-12 00:00:00 | 11.33081 | 11.39 | 10.78 | 11.36489 | 58628 | 657004.1 | 11.21 |
| 2012-09-13 00:00:00 | 11.36489 | 11.399 | 11.2201 | 11.399 | 20574.32 | 233401.71 | 11.34 |
| 2012-09-14 00:00:00 | 11.399 | 11.799 | 11.32103 | 11.67 | 43259.7 | 500768.38 | 11.58 |
| 2012-09-15 00:00:00 | 11.67 | 11.789 | 11.6 | 11.75 | 16272.52 | 190511.93 | 11.71 |
| 2012-09-16 00:00:00 | 11.75 | 11.99 | 11.722 | 11.87 | 30297.22 | 359833.88 | 11.88 |
| 2012-09-17 00:00:00 | 11.87 | 11.9625 | 11.7655 | 11.89 | 26612.48 | 316662.26 | 11.9 |
| 2012-09-18 00:00:00 | 11.89 | 12.3456 | 11.8402 | 12.25 | 40949.28 | 494030.03 | 12.06 |
| 2012-09-19 00:00:00 | 12.25 | 12.68666 | 12.1501 | 12.5725 | 41883 | 519593.55 | 12.41 |
| 2012-09-20 00:00:00 | 12.5725 | 12.66 | 12.25 | 12.28253 | 32567.34 | 406467.47 | 12.48 |
| 2012-09-21 00:00:00 | 12.28253 | 12.49998 | 12.011 | 12.368 | 35834.78 | 439674.22 | 12.27 |
| 2012-09-22 00:00:00 | 12.368 | 12.39999 | 12.14 | 12.23781 | 14986.56 | 183186.34 | 12.22 |
| 2012-09-23 00:00:00 | 12.23781 | 12.27 | 11.6304 | 12.19331 | 39920.72 | 479223.21 | 12 |
| 2012-09-24 00:00:00 | 12.19331 | 12.29888 | 11.95105 | 12.1 | 27291.83 | 330885.09 | 12.12 |
| 2012-09-25 00:00:00 | 12.1 | 12.22909 | 12.008 | 12.197 | 21228.61 | 257174.51 | 12.11 |
| 2012-09-26 00:00:00 | 12.197 | 12.46 | 12.02 | 12.27 | 23495.18 | 287416.94 | 12.23 |
| 2012-09-27 00:00:00 | 12.27 | 12.395 | 12.207 | 12.30889 | 19326.69 | 238051.35 | 12.32 |
| 2012-09-28 00:00:00 | 12.30889 | 12.44998 | 12.12 | 12.39101 | 26674.78 | 329436.52 | 12.35 |
| 2012-09-29 00:00:00 | 12.39101 | 12.49 | 12.21111 | 12.36309 | 17061.66 | 211507.34 | 12.4 |
| 2012-09-30 00:00:00 | 12.36309 | 12.44889 | 12.301 | 12.4 | 7793.91 | 96462.09 | 12.38 |
| 2012-10-01 00:00:00 | 12.4 | 12.481 | 12.321 | 12.4 | 24826.69 | 307618.78 | 12.39 |
| 2012-10-02 00:00:00 | 12.4 | 12.88 | 12.3435 | 12.84 | 50833.35 | 642027.91 | 12.63 |
| 2012-10-03 00:00:00 | 12.84 | 12.99 | 12.68001 | 12.89 | 32955.07 | 422995.61 | 12.84 |

| s Tools Help | O | H | L | C | VOL(BTC) | VOL($) | $P_w$ |
|---|---|---|---|---|---|---|---|
| 2012-10-04 00:00:00 | 12.89 | 13.0899 | 12.6 | 12.85 | 37945.15 | 488811.23 | 12.88 |
| 2012-10-05 00:00:00 | 12.85 | 12.97 | 12.51 | 12.688 | 31258.44 | 398427.1 | 12.75 |
| 2012-10-06 00:00:00 | 12.688 | 12.85999 | 12.35 | 12.505 | 24673.41 | 310513.02 | 12.58 |
| 2012-10-07 00:00:00 | 12.505 | 12.6185 | 11.7 | 11.80001 | 63512.03 | 762812.96 | 12.01 |
| 2012-10-08 00:00:00 | 11.80001 | 11.95198 | 10.621 | 11.77809 | 97938.4 | 1102329.22 | 11.26 |
| 2012-10-09 00:00:00 | 11.77809 | 12.35 | 11.5711 | 11.895 | 46768.8 | 559694.91 | 11.97 |
| 2012-10-10 00:00:00 | 11.895 | 12.19 | 11.767 | 12.12 | 27722.07 | 333351.59 | 12.02 |
| 2012-10-11 00:00:00 | 12.12 | 12.151 | 11.85788 | 12.03 | 19831.64 | 238483.07 | 12.03 |
| 2012-10-12 00:00:00 | 12.03 | 12.15 | 11.92 | 12 | 21538.03 | 259522.53 | 12.05 |
| 2012-10-13 00:00:00 | 12 | 12.11 | 11.85 | 11.86101 | 11861.68 | 141870.31 | 11.96 |
| 2012-10-14 00:00:00 | 11.86101 | 12.03 | 11.496 | 11.7389 | 22891.1 | 271135.83 | 11.84 |
| 2012-10-15 00:00:00 | 11.7389 | 11.98863 | 11.43 | 11.83807 | 27101.72 | 317633.19 | 11.72 |
| 2012-10-16 00:00:00 | 11.83807 | 11.99 | 11.5 | 11.8499 | 41184.66 | 485720.72 | 11.79 |
| 2012-10-17 00:00:00 | 11.8499 | 11.95998 | 11.7 | 11.81 | 23553.36 | 279774.85 | 11.88 |
| 2012-10-18 00:00:00 | 11.81 | 11.9599 | 11.75 | 11.93977 | 21680.84 | 259855.62 | 11.88 |
| 2012-10-19 00:00:00 | 11.93977 | 11.967 | 11.619 | 11.74012 | 23177.45 | 272640.88 | 11.76 |
| 2012-10-20 00:00:00 | 11.74012 | 11.85 | 11.56025 | 11.73991 | 22110.92 | 259113.16 | 11.72 |
| 2012-10-21 00:00:00 | 11.73991 | 11.76528 | 11.61 | 11.63107 | 9375.52 | 109479.89 | 11.68 |
| 2012-10-22 00:00:00 | 11.63107 | 11.81 | 11.4711 | 11.71012 | 37622.03 | 440140.37 | 11.7 |
| 2012-10-23 00:00:00 | 11.71012 | 12 | 11.41 | 11.65 | 54344.49 | 637306 | 11.73 |
| 2012-10-24 00:00:00 | 11.65 | 11.79 | 11.591 | 11.64999 | 21764.66 | 254132.03 | 11.68 |
| 2012-10-25 00:00:00 | 11.64999 | 11.6989 | 10.52 | 10.86158 | 84704.86 | 934190.95 | 11.03 |
| 2012-10-26 00:00:00 | 10.86158 | 10.95 | 9.74 | 10.17061 | 98994.7 | 1020616.67 | 10.31 |
| 2012-10-27 00:00:00 | 10.17061 | 10.83883 | 9.82207 | 10.26051 | 47869.83 | 496747.54 | 10.38 |
| 2012-10-28 00:00:00 | 10.26051 | 10.95 | 10.24998 | 10.69998 | 22389.59 | 236640.5 | 10.57 |
| 2012-10-29 00:00:00 | 10.69998 | 10.93979 | 10.3209 | 10.59999 | 37574.81 | 400173.5 | 10.65 |
| 2012-10-30 00:00:00 | 10.59999 | 10.89 | 10.58 | 10.88753 | 26023.32 | 279843.08 | 10.75 |
| 2012-10-31 00:00:00 | 10.88753 | 11.21 | 10.70543 | 11.201 | 40673.45 | 448359.79 | 11.02 |
| 2012-11-01 00:00:00 | 11.201 | 11.279 | 10.4 | 10.57 | 50362.1 | 550327.49 | 10.93 |
| 2012-11-02 00:00:00 | 10.57 | 10.8 | 10.33 | 10.46877 | 24485.26 | 258957.79 | 10.58 |
| 2012-11-03 00:00:00 | 10.46877 | 10.65 | 10.4 | 10.6425 | 16732.94 | 176345.08 | 10.54 |
| 2012-11-04 00:00:00 | 10.6425 | 10.9 | 10.51002 | 10.80011 | 16750.34 | 178761.66 | 10.67 |
| 2012-11-05 00:00:00 | 10.80011 | 10.88 | 10.61 | 10.748 | 21776.74 | 233650.36 | 10.73 |
| 2012-11-06 00:00:00 | 10.748 | 10.9 | 10.6667 | 10.89899 | 26995.3 | 291515.94 | 10.8 |
| 2012-11-07 00:00:00 | 10.89899 | 11.21603 | 10.8 | 10.92 | 31733.85 | 348474.7 | 10.98 |
| 2012-11-08 00:00:00 | 10.92 | 11.07 | 10.75 | 10.925 | 26058.85 | 284556.11 | 10.92 |
| 2012-11-09 00:00:00 | 10.925 | 10.98497 | 10.79 | 10.815 | 14727.12 | 159984.85 | 10.86 |

| s   Tools  Help | O | H | L | C | VOL(BTC) | VOL($) | Pw |
|---|---|---|---|---|---|---|---|
| 2012-11-09 00:00:00 | 10.925 | 10.98497 | 10.79 | 10.815 | 14727.12 | 159984.85 | 10.86 |
| 2012-11-10 00:00:00 | 10.815 | 10.95899 | 10.75 | 10.88999 | 13490.45 | 146349.26 | 10.85 |
| 2012-11-11 00:00:00 | 10.88999 | 10.939 | 10.7 | 10.8687 | 12625.48 | 136448.09 | 10.81 |
| 2012-11-12 00:00:00 | 10.8687 | 11.18 | 10.76666 | 11.00801 | 39217.17 | 431080.47 | 10.99 |
| 2012-11-13 00:00:00 | 11.00801 | 11.129 | 10.9215 | 10.9512 | 16757.51 | 184368.79 | 11 |
| 2012-11-14 00:00:00 | 10.9512 | 11.05 | 10.82011 | 10.95 | 24543.09 | 268636.84 | 10.95 |
| 2012-11-15 00:00:00 | 10.95 | 11.3 | 10.86 | 11.19771 | 31901.17 | 353356.16 | 11.08 |
| 2012-11-16 00:00:00 | 11.19771 | 11.8 | 11.17214 | 11.74889 | 58253.16 | 669422.19 | 11.49 |
| 2012-11-17 00:00:00 | 11.74889 | 11.8 | 11.52 | 11.78889 | 19105.45 | 223039.47 | 11.67 |
| 2012-11-18 00:00:00 | 11.78889 | 11.832 | 11.616 | 11.65152 | 15514.15 | 181716.98 | 11.71 |
| 2012-11-19 00:00:00 | 11.65152 | 11.84 | 11.6 | 11.7999 | 25197.92 | 295260.75 | 11.72 |
| 2012-11-20 00:00:00 | 11.7999 | 11.799 | 11.57297 | 11.73281 | 27220.18 | 318291.25 | 11.69 |
| 2012-11-21 00:00:00 | 11.73281 | 11.784 | 11.6435 | 11.76999 | 19227.8 | 225308.73 | 11.72 |
| 2012-11-22 00:00:00 | 11.76999 | 12.43 | 11.67 | 12.42191 | 58301.3 | 703582.88 | 12.07 |
| 2012-11-23 00:00:00 | 12.42191 | 12.40999 | 12.132 | 12.34501 | 18967.9 | 233370.93 | 12.3 |
| 2012-11-24 00:00:00 | 12.34501 | 12.4756 | 12.25 | 12.41153 | 19570.39 | 242058.59 | 12.37 |
| 2012-11-25 00:00:00 | 12.41153 | 12.6 | 12.3125 | 12.4821 | 24023.69 | 299989.4 | 12.49 |
| 2012-11-26 00:00:00 | 12.4821 | 12.6515 | 11.89 | 12.24546 | 35913.82 | 443753.07 | 12.36 |
| 2012-11-27 00:00:00 | 12.24546 | 12.339 | 11.9 | 12.2 | 33194.69 | 401692.08 | 12.1 |
| 2012-11-28 00:00:00 | 12.2 | 12.40712 | 12.1 | 12.34769 | 30688.21 | 376900.98 | 12.28 |
| 2012-11-29 00:00:00 | 12.34769 | 12.599 | 12.15 | 12.45 | 26505.34 | 329552.64 | 12.43 |
| 2012-11-30 00:00:00 | 12.45 | 12.65 | 12.42423 | 12.565 | 24350.31 | 305812.61 | 12.56 |
| 2012-12-01 00:00:00 | 12.565 | 12.68778 | 12.4625 | 12.56201 | 14696.42 | 184860.98 | 12.58 |
| 2012-12-02 00:00:00 | 12.56201 | 12.68 | 12.434 | 12.50004 | 14011.93 | 176013.47 | 12.56 |
| 2012-12-03 00:00:00 | 12.50004 | 12.67901 | 12.4755 | 12.67899 | 26759.6 | 336294.7 | 12.57 |
| 2012-12-04 00:00:00 | 12.67899 | 13.5 | 12.62 | 13.41 | 63245.72 | 823838.19 | 13.03 |
| 2012-12-05 00:00:00 | 13.41 | 13.42025 | 13.15 | 13.38 | 29794.93 | 395716.07 | 13.28 |
| 2012-12-06 00:00:00 | 13.38 | 13.6888 | 12.9 | 13.29899 | 46562.54 | 623136.59 | 13.38 |
| 2012-12-07 00:00:00 | 13.29899 | 13.549 | 12.975 | 13.4999 | 32799.57 | 437726.61 | 13.35 |
| 2012-12-08 00:00:00 | 13.4999 | 13.55 | 13.3545 | 13.42007 | 13171.51 | 177338.38 | 13.46 |
| 2012-12-09 00:00:00 | 13.42007 | 13.53 | 13.021 | 13.388 | 28166.62 | 372655.91 | 13.23 |
| 2012-12-10 00:00:00 | 13.388 | 13.55 | 13.26911 | 13.43335 | 24664.9 | 331115.25 | 13.42 |
| 2012-12-11 00:00:00 | 13.43335 | 13.67 | 13.3 | 13.55703 | 28045.88 | 378671.69 | 13.5 |
| 2012-12-12 00:00:00 | 13.55703 | 13.79989 | 13.3 | 13.6989 | 37679.23 | 512418.01 | 13.6 |
| 2012-12-13 00:00:00 | 13.6989 | 13.8 | 13.46777 | 13.7001 | 24197.68 | 331480.86 | 13.7 |
| 2012-12-14 00:00:00 | 13.7001 | 13.90119 | 13 | 13.60004 | 70143.98 | 951046.01 | 13.56 |
| 2012-12-15 00:00:00 | 13.60004 | 13.64 | 13.44316 | 13.49811 | 15187.66 | 205671.20 | 13.54 |

| Date | O | H | L | C | VOL(BTC) | VOL($) | $P_w$ |
|---|---|---|---|---|---|---|---|
| 2012-12-15 00:00:00 | 13.60004 | 13.64 | 13.44216 | 13.49011 | 15187.66 | 205671.39 | 13.54 |
| 2012-12-16 00:00:00 | 13.49011 | 13.66548 | 13.13111 | 13.30002 | 42760.55 | 570895.78 | 13.35 |
| 2012-12-17 00:00:00 | 13.30002 | 13.485 | 12.74919 | 13.25005 | 63631.25 | 839092.63 | 13.19 |
| 2012-12-18 00:00:00 | 13.25005 | 13.39807 | 13.11 | 13.29899 | 23220.51 | 307326.85 | 13.24 |
| 2012-12-19 00:00:00 | 13.29899 | 13.601 | 13.2 | 13.599 | 38807.1 | 520163.02 | 13.4 |
| 2012-12-20 00:00:00 | 13.599 | 13.72 | 13.32591 | 13.52463 | 32980.36 | 446364.01 | 13.53 |
| 2012-12-21 00:00:00 | 13.52463 | 13.6 | 13.41999 | 13.49998 | 25330.45 | 342557.95 | 13.52 |
| 2012-12-22 00:00:00 | 13.49998 | 13.58996 | 13.3213 | 13.37136 | 14783.4 | 198463.8 | 13.42 |
| 2012-12-23 00:00:00 | 13.37136 | 13.47222 | 13.01 | 13.31202 | 23978.22 | 316965.89 | 13.22 |
| 2012-12-24 00:00:00 | 13.31202 | 13.45 | 13.2105 | 13.38001 | 16692.15 | 223315.17 | 13.38 |
| 2012-12-25 00:00:00 | 13.38001 | 13.43 | 13.14 | 13.35001 | 13165.69 | 175265.29 | 13.31 |
| 2012-12-26 00:00:00 | 13.35001 | 13.46997 | 13.20001 | 13.46786 | 15840.13 | 211349.14 | 13.34 |
| 2012-12-27 00:00:00 | 13.46786 | 13.47 | 13.25 | 13.42174 | 19822.05 | 265311.8 | 13.38 |
| 2012-12-28 00:00:00 | 13.42174 | 13.6499 | 13.34201 | 13.42119 | 23813.01 | 320223.37 | 13.45 |
| 2012-12-29 00:00:00 | 13.42119 | 13.67 | 13.27 | 13.4 | 26149.14 | 352722.29 | 13.49 |
| 2012-12-30 00:00:00 | 13.4 | 13.59 | 13.35 | 13.45001 | 11764.2 | 158277.2 | 13.45 |
| 2012-12-31 00:00:00 | 13.45001 | 13.561 | 13.36634 | 13.51001 | 15049.79 | 202798.91 | 13.48 |
| 2013-01-01 00:00:00 | 13.51001 | 13.56 | 13.16123 | 13.30413 | 28406.21 | 378879.35 | 13.34 |
| 2013-01-02 00:00:00 | 13.30413 | 13.4 | 13.16382 | 13.27999 | 17966.81 | 239156.18 | 13.31 |
| 2013-01-03 00:00:00 | 13.27999 | 13.464 | 13.24897 | 13.39786 | 18032.25 | 240845.86 | 13.36 |
| 2013-01-04 00:00:00 | 13.39786 | 13.52 | 13.27311 | 13.5 | 29641.92 | 397884.35 | 13.42 |
| 2013-01-05 00:00:00 | 13.5 | 13.548 | 13.314 | 13.44 | 21329.93 | 286932.51 | 13.45 |
| 2013-01-06 00:00:00 | 13.44 | 13.521 | 13.356 | 13.45395 | 12741.13 | 171497.01 | 13.46 |
| 2013-01-07 00:00:00 | 13.45395 | 13.59 | 13.404 | 13.58755 | 25477.72 | 344083.33 | 13.51 |
| 2013-01-08 00:00:00 | 13.58755 | 13.87998 | 13.5 | 13.74275 | 42798.37 | 587223.86 | 13.72 |
| 2013-01-09 00:00:00 | 13.74275 | 13.86225 | 13.62 | 13.77001 | 28606.38 | 393192.24 | 13.74 |
| 2013-01-10 00:00:00 | 13.77001 | 14.32 | 13.77 | 14.13999 | 51811.03 | 727790.48 | 14.05 |
| 2013-01-11 00:00:00 | 14.13999 | 14.34999 | 13.91001 | 14.13701 | 40434.54 | 570677.27 | 14.11 |
| 2013-01-12 00:00:00 | 14.13701 | 14.338 | 13.975 | 14.23699 | 26931.84 | 381546.96 | 14.17 |
| 2013-01-13 00:00:00 | 14.23699 | 14.3148 | 13.94896 | 14.11601 | 38330.15 | 540759.58 | 14.11 |
| 2013-01-14 00:00:00 | 14.11601 | 14.35 | 14.11 | 14.30002 | 22096.95 | 315016.66 | 14.26 |
| 2013-01-15 00:00:00 | 14.30002 | 14.47899 | 13.99178 | 14.25003 | 51573.23 | 732428.4 | 14.2 |
| 2013-01-16 00:00:00 | 14.25003 | 14.73 | 14.21001 | 14.73 | 45532.49 | 660929.7 | 14.52 |
| 2013-01-17 00:00:00 | 14.73 | 15.69999 | 14.63 | 15.50001 | 65489.44 | 993185.63 | 15.17 |
| 2013-01-18 00:00:00 | 15.50001 | 15.985 | 15.41 | 15.70499 | 56097.55 | 879655.99 | 15.68 |
| 2013-01-19 00:00:00 | 15.70499 | 15.77272 | 15.25 | 15.615 | 34588.82 | 534667.03 | 15.46 |
| 2013-01-20 00:00:00 | 15.615 | 15.89 | 15.51 | 15.7 | 25982.13 | 408455.8 | 15.72 |

| Tools Help | O | H | L | C | VOL(BTC) | VOL($) | $P_W$ |
|---|---|---|---|---|---|---|---|
| 2013-01-21 00:00:00 | 15.7 | 16.98 | 15.63412 | 16.8 | 61502.1 | 1007686.44 | 16.38 |
| 2013-01-22 00:00:00 | 16.8 | 17.59 | 16.65 | 17.26142 | 60975.24 | 1045898.98 | 17.15 |
| 2013-01-23 00:00:00 | 17.26142 | 17.5855 | 16.80155 | 17.50004 | 49439.37 | 851188.37 | 17.22 |
| 2013-01-24 00:00:00 | 17.50004 | 19.18999 | 15.6101 | 16.89596 | 172009.1 | 3053222.09 | 17.75 |
| 2013-01-25 00:00:00 | 16.89596 | 17.797 | 15.38613 | 17.40001 | 80767.49 | 1345890.12 | 16.66 |
| 2013-01-26 00:00:00 | 17.40001 | 17.88 | 16.54001 | 17.88 | 34810.6 | 597064.17 | 17.15 |
| 2013-01-27 00:00:00 | 17.88 | 17.99999 | 17.21 | 17.81821 | 23766.82 | 419571.12 | 17.65 |
| 2013-01-28 00:00:00 | 17.81821 | 18.88 | 17.75 | 18.72101 | 57669.44 | 1057611.3 | 18.34 |
| 2013-01-29 00:00:00 | 18.72101 | 19.8 | 18.7 | 19.52538 | 86082.08 | 1650126.18 | 19.17 |
| 2013-01-30 00:00:00 | 19.52538 | 19.7989 | 19.14901 | 19.70001 | 45064.83 | 877863.5 | 19.48 |
| 2013-01-31 00:00:00 | 19.70001 | 21.43 | 19.51123 | 20.41001 | 99226.7 | 2042238.64 | 20.58 |
| 2013-02-01 00:00:00 | 20.41001 | 21.13 | 20.301 | 20.49897 | 49917.48 | 1034619.16 | 20.73 |
| 2013-02-02 00:00:00 | 20.49897 | 20.5 | 18 | 19.63001 | 80501.65 | 1567325.27 | 19.47 |
| 2013-02-03 00:00:00 | 19.63001 | 20.9 | 19.42 | 20.59 | 34244.3 | 693849.61 | 20.26 |
| 2013-02-04 00:00:00 | 20.59 | 21.05 | 19.85502 | 20.43005 | 52219.14 | 1066570.21 | 20.42 |
| 2013-02-05 00:00:00 | 20.43005 | 20.79 | 20.2 | 20.60001 | 29212.44 | 600949.67 | 20.57 |
| 2013-02-06 00:00:00 | 20.60001 | 21.3339 | 20.60001 | 21.18 | 51989.6 | 1096396.16 | 21.09 |
| 2013-02-07 00:00:00 | 21.18 | 22.21999 | 20.77002 | 22.15 | 64263.77 | 1388465.81 | 21.61 |
| 2013-02-08 00:00:00 | 22.15 | 22.77219 | 22 | 22.66 | 48649.93 | 1090678.48 | 22.42 |
| 2013-02-09 00:00:00 | 22.66 | 23.98961 | 22.57541 | 23.65 | 38133.01 | 886034.01 | 23.24 |
| 2013-02-10 00:00:00 | 23.65 | 24.11 | 22.67 | 23.96975 | 56426.07 | 1321513.68 | 23.42 |
| 2013-02-11 00:00:00 | 23.96975 | 24.67503 | 23.6456 | 24.65 | 29526.73 | 712458.7 | 24.13 |
| 2013-02-12 00:00:00 | 24.65 | 25.82767 | 24.3001 | 25.16975 | 74239.93 | 1862561.32 | 25.09 |
| 2013-02-13 00:00:00 | 25.16975 | 26.3 | 24.19491 | 24.2 | 90150.21 | 2296830.8 | 25.48 |
| 2013-02-14 00:00:00 | 24.2 | 27.5969 | 21.721 | 27.2205 | 145734.74 | 3710262.51 | 25.46 |
| 2013-02-15 00:00:00 | 27.2205 | 27.50617 | 26.103 | 27.1 | 51714.15 | 1396017.97 | 26.99 |
| 2013-02-16 00:00:00 | 27.1 | 27.49989 | 26.8075 | 27.21584 | 18826.94 | 511421.92 | 27.16 |
| 2013-02-17 00:00:00 | 27.21584 | 27.39989 | 25 | 26.8146 | 77042.22 | 2033614.64 | 26.4 |
| 2013-02-18 00:00:00 | 26.8146 | 27.148 | 26.36268 | 26.95 | 29744.27 | 795866.42 | 26.76 |
| 2013-02-19 00:00:00 | 26.95 | 29.65 | 26.8 | 29.41759 | 99699.25 | 2810076.61 | 28.19 |
| 2013-02-20 00:00:00 | 29.41759 | 29.87035 | 28.98839 | 29.64501 | 37209.36 | 1096641.18 | 29.47 |
| 2013-02-21 00:00:00 | 29.64501 | 29.978 | 29.311 | 29.74768 | 34730.51 | 1030860.6 | 29.68 |
| 2013-02-22 00:00:00 | 29.74768 | 31.3 | 29.67001 | 30.24539 | 66951.69 | 2039411.78 | 30.46 |
| 2013-02-23 00:00:00 | 30.24539 | 30.6899 | 28 | 29.79999 | 72278.17 | 2099763.39 | 29.05 |
| 2013-02-24 00:00:00 | 29.79999 | 30.39877 | 29.20123 | 29.88999 | 24274.89 | 722940.53 | 29.78 |
| 2013-02-25 00:00:00 | 29.88999 | 30.4 | 29.55 | 30.39999 | 26778.95 | 805270.53 | 30.07 |