# Exhibit 5



DRAFT

EXHIBIT 2
Winklevoss Capital Fund
Analysis of BTC Purchased by Charlie Shrem on behalf of WCF
September - October 2012
As at 3/8/2013

| Funds from WCF | | | | Allocation of WCF Funds to BTC Purchases | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date per Charlie Shrem (CS) | Amount | Dates Transferred per CS | BTC Transferred | High | Low | Average of High/Low Trading Prices | USD @ Average High/Low | USD Spent per CS | Variance |
| 9/12/2012 | $50,000.00 | | | | | | | | |
| 9/24/2012 | 50,000.00 | BTC at average high/low | | | | | | | |
| 9/28/2012 | 50,000.00 | 9/22/2012 | 914.01 | $12.400 | $12.140 | $12.270 | $ 11,215 | N/A | |
| 10/3/2012 | 50,000.00 | 9/22/2012 | 1,000.05 | $12.400 | $12.140 | $12.270 | $ 12,271 | N/A | |
| 10/10/2012 | 50,000.00 | 9/22/2012 | 1,000.00 | $12.400 | $12.140 | $12.270 | $ 12,270 | N/A | |
| | $250,000.00 | 9/22/2012 | 1,000.00 | $12.400 | $12.140 | $12.270 | $ 12,270 | N/A | |
| | | 9/24/2012 | 1,894.01 | $12.299 | $11.951 | $12.125 | $ 22,965 | N/A | |
| | | 9/27/2012 | 908.00 | $12.395 | $12.207 | $12.301 | $ 11,169 | $ 10,986.80 | (182.51) |
| | | 10/10/2012 | 3,631.00 | $12.190 | $11.767 | $11.979 | $ 43,494 | $ 43,753.55 | 259.62 |
| | | *Subtotal: BTC at historical trading prices* | 10,347.07 | | | | $ 125,654 | | |
| | | BTC identified from historical exchange transactions | | | | | | | |
| | | 10/2/2012 | 2,400.00 | | | | $ 30,993 | | |
| | | 10/3/2012 | 2,490.00 | | | | $ 32,173 | | |
| | | *Subtotal: BTC identified from historical exchange* | 4,890.00 | | | | $ 63,166 | | |
| | | **TOTAL** | 15,237.07 | | | | $ 188,820 | $ 250,000 | $ 61,180 |