# Exhibit 6

| A Index | B Date | C Type | D Info | E Value | F Balance | G | H Total Cost (USD) | I Avg $ per BTC | J Reported on Exhibit 2 | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 1148 | 9/2/12 16:18 | deposit | Redeemed code: MTGOX-BTC-MYSWC-2BE7T-NBXC7-318A2 | 5 | 5.0404 | | | | | |
| 1149 | 9/2/12 16:18 | withdraw | Generate redeem code: MTGOX-BTC-GXM9X-U2B5D-BUEUH-2B006 | 5 | 0.0404 | | | | | |
| 1150 | 9/9/12 15:44 | deposit | 1L7EJBcaXF2VMy4LDtqBsoCjJuNyM8iB | 95 | 95.0404 | | | | | |
| 1151 | 9/18/12 2:25 | withdraw | Bitcoin withdraw to 115p9s2CsP7uMATFyhtKvjpxZfWU192pdQ | 24.03 | 71.0104 | | | | | |
| 1152 | 9/19/12 21:05 | withdraw | Bitcoin withdraw to 1Hnqy9wqF17D1zXncgLLKmdDA6RwETrCtu | 71 | 0.0104 | | | | | |
| 1196 | 9/20/12 16:21 | fee | BTC bought: [lid:1348158092648472] 180.42198919Â BTC at $12.57000 (0.46% fee) | 0.829941 | 995.4104 | $ 2,267.90 | | | | |
| 1197 | 9/20/12 16:24 | withdraw | Bitcoin withdraw to 1Hnqy9wqF17D1zXncgLLKmdDA6RwETrCtu | 995.41 | 0.0004 | | $ 12,553.77 | | | |
| 1198 | 9/20/12 16:39 | deposit | Redeemed code: MTGOX-BTC-JCDP5-JTBXT-KW75W-81A5A | 200 | 200.0004 | | | | | |
| 1199 | 9/20/12 16:56 | withdraw | Bitcoin withdraw to 1Hnqy9wqF17D1zXncgLLKmdDA6RwETrCtu | 200 | 0.0004 | | | | | |
| 1200 | 9/20/12 17:01 | deposit | 1J3RXs1xzy3MZ7GUPFYwJ4kYndJQBW2ou | 33.8 | 33.8004 | | | | | |
| 1201 | 9/20/12 17:32 | deposit | 1J3RXs1xzy3MZ7GUPFYwJ4kYndJQBW2ou | 5.7492 | 39.5496 | | | | | |
| 1202 | 9/20/12 17:34 | withdraw | Bitcoin withdraw to 1Hnqy9wqF17D1zXncgLLKmdDA6RwETrCtu | 39.5 | 0.0496 | | | | | |
| 1299 | 9/28/12 15:07 | withdraw | Bitcoin withdraw to 1BtKK5uYvhNkP5a87o5fx1r6f7hCjnqpaw3 | 1500 | 0.1174 | $ 18,626.33 | | | | |
| 1300 | 9/30/12 20:12 | in | BTC bought: [lid:1349035959821037] 4.4355000Â BTC at $12.40000 | 4.4355 | 4.5529 | | | | | |
| 1301 | 9/30/12 20:12 | fee | BTC bought: [lid:1349035959821037] 4.43550000Â BTC at $12.40000 (0.43% fee) | 0.019073 | 4.533827 | | | | | |
| 1302 | 9/30/12 20:13 | withdraw | Bitcoin withdraw to 1CbfugZC9QLLHnwp8XAHxmFx5DNbTBgSh | 4.032 | 0.501827 | | | | | |
| 1303 | 10/1/12 19:24 | in | BTC bought: [lid:1349119475023445] 30.54970000Â BTC at $12.43868 | 30.5497 | 31.05153 | | | | | |
| 1304 | 10/1/12 19:24 | fee | BTC bought: [lid:1349119475023445] 30.54970000Â BTC at $12.43868 (0.43% fee) | 0.131384 | 30.92016 | | | | | |
| 1305 | 10/1/12 19:24 | withdraw | Bitcoin withdraw to 14Ey22JRvFMdwPi8WnGryTaS6Kw51Chj | 30 | 0.920164 | | | | | |
| 1551 | 10/2/12 17:51 | fee | BTC bought: [lid:1349200316981420] 403.58206577Â BTC at $12.88000 (0.43% fee) | 1.735403 | 2490.17 | | $ 32,155.59 | $ 12.91389 | $ 30,993.34 | $ Assigned to 2,400 BTC on 10/2/12 |
| 1552 | 10/2/12 17:58 | withdraw | Bitcoin withdraw to 1EjRAEDdA7GiCSUcA9nM4771n86N5l2xZ | 2400 | 90.17016 | | | | | |
| 1553 | 10/2/12 17:56 | fee | Fees for Bitcoin withdraw to 1EjRAEDdA7GiCSUcA9nM4771n86N5l2xZ | 0.005 | 90.16516 | | | | | |
| 1685 | 10/3/12 20:00 | fee | BTC bought: [lid:1349294406236370] 4.18600081Â BTC at $12.88000 (0.4% fee) | 0.016744 | 2490.525 | | $ 31,010.78 | | $ 32,173.03 | Remainder $ assigned to 2,490 BTC on 10/3/12 |
| 1686 | 10/3/12 20:01 | withdraw | Bitcoin withdraw to 1EjRAEDdA7GiCSUcA9nM4771n86N5l2xZ | 2490 | 0.525164 | | $ 63,166.36 | | $ 63,166.36 | Total |