# Exhibit A

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 7, 2018.

Selected Entity Name: BITTREX LLC
Selected Entity Status Information

**Current Entity Name:** BITTREX LLC
**DOS ID #:** 4800632
**Initial DOS Filing Date:** AUGUST 06, 2015
**County:** NEW YORK
**Jurisdiction:** NEVADA
**Entity Type:** FOREIGN LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
BRETT CAMPBELL
6077 S. FT. APACHE RD.,
SUITE 100
LAS VEGAS, NEVADA, 89148

**Registered Agent**

NONE

This office does not require or maintain information
regarding the names and addresses of members or
managers of nonprofessional limited liability

companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| AUG 06, 2015 | Actual | BITTREX LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 7, 2018.

|  |  |
|---|---|
| Selected Entity Name: | COINBASE, INC. |

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | COINBASE, INC. |
| **DOS ID #:** | 4493297 |
| **Initial DOS Filing Date:** | NOVEMBER 27, 2013 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Chief Executive Officer**

BRIAN ARMSTRONG
548 MARKET STREET
#23008
SAN FRANCISCO, CALIFORNIA, 94104

**Principal Executive Office**

COINBASE, INC.
548 MARKET STREET

#23008
SAN FRANCISCO, CALIFORNIA, 94104

### Registered Agent

CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| NOV 27, 2013 | Actual | COINBASE, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 7, 2018.

|  |  |
|---|---|
| Selected Entity Name: | POLONIEX, LLC |

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | POLONIEX, LLC |
| **DOS ID #:** | 5363078 |
| **Initial DOS Filing Date:** | JUNE 21, 2018 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Registered Agent**

C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

---

This office does not require or maintain information
regarding the names and addresses of members or

managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUN 21, 2018 | Actual | POLONIEX, LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 7, 2018.

Selected Entity Name: XAPO, INC.
Selected Entity Status Information

**Current Entity Name:** XAPO, INC.
**DOS ID #:** 4802757
**Initial DOS Filing Date:** AUGUST 11, 2015
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
GEORGE M. ROGERS, III ("TED") PRESIDENT
XAPO, INC.
2983 WOODSIDE ROAD
WOODSIDE, CALIFORNIA, 94062

**Registered Agent**

NONE

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the

chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| AUG 11, 2015 | Actual | XAPO, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results | New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us