# Exhibit B

Prepared by:
Phillip A. Wolff, Esq.
Gibson, Kohl, Wolff & Hric, PL
1800 2nd Street, Suite 901
Sarasota, Florida 34236
File No. 18-0154
Purchase Price $2,250,000.00

8.50 index
1.00
15,750.00

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2018101953   2 PG(S)
July 31  2018  11 31 43 AM
KAREN E  RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY  FL

Doc Stamp-Deed  $15,750.00

# General Warranty Deed

Made this July 27, 2018 A.D. by Michael Seery, as Trustee of the Michael Seery Revocable Trust Agreement dated 9/9/08 and Individually, joined by his spouse Susan M. Seery, whose address is: 888 South Orange Avenue, PH-C, Sarasota, Florida 34236, hereinafter called the grantor, to Charlie Shrem and Courtney Marie Warner, husband and wife, whose post office address is: 536 North Spoonbill Drive, Sarasota, Florida 34236, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Sarasota County, Florida, viz:

Lot 8, Block 14, Bird Key Subdivision according to the plat thereof as recorded in Plat Book 11, page 20, of the Public Records of Sarasota County, Florida.

Grantor herein states that the above referenced Trust has not been revoked, amended or modified in any way which effects the powers of the trustee to grant, sell and convey real property and that said trust is still in full force and effect and that Michael Seery is still acting as Trustee.

Parcel ID Number: 2012130007

Subject to taxes for 2018 and subsequent years; covenants, conditions, declarations, restrictions, easements, reservations and limitations of record, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2017.

Prepared by:
Phillip A. Wolff, Esq.
Gibson, Kohl, Wolff & Hric, PL
1800 2nd Street, Suite 901
Sarasota, Florida 34236

## GENERAL WARRANTY DEED
## PAGE TWO

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

Signature: /s/ *[signature]*

Witness # 1 Printed Name: OLIVER GIESSER

Signature: *[signature]*

Witness # 2 Printed Name: THOMAS M. TUCKER

_____ (Seal)
Michael Seery, as Trustee of the Michael Seery Revocable Trust Agreement dated 9/9/08 and Individually

_____ (Seal)
Susan M. Seery

State of FLORIDA
County of SARASOTA

The foregoing instrument was acknowledged before me this July 27, 2018, by Michael Seery, as Trustee of the Michael Seery Revocable Trust Agreement dated 9/9/08 and Individually joined by his spouse, Susan M. Seery, who are personally known to me or who has produced _____ as identification.

Notary Public
Print Name: THOMAS M. TUCKER

I am a Notary Public of the State of Florida, and my commission expires on _____

**THOMAS M. TUCKER**
MY COMMISSION # GG116749
EXPIRES September 14, 2021

Prepared by:
Phillip A. Wolff, Esq.
Gibson, Kohl, Wolff & Hric, PL
1800 2nd Street, Suite 901
Sarasota, Florida 34236
File No. 18-0030
Purchase Price $325,000.00





## General Warranty Deed

Made this March 6, 2018 A.D. by ReGen Properties, LLC, a Florida limited liability company, whose address is: 305 Beach Rd. Unit #1, Sarasota, Florida 34242, hereinafter called the grantor, to Charlie Shrem and Courtney Warner, husband and wife, whose post office address is: 561 Outrigger Lane, Longboat Key, Florida 34228, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth**, that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Sarasota County, Florida, viz:

Unit B16, SIESTA POINTE, a condominium, according to the Declaration of Condominium recorded in Official Records Instrument No. 2007015127, and as per plat thereof recorded in Condominium Book 40, Pages 18, 18A through 18G, inclusive, of the Public Records of Sarasota County, Florida.

Parcel ID Number: 0104115016

Subject to taxes for 2018 and subsequent years; covenants, conditions, declarations, restrictions, easements, reservations and limitations of record, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2017.

Prepared by:
Phillip A. Wolff, Esq.
Gibson, Kohl, Wolff & Hric, PL
1800 2nd Street, Suite 901
Sarasota, Florida 34236

GENERAL WARRANTY DEED
PAGE TWO

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

Signature: _____

Witness # 1 Printed Name: Carson Plank

Signature: _____

Witness # 2 Printed Name: Catherine E. Bruce

ReGen Properties, LLC, a Florida limited liability company

_____ (Seal)
By: Rodney R. Ayer, Member

_____ (Seal)
By: Kathleen M. Ayer, Member

State of FLORIDA
County of SARASOTA

The foregoing instrument was acknowledged before me this March 6, 2018, by Rodney R. Ayer, Member and Kathleen M. Ayer, Member of ReGen Properties, LLC, a Florida limited liability company, who are personally known to me or who produced _____dL_____ as identification.

_____
Notary Public
Print Name: _____

Notary Public State of Florida
Catherine E Bruce
My Commission GG 042132
Expires 02/05/2021

I am a Notary Public of the State of Florida, and my commission expires on 2-6-21.

Prepared by:
Phillip A. Wolff, Esq.
Gibson, Kohl, Wolff & Hric, PL
1800 2nd Street, Suite 901
Sarasota, Florida 34236
File No. 17-0146
Purchase Price $179,300.00



RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2017098224  2 PG(S)
August 04 2017  10 34 36 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FL

Doc Stamp-Deed  $1 255 10



# General Warranty Deed

Made this July 31, 2017 A.D. by **Zora Timotijevic, a single person**, whose address is: 1033 W. 58th Street, La Grange, Illinois 60525, hereinafter called the grantor, to **Charlie Shrem, a single man**, whose post office address is: 945 Benjamin Franklin Drive, Apt. 3, Sarasota, Florida 34236, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Sarasota County, Florida, viz:

Unit 202, KEY POINT VILLAGE, a Condominium, according to the Declaration of Condominium thereof recorded in Official Records Book 1375, Page 1013, as amended, and as per plat thereof recorded in Condominium Book 14, Pages 31 and 31A, as amended, of the Public Records of Sarasota County, Florida.

Parcel ID Number: 0104111005

Subject to taxes for 2017 and subsequent years; covenants, conditions, declarations, restrictions, easements, reservations and limitations of record, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2016.

Prepared by:
Phillip A. Wolff, Esq.
Gibson, Kohl, Wolff & Hric, PL
1800 2nd Street, Suite 901
Sarasota, Florida 34236

**GENERAL WARRANTY DEED**
**PAGE TWO**

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

Signature: _____  _____ (Seal)
Witness # 1 Printed Name: VLADISLAV KONATAR     Zora Timotijevic

Signature: _____
Witness # 2 Printed Name: Catherine E. Bruce

State of FLORIDA
County of SARASOTA

The foregoing instrument was acknowledged before me this July 31, 2017, by Zora Timotijevic, who is personally known to me or who has produced ____d.L.____ as identification.

Notary Public State of Florida
Catherine E Bruce
My Commission GG 042132
Expires 02/06/2021

Notary Public
Print Name: Catherine E. Bruce

I am a Notary Public of the State of Florida, and my commission expires on __2-6-21__.

Prepared by:
Phillip A. Wolff, Esq.
Gibson, Kohl, Wolff & Hric, PL
1800 2nd Street, Suite 901
Sarasota, Florida 34236

File No. 18-0138

Purchase Price $370,000.00

18.50
2590.00



RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2018084402  2 PG(S)
June 25  2018  03 01 56 PM
KAREN E  RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FL

Doc Stamp-Deed  $2,590.00

## General Warranty Deed

Made this June 19, 2018 A.D. by **Jeremiah J. Guccione**, whose address is: 4667 Baycedar Lane, Sarasota, Florida 34241, hereinafter called the grantor, to **Charlie Shrem and Courtney Warner, husband and wife**, whose post office address is: 561 Outrigger Lane, Longboat Key, Florida 34228, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Sarasota County, Florida, viz:

Unit 103, The Boatyard, a Condominium according to the Declaration of Condominium recorded in Official Records Book 1570 Pages 1771 through 1835, and all amendments thereto and as per plat thereof recorded in Condominium Book 20, Pages 17, 17A through 17C, of the Public Records of Sarasota County, Florida.

**Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property.**

Parcel ID Number: **0109041004**

Subject to taxes for 2018 and subsequent years; covenants, conditions, declarations, restrictions, easements, reservations and limitations of record, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2017.

Prepared by:
Phillip A. Wolff, Esq.
Gibson, Kohl, Wolff & Hric, PL
1800 2nd Street, Suite 901
Sarasota, Florida 34236

**GENERAL WARRANTY DEED**
**PAGE TWO**

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

Signature: _____

Witness # 1 Printed Name: CATHY STRAKA

Signature: _____

Witness # 2 Printed Name: Catherine E. Bruce

_____ (Seal)
Jeremiah J. Guccione

State of FLORIDA
County of SARASOTA

The foregoing instrument was acknowledged before me this June 19, 2018, by Jeremiah J. Guccione, who is personally known to me or who has produced _____ as identification.

Notary Public State of Florida
Catherine E Bruce
My Commission GG 042132
Expires 02/06/2021

Notary Public _____
Print Name: Catherine E. Bruce

I am a Notary Public of the State of Florida, and my commission expires on 2-6-21

Prepared by:
Phillip A. Wolff, Esq.
Gibson, Kohl, Wolff & Hric, PL
1800 2nd Street, Suite 901
Sarasota, Florida 34236
File No. 18-0016
Purchase Price $500,000.00



RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2018028315 2 PG(S)
March 05 2018 04 13 06 PM
KAREN E RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FL

Doc Stamp-Deed $3,500.00

## General Warranty Deed

Made this March 1, 2018 A.D. by **Claire A. Collins, a single woman,** whose address is: 4754 Oak Hill Drive, Sarasota, Florida 34232, hereinafter called the grantor, to **Charlie Shrem and Courtney Warner, Husband and Wife,** whose post office address is: 561 Outrigger Lane, Longboat Key, Florida 34228, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Sarasota County, Florida, viz:

Unit 7, LIDO BEACH HOUSE, a Condominium according to the Declaration of Condominium recorded in Official Records Book 2162, Page 295, and amendments thereto, and as per plat thereof recorded in Condominium Book 28, Page 20, Public Records of Sarasota County, Florida.

Parcel ID Number: 2016148007

Subject to taxes for 2018 and subsequent years; covenants, conditions, declarations, restrictions, easements, reservations and limitations of record, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2017.

Prepared by:
Phillip A. Wolff, Esq.
Gibson, Kohl, Wolff & Hric, PL
1800 2nd Street, Suite 901
Sarasota, Florida 34236


GENERAL WARRANTY DEED
PAGE TWO


**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

Signature: _Denise M Haggerty_                    _Claire A. Collins_ (Seal)
                                                                            Claire A. Collins
Witness # 1 Printed Name: _Denise M. Haggerty_
Signature: _[signature]_
Witness # 2 Printed Name: _Catherine E. Bruce_


State of FLORIDA
County of SARASOTA

The foregoing instrument was acknowledged before me this _2_ day of _March_, 2018, by Claire A. Collins, a single woman, who is personally known to me or who has produced _d.l._ as identification.

Notary Public State of Florida
Catherine E Bruce
My Commission GG 042132
Expires 02/06/2021

Notary Public _[signature]_
Print Name: _Catherine E. Bruce_

I am a Notary Public of the State of Florida, and my commission expires on _2-6-21_.

Prepared by:
Phillip A. Wolff, Esq.
Gibson, Kohl, Wolff & Hric, PL
1800 2nd Street, Suite 901
Sarasota, Florida 34236
File No. 17-0176
Purchase Price $430,000.00

18.50
3010.00

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2017122920  2 PG(S)
October 04, 2017  01:47:58 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FL

Doc Stamp-Deed  $3,010.00

## General Warranty Deed

Made this September 16, 2017 A.D. by **RD Columbia Court, LLC, a Florida limited liability company**, whose address is: 970 Acequia Madre, Santa Fe, New Mexico 87505, hereinafter called the grantor, to **Charlie Shrem, a single man**, whose post office address is: 945 Benjamin Franklin Drive, Apt. 3, Sarasota, Florida 34236, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Sarasota County, Florida, viz:

Lots 32, 30 and the south 15 feet of Lot 28, Block C, Washington Park, according to the plat thereof as recorded in Plat Book 1, page 152, of the Public Records of Sarasota County, Florida.

Parcel ID Number: 2027160074

Subject to taxes for 2017 and subsequent years; covenants, conditions, declarations, restrictions, easements, reservations and limitations of record, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2016.

Prepared by:
Phillip A. Wolff, Esq.
Gibson, Kohl, Wolff & Hric, PL
1800 2nd Street, Suite 901
Sarasota, Florida 34236

**GENERAL WARRANTY DEED**
**PAGE TWO**

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

Signature: 1. _____    RD Columbia Court, LLC, a Florida limited liability company

Witness # 1 Printed Name: J. EMIGDIO BALLON    _____ (Seal)
By: Douglas Orr, Manager

Signature: 2. Peter R. Porteous    _____ (Seal)
Witness # 2 Printed Name: 2. PETER R. PORTEOUS    By: Julia Mitchell, Manager

State of NEW MEXICO
County of Santa Fe

The foregoing instrument was acknowledged before me this September 11, 2017, by Douglas Orr, Manager and Julia Mitchell, Manager of RD Columbia Court, LLC, a Florida limited liability company, who are personally known to me or who produced New Mexico Driver's License as identification.

OFFICIAL SEAL
Christina Olivas
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: June 16, 2020

Notary Public: _____
Print Name: Christina Olivas

I am a Notary Public of the State of New Mexico, and my commission expires on June 16, 2020