# Exhibit C

come! The Clerk and Comptroller has redesigned the online Official Records search interface to simplify your user experience. We welcome your
back

Index From 01/01/1990 to 09/05/2018

ial Records Search

ncy Login

| | | | |
|---|---|---|---|
| t or Business Name | shrem  (Smith or Bank of America) | First Name | charlie  (John R or John R Jr or John R III) |
| trument # | | | |
| te Filed From | | Date Filed To | |
| ok | (Years 1990-1998) | Page | |
| cument Type | ☐ ADDTL ADVANCE AGRMT  ☐ ADMINISTRATIVE ORDER  ☐ AFFD CONTINUOUS MARRIAGE  ☐ AFFD CONTINUOUS MARRIAGE CONFI | | |

Search   Clear

ch Results (Top 500 records will be returned)

| age | Instrument Number | Book-Page | Date Recorded | Document Type | Name | Legal Description |
|---|---|---|---|---|---|---|
| ew age | 2018117784 | 0-0 | 09/04/2018 | DEED | D AND L LUCKY 7 LLC  SHREM CHARLIE  SHREM COURTNEY MARIE  WAGNER COURTNEY | UN 103 BOATYARD |
| ew age | 2018101953 | 0-0 | 07/31/2018 | DEED | SHREM CHARLIE  WARNER COURTNEY MARIE  SEERY MICHAEL TR  MICHAEL SEERY REVOCABLE TRUST AGREEMENT  SEERY MICHAEL  SEERY SUSAN M | LT 8 BL 14 BIR KEY |
| ew age | 2018084402 | 0-0 | 06/25/2018 | DEED | SHREM CHARLIE  WARNER COURTNEY  GUCCIONE JEREMIAH J | UN 103 BOATYARD |
| ew age | 2018040389 | 0-0 | 03/29/2018 | DEED | SHREM CHARLIE  WARNER COURTNEY  SHREM CHARLIE | - PR 1 UN 202 KEY POINT VILLAGE |
| ew age | 2018030879 | 0-0 | 03/09/2018 | DEED | WARNER COURTNEY  SHREM CHARLIE  REGEN PROPERTIES LLC  SHREM CHARLIE | UN B16 SIESTA POINTE |