# Exhibit D

```
VIN: ZAMHJ45A790047290        Odometer: 17621                    Title Number: 117366348
Make: MASERATI                Odometer Date: 01-22-2018          Title Type: LC
Year: 2009                    Odometer Status: (A) ACTUAL        Title Status Date: 02-05-2018
Body: (4D) 4 DOOR             Vehicle Type: (AU) AUTO            Issue Date: 02-05-2018
Color: (SIL) ALUMINUM / SILVER Use Code: (P) PRIVATE             Current State: FLORIDA
Weight: 4400                  Fuel Type: -                       Previous Issue Date: 01-02-2015
GVW: -                        Vehicle Class: (1) PASSENGER       Transfer Type: (D) DEALER
# of Axles: -                 VEHICLE                            Title Status: (TR) TRANSFER
                                                                 Elec.Title Status: ( - )
```

|       Plate Information        |      Registration Information     |        Decal Information         |
|--------------------------------|-----------------------------------|----------------------------------|
| License Plate: JEZT11          | Reg.Use: (PR) PRIVATE             | Decal Number: 18892958           |
| Issue Date: 02-05-2018         | Effective Date: 01-22-2018        | Decal Year: 2018                 |
| Expiration Date: 08-05-2027    | Expiration Date: 11-25-2018       | Decal Type: (VDC) MOTOR VEHICLE  |
| Plate Code: (RGS) SUNSHINE STATE | Acquired Date: 01-22-2018       | DECAL                            |
| Plate Type: (R) REGULAR        | First Registered: 12-02-2014      | Decal Issue: 02-05-2018          |
| Plate Status: (I) ISSUED       | Reg.Type: (R) REGULAR             | Replacement Reason: -            |
| ARF Credit : 3                 | Reg.Status: (A) ACTIVE            | Fleet Number: -                  |
| Plate Replacement : -          | Reg.Number: 274062002             | Cancellation Date: -             |
|                                |                                   | Initial Fee Paid: (P) PAID       |

### Registrant Information

SHREM, CHARLIE
536 N SPOONBILL DR
SARASOTA, FLORIDA 34236

DOB: 11-25-1989 Sex : Male
County: SARASOTA
FL Resident: (Y) Yes
DL#: S650100894250

### Owner Information

SHREM, CHARLIE
536 N SPOONBILL DR
SARASOTA, FLORIDA 34236

DOB: 11-25-1989 Sex: Male
County: SARASOTA
FL Resident: (Y) Yes
DL#: S650100894250

### Lien Holder Information

USF FEDERAL CREDIT UNION
13302 N PALM DR
TAMPA, FLORIDA 33612

Customer #: 200019733
Customer Type: (B) BUSINESS
Lien Date: 11-20-2014
Lien Status: (S) SATISFIED
Electronic Lien? Yes

### Insurance Information

No Insurance Information on File

### Stop Information

No Stop Information on File

# Vehicle Information Check

| Vehicle Information: | | | |
|---|---|---|---|
| Vehicle Identification Number: | ZAMHJ45A790047298 | Year/Make: | 2009 MASERATI |
| Previous Title State: | FLORIDA | Registration Expiration Date: | 11/25/2018 |
| Title: | 117366348 | Title Issue Date: | 2/5/2018 |
| Title Status: | ACTIVE | Title Print Date: | 2/8/2018 |
| Odometer Reading/Status: | 17,621 ACTUAL MILEAGE | Odometer Date: | 1/22/2018 |
| Color: | ALUMINUM / SILVER | Vehicle Type: | AUTO |
| Net Weight: | 4,400 | Owner Information: | 1 owner |
| Paper Title | | Salvage: | |
| Brands: | | | |

| Lien Information |
|---|
| There is no lien on this vehicle. |

**If any of the information on this record needs to be corrected**, please contact your tax collector and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.

Auto Information

| | | |
|---|---|---|
| VIN: 2AM45VLA7D0070648 | Odometer: 12458 | Title Number: 111463371 |
| Make: MASERATI | Odometer Date: 07-09-2018 | Title Type: LC |
| Year: 2013 | Odometer Status: (A) ACTUAL | Title Status Date: 07-18-2018 |
| Body: (2D) 2 DOOR | Vehicle Type: (AU) AUTO | Issue Date: 07-18-2018 |
| Color: (BLU) BLUE | Use Code: (P) PRIVATE | Current State: FLORIDA |
| Weight: 4160 | Fuel Type: - | Previous Issue Date: 04-04-2013 |
| GVW: - | Vehicle Class: (1) PASSENGER | Transfer Type: (D) DEALER |
| # of Axles: - | VEHICLE | Title Status: (TR) TRANSFER |
| | | Elec.Title Status: ( - ) |

| Plate Information | Registration Information | Decal Information |
|---|---|---|
| License Plate: KAGS32 | Reg.Use: (PR) PRIVATE | Decal Number: 19969805 |
| Issue Date: 07-18-2018 | Effective Date: 07-09-2018 | Decal Year: 2018 |
| Expiration Date: 01-18-2028 | Expiration Date: 11-25-2018 | Decal Type: (VDC) MOTOR VEHICLE |
| Plate Code: (RGS) SUNSHINE STATE | Acquired Date: 07-09-2018 | DECAL |
| Plate Type: (R) REGULAR | First Registered: 03-25-2013 | Decal Issue: 07-18-2018 |
| Plate Status: (I) ISSUED | Reg.Type: (R) REGULAR | Replacement Reason: - |
| ARF Credit : 3 | Reg.Status: (A) ACTIVE | Fleet Number: - |
| Plate Replacement : - | Reg.Number: 276311102 | Cancellation Date: - |
| | | Initial Fee Paid: (P) PAID |

Registrant Information

SHREM, CHARLIE
536 N SPOONBILL DR
SARASOTA, FLORIDA 34236

DOB: 11-25-1989  Sex : Male
County: SARASOTA
FL Resident: (Y) Yes
DL#: S650100894250

Owner Information

SHREM, CHARLIE
536 N SPOONBILL DR
SARASOTA, FLORIDA 34236

DOB: 11-25-1989  Sex: Male
County: SARASOTA
FL Resident: (Y) Yes
DL#: S650100894250

Lien Holder Information

No Lien Holder Information on File

Insurance Information

Company: Progressive American Insurance Company
Phone: (440) 395-4460
Insurance Company Code: 9412
Company Type: PROPERTY AND CASUALTY INSURER

Mailing Address:
P.O. BOX 89490
CLEVELAND, OH 44101-6490
United States

Stop Information

No Stop Information on File

# Vehicle Information Check

| Vehicle Information: | | | |
|---|---|---|---|
| Vehicle Identification Number: | ZAM45VLA7D0070648 | Year/Make: | 2013 MASERATI |
| Previous Title State: | FLORIDA | Registration Expiration Date: | 11/25/2018 |
| Title: | 111463371 | Title Issue Date: | 7/18/2018 |
| Title Status: | ACTIVE | Title Print Date: | 7/23/2018 |
| Odometer Reading/Status: | 12,458 ACTUAL MILEAGE | Odometer Date: | 7/9/2018 |
| Color: | BLUE | Vehicle Type: | AUTO |
| Net Weight: | 4,160 | Owner Information: | 1 owner |
| Paper Title | | Salvage: | |
| Brands: | | | |

| Lien Information |
|---|
| There is no lien on this vehicle. |

**If any of the information on this record needs to be corrected**, please contact your tax collector and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.