# Exhibit E

 LexisNexis·

# Motor Vehicle Registrations
This data is for informational purposes only.

## Florida Motor Vehicle Registration

Vehicle Information

| VIN: | ZAMHJ45A790047298 | Restraint: | | Transmission: | R |
|---|---|---|---|---|---|
| Vehicle Class: | PASSENGER CAR/LIGHT TRUCK | Power Steering: | Standard | Air Conditioning: | Standard |
| Model Year: | 2009 | Roof: | None / not available | Front Wd: | No |
| Make: | Maserati | Optional Roof: | | 4WD: | No |
| Model: | Granturismo | Fuel: | | Anti-Lock Brakes: | 4 wheel standard |
| Series: | S | Tilt Wheel: | Standard | Power Brakes: | Standard |
| Style: | Coupe | Security System: | Passive Engine Immobilizer, Keyless Entry & Alarm | Power Windows: | Standard |
| Color: | Gray;Silver | Radio: | AM/FM CD/MP3 | Daytime Running Lights: | Standard |
| Engine Type: | 8 | Engine Size: | 286 | Base Price: | $135,000 |
| Net Weight: | 4,400 lbs. | | | | |

### Owner Information
Name: SHREM, CHARLIE
Date of Birth: 11/1989
Address: 945 BENJAMIN FRANKLIN DR
SARASOTA, FL 34236-2156
SARASOTA COUNTY

### Title Information
Title Number: 0117366348
Original Title Date: 02/05/2018
Title Transfer Date: 01/02/2015

### Source Information
Data Source: GOVERNMENTAL

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Fraud Prevention or Detection

Copyright© 2018 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

End of Document

 LexisNexis·

**1 OF 1 RECORD(S)**

## Motor Vehicle Registrations
This data is for informational purposes only.

## Florida Motor Vehicle Registration

Vehicle Information

| VIN: | ZAM45VLA7D0070648 | Restraint: | | Transmission: | |
|---|---|---|---|---|---|
| Vehicle Class: | PASSENGER CAR/LIGHT TRUCK | Power Steering: | | Air Conditioning: | |
| Model Year: | 2013 | Roof: | | Front Wd: | No |
| Make: | Maserati | Optional Roof: | | 4WD: | No |
| Model: | Granturismo | Fuel: | | Anti-Lock Brakes: | 4 wheel standard |
| Series: | S/SPORT/MC | Tilt Wheel: | | Power Brakes: | |
| Style: | Coupe | Security System: | | Power Windows: | |
| Color: | Blue | Radio: | | Daytime Running Lights: | |
| Engine Type: | 8 | Engine Size: | 286 | Base Price: | $142,900 |
| Net Weight: | 4,160 lbs. | | | | |

**Owner Information**

> **Name:** SHREM, CHARLIE
> **Date of Birth:** 11/1989
> **Address:** 945 BENJAMIN FRANKLIN DR APT 3
> SARASOTA, FL 34236-2118
> SARASOTA COUNTY

**Title Information**

> **Title Number:** 0111463371
> **Original Title Date:** 07/18/2018
> **Title Transfer Date:** 04/04/2013

**Source Information**

> **Data Source:** GOVERNMENTAL

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Fraud Prevention or Detection

Copyright© 2018 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.