# Exhibit F

## Florida Boat Registration

**Owner Information**

| | |
|---|---|
| **Name:** | SHREM, CHARLIE |
| **Address:** | 945 BENJAMIN FRANKLIN DR |
| | SARASOTA, FL 34236-2156 |
| | SARASOTA COUNTY |
| **SSN:** | 149-92-XXXX |

**Registration Information**

| | |
|---|---|
| **Registration Date:** | 11/30/2017 |
| **Expiration Date:** | 11/25/2018 |
| **Status:** | ACTIVE |
| **Decal Number:** | 18954545 |
| **Date Last Seen:** | 11/30/2017 |

**Description**

| | |
|---|---|
| **Hull Number:** | 2MGIA0181B596 |
| **Class:** | VESSELS |
| **Type:** | OPEN |
| **Use:** | PLEASURE VESSEL |
| **Model Year:** | 1996 |
| **Make:** | WJO01 |
| **Propulsion:** | OUTBOARD |
| **Fuel:** | GAS |
| **Hull:** | FIBERGLASS |
| **Length:** | 32 ft |

**Title Information**

| | |
|---|---|
| **Transaction Type:** | OTHER |
| **Title Number:** | 0130054154 |
| **Title Issue Date:** | 02/09/2018 |
| **Title Type:** | WATER CRAFT |
| **Status:** | ORIGINAL - NEW |

**Source Information**

| | |
|---|---|
| **Data Source:** | GOVERNMENTAL |

# Vehicle Information Check

| Vehicle Information: | | | |
|---|---|---|---|
| Vehicle Identification Number: | 2MGIA0181B596 | Year/Make: | 1996 |
| Previous Title State: | NEW JERSEY | Registration Expiration Date: | 1/3/2019 |
| Title: | 122899090 | Title Issue Date: | 4/26/2016 |
| Title Status: | ACTIVE | Title Print Date: | 4/29/2016 |
| Odometer Reading/Status: | | Odometer Date: | |
| Color: | | Vehicle Type: | VESSEL |
| Length: | 18 | Owner Information: | 1 owner |
| Paper Title | | Salvage: | |
| Brands: | | | |

| Lien Information |
|---|
| There is no lien on this vehicle. |

**If any of the information on this record needs to be corrected,** please contact your <u>tax collector</u> and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, <u>click here</u> for the form and instructions.

## Florida Boat Registration

**Owner Information**

Name: SHREM, CHARLIE
Address: 945 BENJAMIN FRANKLIN DR
SARASOTA, FL 34236-2156
SARASOTA COUNTY

SSN: 1-19-92-XXXX

**Registration Information**

Registration Number: FL0631RN
Registration Date: 02/16/2018
Expiration Date: 11/25/2018
Status: ACTIVE
Decal Number: 19032806
Date Last Seen: 02/16/2018

**Description**

Hull Number: AWRB4156K415
Class: VESSELS
Type: OPEN
Use: PLEASURE VESSEL
Model Year: 2015
Make: AXIS WAKE RESEARCH
Propulsion: INBOARD
Fuel: GAS
Hull: FIBERGLASS
Length: 32 ft

**Title Information**

Transaction Type: OTHER
Title Number: 0130054154
Title Issue Date: 02/09/2018
Title Type: WATER CRAFT
Status: ORIGINAL - NEW

**Source Information**

Data Source: GOVERNMENTAL

# Vehicle Information Check

## Vehicle Information:

| | | | |
|---|---|---|---|
| Vehicle Identification Number: | AWRB4156K415 | Year/Make: | 2015 |
| Previous Title State: | FLORIDA | Registration Expiration Date: | 2/20/2019 |
| Title: | 118254905 | Title Issue Date: | 4/18/2016 |
| Title Status: | ACTIVE | Title Print Date: | 4/21/2016 |
| Odometer Reading/Status: | | Odometer Date: | |
| Color: | | Vehicle Type: | VESSEL |
| Length: | 20 | Owner Information: | 2 owners joined by 'OR' |
| Paper Title | | Salvage: | |
| Brands: | | | |

## Lien Information

There is no lien on this vehicle.

**If any of the information on this record needs to be corrected**, please contact your tax collector and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.