UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>CHARLES SHREM,<br><br>              Defendant. | Case No.  18-cv-8250 (JSR)<br><br>**MOTION TO CONFIRM ATTACHMENT ORDER** |

i

# TABLE OF AUTHORITIES

## Statutes

N.Y. C.P.L.R. § 6211(b) .......... 1, 4

N.Y. C.P.L.R. §§ 6214, (a) .......... 1, 4

Winklevoss Capital Fund, LLC ("WCF"), by and through its undersigned counsel, submits this motion to confirm the levies obtained pursuant to the Court's October 2, 2018 Order on Attachment and to request a ten-day extension on moving for such confirmation for the below-listed entities who have not timely filed a Garnishee's Statement.

WCF further moves for confirmation of the levy on all personal property under Defendant Shrem's possession or custody, which became effective on October 29 when Shrem was served with the Attachment Order. N.Y. C.P.L.R. § 6214(a).

This Motion for Confirmation is made pursuant to N.Y. C.P.L.R. § 6211(b) and the Court's October 2 Order, both of which require a motion for confirmation within ten days of the first levy obtained pursuant to an ex parte order of attachment. A levy is effective upon service of such an order. N.Y. C.P.L.R. § 6214. WCF served all garnishees on October 22, 2018 and October 23, 2018. Thus, the instant motion is timely as it is being filed fewer than ten days after the first levy was effective.

In an effort not to duplicate papers, WCF refers the Court to its September 11, 2017 ex parte Application for Attachment, Dkt. Nos. 24-29, which outlines the reasons why the attachment is proper.

Pursuant to the Attachment Order, WCF served a copy of the Order on each garnishee through its registered agent for service of process in New York as well as through other means intended to give prompt notice to the garnishee. Proofs of Service are filed herewith. See Declaration of Tyler Meade ("Meade Decl."), Ex. 1. WCF served the following garnishees:

| Entity/Person | Date of Service |
|---|---|
| Bank of America Corporation | October 22 |
| Bank Ozk | October 22 |
| Branch Banking and Trust Company | October 22 |
| bitFlyer USA, Inc. | October 22 |
| Bitpay, Inc. | October 22 |
| Bitstamp USA, Inc. | October 22 |

| | |
|---|---|
| Bittrex LLC/Bittrex Inc. | October 22/October 23 |
| Centennial Bank | October 22 |
| Charles Schwab & Co., Inc. | October 22 |
| Circle Internet Financial, Inc. | October 22 |
| Coinbase, Inc. | October 22 |
| Digital Asset Holdings, LLC | October 22 |
| E*Trade Financial Corporation | October 22 |
| Fidelity Investment, Inc. | October 22 |
| Fifth Third Bank | October 22 |
| itBit PTE., Ltd. | October 22 |
| J.P. Morgan Chase Bank, N.A. | October 22 |
| Local Bitcoins USA, Inc. | October 22 |
| Noble Markets, LLC | October 22 |
| Payward, Inc. (Kraken) | October 22 |
| The PNC Financial Services Group, Inc. | October 22 |
| Poloniex, LLC | October 22 |
| TD Ameritrade, Inc. | October 22 |
| Trustco Bank Corp., NY | October 22 |
| Wells Fargo Advisors Financial Network, LLC | October 22 |
| Wells Fargo Bank, National Association | October 22 |
| Wells Fargo USA Holdings, Inc. | October 22 |
| Xapo, Inc. | October 22 |

WCF also served Shrem with the Complaint the Summons and the Attachment Order on October 29. Meade Decl. Ex. 2.

The following entities have provided a Garnishee's Statement to WCF and the Court pursuant to the Attachment Order:

| Entity | Assets Recorded | Date |
|---|---|---|
| Bittrex, Inc.[1] | .00051673 BTC<br>.03916985 BTG<br>.19110000 CRB | October 26 |
| Branch Banking and Trust Company | None | October 26 |
| Circle Internet Financial, LLC | .00006420 BTC | October 25 |
| Digital Asset Holdings, LLC | None | October 26 |
| itBit PTE. Ltd. | None | October 22 |
| Local Bitcoins, USA, Inc. | None | October 24 |
| Noble Markets, LLC | None | October 26 |
| Poloniex, LLC | None | October 25 |
| Wells Fargo Advisors Financial Network, LLC | None | October 23 |

---

[1] Based on an October 30 correspondence with Bittrex's counsel, the undersigned anticipates that Bittrex will be submitting an amended Garnishee's Statement owing to a typo in the original which may alter the total assets under levy.

2

| | | |
|---|---|---|
| Xapo, Inc. | .00005414 BTC | October 26 |

The following entities have provided WCF written with notice that they do not hold any assets of Defendant Shrem, though WCF has not received a sworn Garnishee's Statement and is unaware of whether any have been filed with the Court (see Meade Decl., Ex. 3):

| Entity | Date |
|---|---|
| Bank of America Corporation | October 22 |
| Bank Ozk | October 22 |
| bitFlyer USA, Inc. | October 24 |
| Bitstamp USA, Inc. | October 25 |
| Centennial Bank | October 22 |
| Charles Schwab & Co., Inc. | October 22 |
| Fidelity Investments | October 23 |
| J.P. Morgan Chase Bank, N.A | October 29 |

WCF has not received an official written response to service of the Attachment Order from the following entities within five calendar days of service:

| Entity |
|---|
| Bitpay, Inc. |
| Coinbase, Inc.[2] |
| E*Trade Financial Corporation[3] |
| Fifth Third Bank |
| Payward, Inc. |
| The PNC Financial Services Group, Inc.[4] |
| TD Ameritrade, Inc. |
| Trustco Bank Corp. |
| Wells Fargo Bank, National Association |
| Wells Fargo USA Holdings, Inc. |

---

[2] A Coinbase representative has informed the undersigned that it does not hold Shrem's assets, but so far has not provided an official written response. Meade Decl. ¶ 5.
[3] An E*Trade representative has informed the undersigned that it does not hold Shrem's assets, but so far has not provided an official written response. Meade Decl. ¶ 5.
[4] A PNC representative has informed the undersigned that it does not hold Shrem's assets, but so far has not provided an official written response. Meade Decl. ¶ 5.

WCF hereby moves for confirmation of the levy on the assets held at Circle Internet Financial, LLC, Bittrex, Inc., and Xapo, Inc identified above as well as any of the other Garnishees who may come into possession or custody of Shrem's assets.

WCF further moves for confirmation of the levy on Defendant Shrem of any and all personal property within Defendant Shrem's possession or custody up to and including 5000 bitcoin, less the amount levied with the Garnishees. *See* N.Y. C.P.L.R. § 6214.

Pursuant to N.Y. C.P.L.R. § 6211(b), WCF further moves for an additional ten days to move for confirmation of the Attachment Order against those entities who have not timely provided the Court with a Garnishee's Statement.

DATED: November 1, 2018         Respectfully submitted,


                                By: /s/ Tyler Meade

                                Tyler Meade
                                THE MEADE FIRM p.c.
                                California Office:
                                    12 Funston Ave., Suite A
                                    San Francisco, CA  94129
                                New York Office:
                                    111 Broadway, Suite 2002
                                    New York, NY  10006
                                Telephone: (415) 724-9600
                                tyler@meadefirm.com

                                Attorneys for Plaintiff

4