## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 18-CV-8250 (JSR)

Date Filed: _____

Plaintiff:
**Winklevoss Capital Fund, LLC,**
vs.
Defendant:
**Charles Shrem,**

For: Seena Forouzan
     The Meade Firm P.C.

Received by ATTORNEYS LEGAL SERVICES, INC. on the 19th day of October, 2018 at 2:32 pm to be served on BANK OF AMERICA CORPORATION, Attn: Legal Department, 100 N. Tryon, Suite 170, Charlotte, NC 28202. I, __Wendy L.__ ~~Henrich~~, being duly sworn, depose and say that on the ~~22~~ day of ~~Oct.~~, ~~2018~~ at ~~2.29~~ p.m., executed service by delivering a true copy of the COVER LETTER FROM COUNSEL TO BANK OF AMERICA CORPORATION, EVIDENCE PRESERVATION LETTER, AND ORDER OF ATTACHMENT in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving __David Wallace__ as
__Banking Officer__.

( ) LIMITED LIABILITY COMPANY/LIMITED PARTNERSHIP: By serving _____ as
_____.

( ) GOVERNMENT AGENCY: By serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.  Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Subscribed and Sworn to before me on the _23_ day
of _October_, _2018_ by the affiant who is
personally known to me.

_Ruth Reynolds_
NOTARY PUBLIC

PROCESS SERVER # ____n/a____
Appointed in accordance with State Statutes

**ATTORNEYS LEGAL SERVICES, INC.**
**617 East Washington St.**
**#2**
**Orlando, FL 32801**
**(407) 839-4644**

Our Job Serial Number: 2018007322

RUTH REYNOLDS
NOTARY PUBLIC
Mecklenburg County
North Carolina
My Commission Expires March 31, 2021

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 18-CV-8250 (JSR)                                    Date Filed: _____

Plaintiff:
**Winklevoss Capital Fund, LLC,**
vs.
Defendant:
**Charles Shrem,**

For: Seena Forouzan
    The Meade Firm P.C.

_____

Received by ATTORNEYS LEGAL SERVICES, INC. on the 19th day of October, 2018 at 2:32 pm to be served on BANK OZK C/O GEORGE GLEASON, CHIEF EXECUTIVE OFFICER, 17901 Chenal Parkway, Little Rock, AR 72223. I, **Brian Newton**, being duly sworn, depose and say that on the _22_ day of _October_, 20 _18_ at _11_ : _19_ .m., executed service by delivering a true copy of the COVER LETTER FROM COUNSEL TO BANK OZK, EVIDENCE PRESERVATION LETTER, AND ORDER OF ATTACHMENT in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving _Kimberly Burnette_ as _General Counsel_

( ) LIMITED LIABILITY COMPANY/LIMITED PARTNERSHIP: By serving _____ as
_____.

( ) GOVERNMENT AGENCY: By serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.  Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

_Brian Newton_

Subscribed and Sworn to before me on the _24_ day
of _Oct_ , _18_ by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**ATTORNEYS LEGAL SERVICES, INC.**
**617 East Washington St.**
**#2**
**Orlando, FL 32801**
**(407) 839-4644**

Our Job Serial Number: 2018007326

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC

CASE NO. : 18 CV 8250

vs                                          *Plaintiff*

CHARLES SHREM

                                            *Defendant*

## AFFIDAVIT OF SERVICE

State of New York  }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **10/22/2018** at **9:40 AM** at **111 Eighth Avenue, 13th Floor, New York , NY 10011**

deponent served **Cover Letter from Counsel to Bank Ozk; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Bank Ozk** , a domestic corporation, c/o National Registered Agents, Inc., Registered Agent,

by delivering thereat a true copy of each to **Nora Dindyal  (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin :  Indian
Hair : Black
Age : 35 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other : Glasses

Sworn to before me this
22nd day of October, 2018

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

----------------------------------------
Nicholai Granados
License No.2028666

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC

CASE NO. : 18 CV 8250

**vs**

*Plaintiff*

CHARLES SHREM

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }   ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **10/22/2018** at **9:40 AM** at **111 Eighth Avenue, 13th Floor,  New York , NY 10011**

deponent served **Cover Letter from Counsel to Branch Banking and Trust Company; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Branch Banking and Trust Company** , a domestic corporation, c/o CT Corporation System. Registered Agent,

by delivering threat a true copy of each to **Nora Dindyal  (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin :  Indian
Hair : Black
Age : 35 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other : Glasses

Sworn to before me this
22nd day of October, 2018

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

Nicholai Granados
License No.2028666

## **AFFIDAVIT OF SERVICE**

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 18-CV-8250 (JSR)

Date Filed: _____

Plaintiff:
**Winklevoss Capital Fund, LLC,**
vs.
Defendant:
**Charles Shrem,**

For: Seena Forouzan
    The Meade Firm P.C.

Received by ATTORNEYS LEGAL SERVICES, INC. on the 19th day of October, 2018 at 2:32 pm to be served on BRANCH BANKING AND TRUST COMPANY C/O CT CORPORATION SYSTEM, REGISTERED AGENT, 160 Mine Lake Ct., Suite 200, Raleigh, NC 27615. I, _ERIN DE LA CRUZ_ ~~, being duly sworn, depose and say that on the~~ _22_ ~~day of~~ _OCT_ , 20_18_ at _1_ :_03_ P.m., executed service by delivering a true copy of the COVER LETTER FROM COUNSEL TO BRANCH BANKING AND TRUST COMPANY, EVIDENCE PRESERVATION LETTER, AND ORDER OF ATTACHMENT in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving _LINDSEY BRUNSON_ as _REP FOR R.A. CT CORPORATION_

( ) LIMITED LIABILITY COMPANY/LIMITED PARTNERSHIP: By serving _____ as _____

( ) GOVERNMENT AGENCY: By serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.  Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Subscribed and Sworn to before me on the _22nd_ day
of _October_ , _2018_ by the affiant who is
personally known to me.

_Kelly De La Cruz_
NOTARY PUBLIC  _Kelly De La Cruz_

EXP: 8-28-21

PROCESS SERVER # _N/A._
Appointed in accordance with State Statutes

**ATTORNEYS LEGAL SERVICES, INC.**
**617 East Washington St.**
**#2**
**Orlando, FL 32801**
**(407) 839-4644**

Our Job Serial Number: 2018007323

*(Notary seal: KELLY DE LA CRUZ, NOTARY PUBLIC, WAKE COUNTY, NC)*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WINKLEVOSS CAPITAL FUND, LLC**
                                                                        CASE NO. : 18 CV 8250

                                    **vs**                    *Plaintiff*

**CHARLES SHREM**

                                                              *Defendant*

## AFFIDAVIT OF SERVICE

State of New York  }
County of Albany }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York,

That on **10/22/2018 at 12:15 PM** at **One Commerce Plaza, 99 Washington Avenue, Suite 805-A, Albany, NY 12210**

deponent served **Cover Letter from Counsel to bitFlyer USA, Inc.; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **bitFlyer USA, Inc.** , a domestic corporation, c/o Incorp. Services, Inc., Registered Agent,

by delivering thereat a true copy of each to **Jeff Dudwoire (authorized to accept service)** personally.

Description of Person Served:
Gender : Male
Skin :  White
Hair : Dk. Blonde
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight :131-160 Lbs.
Other :

Sworn to before me this
22 ND day of October, 2018

_VeraB.Ray_  VERA B. RAY
    Notary Public - State of New York
NOTARY PUBLIC  Albany County No. 01RA6133233
    Commission Expires on 09-12-2021

_Mary M Bonville_
Mary M. Bonville

Serving By Irving, Inc. l 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 18-CV-8250 (JSR)

Date Filed: _____

Plaintiff:
**Winklevoss Capital Fund, LLC,**
vs.
Defendant:
**Charles Shrem,**

For: Seena Forouzan
   The Meade Firm P.C.

Received by ATTORNEYS LEGAL SERVICES, INC. on the 19th day of October, 2018 at 2:32 pm to be served on BITPAY, INC. C/O ANTHONY GALLIPPI, REGISTERED AGENT, 8000 Avalon Blvd., Suite 300, Alpharetta, GA 30009. I, *Byron R. Smith Jr.*_____, being duly sworn, depose and say that on the *22nd* day of *October*, 20*18* at *2:00* p.m., executed service by delivering a true copy of the COVER LETTER FROM COUNSEL TO BITPAY, INC., EVIDENCE PRESERVATION LETTER, AND ORDER OF ATTACHMENT in accordance with state statutes in the manner marked below:

**X CORPORATE SERVICE:** By serving ___*Kayla Swart*___ as
___*AML Analyst*___.

( ) **LIMITED LIABILITY COMPANY/LIMITED PARTNERSHIP:** By serving _____ as
_____.

( ) **GOVERNMENT AGENCY:** By serving _____ as _____.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.  Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Subscribed and Sworn to before me on the *24th* day
of *Oct 2018* by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

DEBORAH A DUCHON
NOTARY
EXPIRES
GEORGIA
NOV. 14, 2018
PUBLIC
DEKALB COUNTY

PROCESS SERVER # *288*
Appointed in accordance with State Statutes

**ATTORNEYS LEGAL SERVICES, INC.**
**617 East Washington St.**
**#2**
**Orlando, FL 32801**
**(407) 839-4644**

Our Job Serial Number: 2018007325

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
STATE OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC.

                 Plaintiff,

vs.

CHARLES SHREM

                 Defendant.

CIVIL ACTION
CASE NO.:    18CV8250

~~DECLARATION OF ACCEPTANCE OF SERVICE~~

I _Kayla Smart_ declare as follows:

1.

I am over the age of 18 and hold the position of _AML Analyst_ with _Bit Pay_. In this position I have been authorized by _Bit Pay_ to accept legal documents, including the below listed document(s) on behalf of _BitPay_:

LETTER/ORDER OF ATTACHMENT

2.

I declare under penalty of perjury under the laws of the State of Georgia that the foregoing is true and correct.

Dated: _10/22/18_

X _[signature]_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC

CASE NO. : 18 CV 8250

**vs**                                                    *Plaintiff*

CHARLES SHREM

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **10/22/2018** at **9:40 AM** at **111 Eighth Avenue, 13th Floor, New York , NY 10011**

deponent served **Cover Letter from Counsel to Bitpay, Inc.; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Bitpay, Inc.** , a domestic corporation, c/o CT Corporation System. Registered Agent,

by delivering thereat a true copy of each to **Nora Dindyal  (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin :  Indian
Hair : Black
Age : 35 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other : Glasses

Sworn to before me this
22nd day of October, 2018

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

Nicholai Granados
License No.2028666

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC                                    CASE NO. : 18 CV 8250

                                    vs                          *Plaintiff*

CHARLES SHREM

                                                                *Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of Albany }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York,

That on **10/22/2018** at **12:15 PM** at **One Commerce Plaza, 99 Washington Avenue, Suite 805-A, Albany, NY 12210**

deponent served **Cover Letter from Counsel to Bitstamp USA, Inc..; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Bitstamp USA, Inc.**, a domestic corporation, c/o Incorp. Services Inc., Registered Agent,

by delivering thereat a true copy of each to **Jeff Dudwoire (authorized to accept service)** personally.


Description of Person Served:
Gender : Male
Skin :  White
Hair : Dk. Blonde
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight : 131-160 Lbs.
Other :


Sworn to before me this
22ND day of October, 2018

*Vera B. Ray*                          VERA B. RAY                          *Mary M. Bonville*
NOTARY PUBLIC                  Notary Public - State of New York
                                          Albany County No. 01RA6133233                  Mary M. Bonville
                                          Commission Expires on 09-12-2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC

CASE NO. : 18 CV 8250

**vs**                                            *Plaintiff*

CHARLES SHREM

                                                  *Defendant*

# AFFIDAVIT OF SERVICE

State of New York  }
County of New York }   ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **10/22/2018** at **12:40 PM** at **99 Hudson Street, 5th Floor, New York , NY 10013**

deponent served a(n) **Cover Letter from Counsel to Bitstamp USA, Inc. ; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Bitstamp USA, Inc. Attn: Michel Leyers, Attn: Legal Department,** accepted by **M. Phillips** ,

deponent knew the person so served to be a person authorized to accept service.

Description of Person Served:
Gender: Female
Skin:  Black
Hair: Black
Age: 50 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight:131-160 Lbs.
Other:

Sworn to before me this
22nd day of October, 2018

-------------------------------------
NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

-------------------------------------
Nicholai Granados
License No.2028666

## AFFIDAVIT OF SERVICE

| Case:<br>18-cv-<br>8250 | Court:<br>United States District Court for the Southern District of<br>New York | County:<br>NY | Job:<br>2740782 (18-cv-8250 (JSR), Winklevoss Capital Fund, LLC<br>v. Charles Shrem) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Winklevoss Capital Fund, LLC | | Defendant / Respondent:<br>Charles Shrem | |
| Received by:<br>One Source Process, Inc. | | For:<br>The Meade Firm P.C. | |
| To be served upon:<br>Bittrex Incorporated c/o The Corporation Trust Company | | | |

I, Denorris Britt, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Amy McLaren, 1209 N Orange St, Wilmington, DE 19801

**Manner of Service:**   Authorized, Oct 22, 2018, 12:30 pm EDT

**Documents:**   Cover Letter from Counsel to Bittrex Incorporated; Evidence Preservation Letter; Attachment Order dated
October 2, 2018. (Received Oct 19, 2018 at 9:11am EDT)

**Additional Comments:**
1) Successful Attempt: Oct 22, 2018, 12:30 pm EDT at 1209 N Orange St, Wilmington, DE 19801 received by Amy McLaren. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'5"; Hair: Brown; Relationship: Process Agent; Authorized to accept

_____          10/23/18
Denorris Britt                              **Date**

One Source Process, Inc.
800-668-5448

*Subscribed and sworn to before me by the affiant who is
personally known to me.*

_____
**Notary Public**

_____        _____
**Date**        10/23/18                **Commission Expires**

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 18-CV-8250 (JSR)

Date Filed: _____

Plaintiff:
**Winklevoss Capital Fund, LLC,**
vs.
Defendant:
**Charles Shrem,**

For: Seena Forouzan
    The Meade Firm P.C.

Received by ATTORNEYS LEGAL SERVICES, INC. on the 19th day of October, 2018 at 2:32 pm to be served on CENTENNIAL BANK ATTN: TRACY M. FRENCH, 620 Chestnut Street, Conway, AR 72032. I, _Brian_ _Newton_ , being duly sworn, depose and say that on the _22nd_ day of _October_ , 20_18_ at _10_ : _36_ .m., executed service by delivering a true copy of the COVER LETTER FROM COUNSEL TO CENTENNIAL BANK , EVIDENCE PRESERVATION LETTER, AND ORDER OF ATTACHMENT in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving _Jeannie Hill_ as
_Loan Assistant_ .

( ) LIMITED LIABILITY COMPANY/LIMITED PARTNERSHIP: By serving _____ as
_____

( ) GOVERNMENT AGENCY: By serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.  Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Subscribed and Sworn to before me on the ____ day
of _____ , _____ by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

HEIKE C. NEWTON
MY COMMISSION # 12091
EXPIRES: February 17, 20__
Conway County

_Brian Newton_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**ATTORNEYS LEGAL SERVICES, INC.**
**617 East Washington St.**
**#2**
**Orlando, FL 32801**
**(407) 839-4644**

Our Job Serial Number: 2018007327

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**WINKLEVOSS CAPITAL FUND, LLC**

CASE NO. : 18 CV 8250

**vs**                                               *Plaintiff*

**CHARLES SHREM**

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **10/22/2018** at **9:40 AM** at **111 Eighth Avenue, 13th Floor,  New York , NY 10011**

deponent served **Cover Letter from Counsel to Centennial Bank ; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Centennial Bank** , a domestic corporation, c/o CT Corporation System. Registered Agent,

by delivering thereat a true copy of each to **Nora Dindyal  (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin :  Indian
Hair : Black
Age : 35 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other : Glasses

Sworn to before me this
22nd day of October, 2018

————————————————
NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

————————————————————————
Nicholai Granados
License No.2028666

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC

CASE NO. : 18 CV 8250

*Plaintiff*

vs

CHARLES SHREM

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **10/22/2018** at **9:40 AM** at **111 Eighth Avenue, 13th Floor,  New York , NY 10011**

deponent served **Cover Letter from Counsel to Charles Schwab & Co., Inc.; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Charles Schwab & Co., Inc.**, a domestic corporation, c/o CT Corporation System. Registered Agent,

by delivering threat a true copy of each to **Nora Dindyal  (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin :  Indian
Hair : Black
Age : 35 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight : 131-160 Lbs.
Other : Glasses

Sworn to before me this
22nd day of October, 2018

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

Nicholai Granados
License No.2028666

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

**AFFIDAVIT OF SERVICE**

| Case:<br>18-cv-8250 | Court:<br>United States District Court for the Southern District of New York | County:<br>NY | Job:<br>2740852 (18-cv-8250 (JSR), Winklevoss Capital Fund, LLC v. Charles Shrem) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Winklevoss Capital Fund, LLC | | **Defendant / Respondent:**<br>Charles Shrem | |
| **Received by:**<br>One Source Process, Inc. | | **For:**<br>The Meade Firm P.C. | |
| **To be served upon:**<br>Circle Internet Financial, Inc. Attn: Jeremy Allaire, Attn: Noah Spaulding, Esq., Attn: Legal Department | | | |

I, James Burke, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Rachel Maltz, 99 High St Ste. 1701, Boston, MA 02210

**Manner of Service:**   Authorized, Oct 22, 2018, 10:08 am EDT

**Documents:**   Cover Letter from Counsel to Circle Internet Financial, Inc.; Evidence Preservation Letter; Attachment Order dated October 2, 2018. (Received Oct 19, 2018 at 9:11am EDT)

**Additional Comments:**
1) Successful Attempt: Oct 22, 2018, 10:08 am EDT at 99 High St Ste. 1701, Boston, MA 02210 received by Rachel Maltz. Age: 27; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'5"; Hair: Black; Relationship: Office Manager - Authorized to accept;

_____     10/22/18
James Burke                          Date

One Source Process, Inc.
800-668-5448

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

10/22/18          10/11/24
Date              Commission Expires

**AFFIDAVIT OF SERVICE**

| Case:<br>18-cv-8250 | Court:<br>United States District Court for the Southern District of New York | County:<br>NY | Job:<br>2740868 (18-cv-8250 (JSR), Winklevoss Capital Fund, LLC v. Charles Shrem) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Winklevoss Capital Fund, LLC | | **Defendant / Respondent:**<br>Charles Shrem | |
| **Received by:**<br>One Source Process, Inc. | | **For:**<br>The Meade Firm P.C. | |
| **To be served upon:**<br>Coinbase, Inc. c/o CT Corporation System | | | |

I, Carlos Abrego, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Albert Damonte, 818 W 7th St Ste. 930, Los Angeles, CA 90017
**Manner of Service:** Authorized, Oct 19, 2018, 2:30 pm PDT
**Documents:** Cover Letter from Counsel to Coinbase, Inc.; Evidence Preservation Letter; Attachment Order dated October 2, 2018. (Received Oct 19, 2018 at 9:11am EDT)

**Additional Comments:**
1) Successful Attempt: Oct 19, 2018, 2:30 pm PDT at 818 W 7th St Ste. 930, Los Angeles, CA 90017 received by Albert Damonte. Age: 30; Ethnicity: Hispanic; Gender: Male; Weight: 175; Height: 5'9"; Hair: Brown; Eyes: Brown; Relationship: Process Intake Specialist - Authorized to accept

_____          10/22/18
Carlos Abrego                            Date

One Source Process, Inc.
800-668-5448

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
10-22-18                                 May 8 2019
Date                                     Commission Expires

ROBERT C. GOLDENHAR
COMM. #2110394
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm Expires MAY 8, 2019

ROBERT C. GOLDENHAR
COMM. #2110394
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm Expires MAY 8, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC

CASE NO. : 18 CV 8250

vs

*Plaintiff*

CHARLES SHREM

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York  }
County of New York }   ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **10/22/2018** at **9:40 AM** at **111 Eighth Avenue, 13th Floor,  New York , NY 10011**

deponent served **Cover Letter from Counsel to Coinbase, Inc.; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Coinbase, Inc.** , a domestic corporation, c/o CT Corporation System. Registered Agent,

by delivering thereat a true copy of each to **Nora Dindyal  (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin :  Indian
Hair : Black
Age : 35 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other : Glasses

Sworn to before me this
22nd day of October, 2018

--------------------------------
NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

--------------------------------------------
Nicholai Granados
License No.2028666

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC

CASE NO. : 18 CV 8250

vs

*Plaintiff*

CHARLES SHREM

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York  }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **10/22/2018** at **12:52 PM** at **96 Spring Street, Floor 7,  New York, NY 10012**

deponent served a(n) **Cover Letter from Counsel to Digital Asset Holdings. LLC; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Digital Asset Holdings, LLC** , a domestic limited liability company,

by delivering thereat a true copy of each to **Michael Goldstein** personally,

deponent knew said limited liability company so served to be the limited liability company described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin :  White
Hair : Gray
Age : 51 - 65 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

Sworn to before me this
22nd day of October, 2018

————————————————
NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

————————————————
Nicholas DiCanio
License No.1422308

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

WINKLEVOSS CAPITAL FUND, LLC                          Case No.: 18 CV 8250

                               Plaintiff,

                 v.                                   **AFFIDAVIT OF SERVICE**
                                         **BY FEDERAL EXPRESS**

CHARLES SHREM

                           Defendant.
-------------------------------------------------------------x
STATE OF NEW YORK          )
                          s.s.:)
COUNTY OF NEW YORK       )

     I, CHRISTINA LEE, being duly sworn depose and state that I am not a party in this action and I am over the age of eighteen years.

     At the request of the law firm of The Meade Firm, P.C., Serving by Irving, Inc. was asked to serve a Cover Letter from Counsel to E*Trade Financial Corporation; Evidence Preservation Letter; Attachment Order dated October 2, 2018, upon E*Trade Financial Corporation.

     On October 22, 2018, deponent served a Cover Letter from Counsel to E*Trade Financial Corporation; Evidence Preservation Letter; Attachment Order dated October 2, 2018, by FedEx Priority Overnight to E*Trade Financial Corporation at Harborside 2, 200 Hudson Street, Suite 501, Jersey City, NJ US 07311 Tracking # 773534537199.  Service was effectuated in this manner.

                                        CHRISTINA LEE

Sworn to before me this
22nd day of October, 2018

                               Gabriela Galindo
                       Notary Public, State of New York
                           No. 01GA6187899
                       Qualified In Queens County
                      Commission Expires 6/02/2020
     Notary Public



Address:              6 BARCLAY STREET
                      NEW YORK
                      NY 10007
Location:             AYZKN
Device ID:            -BTC01

---

FedEx Express Package(s) – Dropped Off
  773534537199

Total Pieces:   1

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

        Visit us at: fedex.com
        Or call 1.800.GoFedEx
           1.800.463.3339

        Oct 22, 2018 3:27:48 PM

---

    ********** WE LISTEN **********
       Tell us how we're doing
 & receive a discount on your next order!
    fedex.com/welisten or 800-398-0242
       Redemption Code: _____

        *** Thank you ***



**ORIGIN ID:PCTA**     **(212) 233-3346**
CHRISTINA LEE
233 BROADWAY, SUITE 2201
NEW YORK, NY 10279
UNITED STATES US

TO E*TRADE FINANCIAL CORPORATION
HARBORSIDE 2
200 HUDSON STREET, SUITE 501
JERSEY CITY NJ 07311
(800) 387-2331

REF:
DEPT:
PO:
INV:

SHIP DATE: 22OCT18
ACTWGT: 1.00 LB
CAD: 2268776/NET4040

BILL SENDER

TRK#   7735 3453 7199

E2 AIYA

TUE - 23 OCT 10:30A
PRIORITY OVERNIGHT

REF#
3785346

07311
EWR   NJ-US

552J1/88FB/DCA5

**FedEx** Express

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC                                    CASE NO. : 18 CV 8250

                                   **vs**                      *Plaintiff*

CHARLES SHREM

                                                              *Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of Albany }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York,

That on **10/22/2018 at 10:50 AM at 80 State Street, Albany, NY 12207**

deponent served **Cover Letter from Counsel to E*Trade Financial Corporation.; Evidence Preservation Letter;
Attachment Order dated October 2, 2018.**

on **E*Trade Financial Corporation** , a domestic corporation,  c/o Corporation Service Company, Registered Agent,

by delivering thereat a true copy of each to **"Jane Doe"/Legal Representative  (authorized to accept service)** personally.


Description of Person Served:
Gender : Female
Skin :  White
Hair : Blonde
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :


Sworn to before me this
22 ᴺᴰ day of October, 2018

_Vera B. Ray_          VERA B. RAY                              _Edward J Bowmaker_
NOTARY PUBLIC          Notary Public - State of New York       Edward J. Bowmaker
                       Albany County No. 01RA6133233
                       Commission Expires on 09-12-2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC

CASE NO. : 18 CV 8250

                                    vs                         *Plaintiff*

CHARLES SHREM

                                                              *Defendant*

## AFFIDAVIT OF SERVICE

State of New Jersey }
County of Middlesex } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New Jersey,

That on **10/22/2018** at **4:03 PM** at  **26 W Park Place, Morristown, NJ 07960**

deponent served a(n) **Cover Letter from Counsel to E *Trade Financial Corporation; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **E*Trade Financial Corporation, Attn: Legal Department, Attn: Karl A. Roessner**, accepted by **Hayley Monsell**,

deponent knew the person so served to be a person authorized to accept service.

<u>Description of Person Served:</u>
Gender: Female
Skin:  White
Hair: Brown
Age: 22 - 39 Yrs.
Height: 5' 4" - 5' 8"
Weight:100-130 Lbs.
Other:

Sworn to before me this
22ⁿᵈ day of October, 2018


NOTARY PUBLIC
**OVIDIO VALENTIN**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/25/2023**

*Amanda Valentin*

Amanda Valentin

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC

CASE NO. : 18 CV 8250

**vs**                                           *Plaintiff*

CHARLES SHREM

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **10/22/2018** at **9:40 AM** at **111 Eighth Avenue,13th Floor,  New York , NY 10011**

deponent served **Cover Letter from Counsel to Fidelity Investments Institutional Services Company, Inc.; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Fidelity Investments Institutional Services Company, Inc.**, a domestic corporation, c/o CT Corporation System. Registered Agent,

by delivering thereat a true copy of each to **Nora Dindyal  (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin :  Indian
Hair : Black
Age : 35 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other : Glasses

Sworn to before me this
22nd day of October, 2018

-----------------------------------------
NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

-----------------------------------------
Nicholai Granados
License No.2028666

## AFFIDAVIT OF SERVICE

| Case: 18-cv-8250 | Court: United States District Court for the Southern District of New York | County: NY | Job: 2750319 (18-cv-8250 (JSR), Winklevoss Capital Fund, LLC v. Charles Shrem) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Winklevoss Capital Fund, LLC | | **Defendant / Respondent:** Charles Shrem | |
| **Received by:** One Source Process, Inc. | | **For:** The Meade Firm P.C. | |
| **To be served upon:** Fidelity Investment, Inc. c/o The Corporation Trust Company | | | |

I, Denorris Britt, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Amy McClaren, 1209 N Orange St, Wilmington, DE 19801

**Manner of Service:**   Authorized, Oct 23, 2018, 12:30 pm EDT

**Documents:**   Cover Letter from Counsel to Fidelity Investment, Inc.; Evidence Preservation Letter; Attachment Order dated October 2, 2018. (Received Oct 19, 2018 at 9:11am EDT)

**Additional Comments:**
1) Successful Attempt: Oct 23, 2018, 12:30 pm EDT at 1209 N Orange St, Wilmington, DE 19801 received by Amy McClaren. Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'6"; Hair: Brown; Relationship: Process Agent - Authorized to accept;

_____        10/23/18
Denorris Britt                                    Date

One Source Process, Inc.
800-668-5448

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public            10/23/18

_____
Date                          Commission Expires

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

### AFFIDAVIT OF SERVICE

| Case:<br>18-cv-<br>8250 | Court:<br>United States District Court for the Southern District of<br>New York | County:<br>NY | Job:<br>2740904 (18-cv-8250 (JSR), Winklevoss Capital Fund, LLC<br>v. Charles Shrem) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Winklevoss Capital Fund, LLC | | Defendant / Respondent:<br>Charles Shrem | |
| Received by:<br>One Source Process, Inc. | | For:<br>The Meade Firm P.C. | |
| To be served upon:<br>Fifth Third Bank, Attn: Greg Carmichael | | | |

I, Jana Nell, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Paula Zechella, Attn: Legal Department: 38 Fountain Square Plaza, Cincinnati, OH 45202
Manner of Service:   Authorized, Oct 22, 2018, 2:54 pm EDT
Documents:   Cover Letter from Counsel to Fifth Third Bank; Evidence Preservation Letter; Attachment Order dated October 2, 2018. (Received Oct 19, 2018 at 9:11am EDT)

Additional Comments:
1) Successful Attempt: Oct 22, 2018, 2:54 pm EDT at Attn: Legal Department: 38 Fountain Square Plaza, Cincinnati, OH 45202 received by Paula Zechella. Age: 52; Ethnicity: Caucasian; Gender: Female; Weight: 145; Height: 5'7"; Hair: Brown; Relationship: Authorized Agent;

_Subscribed and sworn to before me by the affiant who is_
_personally known to me._

_Jana Nell_     10-22-2018
Jana Nell             Date

Notary Public
10-22-2018        5-12-2021
Date             Commission Expires

One Source Process, Inc.
800-668-5448

Andrea Rue, Notary Public
State at Large, Kentucky
My Commission Expires 5/12/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WINKLEVOSS CAPITAL FUND, LLC**

CASE NO. : 18 CV 8250

**VS**

*Plaintiff*

**CHARLES SHREM**

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of Albany } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York,

That on **10/22/2018** at **10:50 AM** at **80 State Street, Albany, NY 12207**

deponent served **Cover Letter from Counsel to Fifth Third Bank.; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Fifth Third Bank** , a domestic corporation, c/o  Corporation Service Company, Registered Agent,

by delivering thereat a true copy of each to **"Jane Doe"/Legal Representative  (authorized to accept service)** personally.

<u>Description of Person Served:</u>
Gender : Female
Skin :  White
Hair : Blonde
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :

Sworn to before me this

22 ND day of October, 2018

*Vera B. Ray*

NOTARY PUBLIC

VERA B. RAY
Notary Public - State of New York
Albany County No. 01RA6133233
Commission Expires on 09-12-2021

*Edward Bowmaker*

Edward J. Bowmaker

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC

CASE NO. : 18 CV 8250

|  |  |  |
|---|---|---|
| | **vs** | *Plaintiff* |

CHARLES SHREM

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **10/22/2018** at **11:04 AM** at **551 Fifth Avenue, 21st Floor, New York , NY 10176**

deponent served a(n) **Cover Letter from Counsel to itBit PTE, Ltd.; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **itBit PTE, Ltd c/o Stellar Corporate Services** , a domestic corporation,

by delivering thereat a true copy of each to **Rome "Doe" (Refused to Give Last Name)** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin :  White
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

Sworn to before me this
22nd day of October, 2018

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

Nicholas DiCanio
License No.1422308

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC

CASE NO. : 18 CV 8250

vs                                          *Plaintiff*

CHARLES SHREM

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York  }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **10/22/2018** at **10:21 AM** at **First Avenue and 44th Street, 1 United Nations Plaza, New York , NY 10017**

deponent served a(n) **Cover Letter from Counsel to JP Morgan Chase Bank, N.A.; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **JP Morgan Chase Bank, N.A., Attn: Legal Department**, a domestic corporation,

by delivering thereat a true copy of each to **Nancy "Doe" (Refused to Give Last Name)** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Female
Skin :  Black
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other :

Sworn to before me this
22nd day of October, 2018

_____
NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

_____
Nicholas DiCanio
License No.1422308

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC

CASE NO. : 18 CV 8250

*vs*

*Plaintiff*

CHARLES SHREM

*Defendant*

# AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **10/22/2018** at **9:40 AM** at **111 Eighth Avenue, 13th Floor,  New York , NY 10011**

deponent served **Cover Letter from Counsel to JP Morgan Chase Bank, N.A.; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **JP Morgan Chase Bank, N.A.** , a domestic corporation, c/o CT Corporation System. Registered Agent,

by delivering thereat a true copy of each to **Nora Dindyal  (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin :  Indian
Hair : Black
Age : 35 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other : Glasses

Sworn to before me this
22nd day of October, 2018

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

Nicholai Granados
License No.2028666

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, | Case No.  18-cv-8250 (JSR) |
| Plaintiff, | **AFFIDAVIT OF JOHN MASON** |
| v. | **AND AFFIRMATION OF SERVICE** |
| CHARLES SHREM, | |
| Defendant. | |

I, John Mason, declare under penalty of perjury that I served a copy of the attached (i) cover letter, (ii) evidence preservation letter, and (iii) attachment order signed by Judge Rakoff of the United States District Court for the Southern District of New York and dated October 2, 2018.

I personally served these papers at _237 Kearny St. #102, San Francisco CA_ on _David Tan_____, who is designated by law to accept service of process on behalf of Kraken/Payward Inc.

I declare under penalty of perjury that this information is true.

Executed on _10/23/2018_____ in Berkeley, California

John Mason
2430 5th Street, Unit F
Berkeley CA 94710
510-647-3700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC                                    CASE NO. : 18 CV 8250

                                                                          *Plaintiff*
                         **vs**

**CHARLES SHREM**

                                                                          *Defendant*

## AFFIDAVIT OF SERVICE

State of New York  }
County of Albany  }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York,

That on **10/22/2018 at 12:15 PM at One Commerce Plaza, 99 Washington Avenue, Suite 805-A, Albany, NY 12210**

deponent served **Cover Letter from Counsel to LocalBitcoins USA, Inc.; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **LocalBitcoins USA, Inc.**, a domestic corporation, c/o  URS Agents, Inc., Registered Agent,

by delivering thereat a true copy of each to **Jeff Dudwoire (authorized to accept service)** personally,

Description of Person Served:
Gender : Male
Skin : White
Hair : Dk. Blonde
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight :131-160 Lbs.
Other :

Sworn to before me this
22ᵘᵈ day of October, 2018

*Vera B. Ray*                                                    *Mary M. Bonville*
--------------------------------                                   --------------------------------
NOTARY PUBLIC              VERA B. RAY                        Mary M. Bonville
                          Notary Public - State of New York
                          Albany County No. 01RA6133233
                          Commission Expires on 09-12- 2021

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC

CASE NO. : 18 CV 8250

**vs**                                          *Plaintiff*

CHARLES SHREM

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **10/22/2018** at **12:01 PM** at **632 Broadway, Lobby, New York , NY 10012**

deponent served a(n) **Cover Letter from Counsel to Noble Markets, LLC; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Noble Markets, LLC**, a domestic limited liability company,

by delivering thereat a true copy of each to **Richard Kadlick** personally,

deponent knew said limited liability company so served to be the limited liability company described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin :  White
Hair : Gray
Age : 51 - 65 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

Sworn to before me this
22nd day of October, 2018

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

-------------------------------------
Nicholai Granados
License No.2028666

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

## AFFIDAVIT OF SERVICE

| Case:<br>18-cv-8250 | Court:<br>United States District Court for the Southern District of New York | County:<br>NY | Job:<br>2740928 (18-cv-8250 (JSR), Winklevoss Capital Fund, LLC v. Charles Shrem) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Winklevoss Capital Fund, LLC | | **Defendant / Respondent:**<br>Charles Shrem | |
| **Received by:**<br>One Source Process, Inc. | | **For:**<br>The Meade Firm P.C. | |
| **To be served upon:**<br>The PNC Financial Services Group, Inc. | | | |

I, John Oshea, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Redenna Crockett, PNC Legal Department: 300 5th Ave, Pittsburgh, PA 15222

**Manner of Service:**   Authorized, Oct 22, 2018, 9:50 am EDT

**Documents:**   Cover Letter from Counsel to The PNC Financial Services Group, Inc.; Evidence Preservation Letter; Attachment Order dated October 2, 2018. (Received Oct 19, 2018 at 9:11am EDT)

**Additional Comments:**
1) Successful Attempt: Oct 22, 2018, 9:50 am EDT at PNC Legal Department: 300 5th Ave, Pittsburgh, PA 15222 received by Redenna Crockett. Age: 40; Ethnicity: African American; Gender: Female; Weight: 160; Height: 5'10"; Hair: Brown; Relationship: Process Service Clerk; Authorized to accept

_____                 10-22-2018
John Oshea                                       **Date**

One Source Process, Inc.
800-668-5448

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
**Notary Public**

10-22-2018
**Date**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Anna M. Ventimiglio, Notary Public
New Sewickley Township
Beaver County
My Commission Expires 04-10-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC                                    CASE NO. : 18 CV 8250

                                    **vs**                          *Plaintiff*

CHARLES SHREM

                                                                *Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **10/22/2018** at **9:40 AM** at **111 Eighth Avenue, 13th Floor, New York , NY 10011**

deponent served **Cover Letter from Counsel to Poloniex, LLC; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Poloniex, LLC** , a domestic limited liability company, c/o CT Corporation System. Registered Agent,

by delivering thereat a true copy of each to **Nora Dindyal  (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin :  Indian
Hair : Black
Age : 35 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other : Glasses

Sworn to before me this
22nd day of October, 2018

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

Nicholai Granados
License No.2028666

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

## AFFIDAVIT OF SERVICE

| Case: 18-cv-8250 | Court: United States District Court for the Southern District of New York | County: NY | Job: 2740923 (18-cv-8250 (JSR), Winklevoss Capital Fund, LLC v. Charles Shrem) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Winklevoss Capital Fund, LLC | | **Defendant / Respondent:** Charles Shrem | |
| **Received by:** One Source Process, Inc. | | **For:** The Meade Firm P.C. | |
| **To be served upon:** TD Ameritrade, Attn: Legal Department | | | |

I, Thomas Gorgen, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Kathy Rasumussen, 208 S 108th Ave, Omaha, NE 68154

**Manner of Service:**   Authorized, Oct 22, 2018, 10:45 am CDT

**Documents:**   Cover Letter from Counsel to TD Ameritrade; Evidence Preservation Letter; Attachment Order dated October 2, 2018. (Received Oct 19, 2018 at 9:11am EDT)

**Additional Comments:**
1) Successful Attempt: Oct 22, 2018, 10:45 am CDT at 208 S 108th Ave, Omaha, NE 68154 received by Kathy Rasumussen. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'7"; Hair: Blond; Relationship: Paralegal - Authorized to Accept;

_____   _____
Thomas Gorgen                                     Date

One Source Process, Inc.
800-668-5448

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

_____                    _____
Date                                    Commission Expires

GENERAL NOTARY - State of Nebraska
MARIE HOELTING
My Comm. Exp. March 14, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**WINKLEVOSS CAPITAL FUND, LLC**                                    CASE NO. : 18 CV 8250


                           **vs**                           *Plaintiff*

**CHARLES SHREM**


                                                            *Defendant*

# AFFIDAVIT OF SERVICE

State of New York }
County of Albany } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York,

That on **10/22/2018** at **12:15 PM** at **99 Washington Avenue, Suite 805-A, Albany, NY 12210**

deponent served **Cover Letter from Counsel to TD Ameritrade, Inc.; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **TD Ameritrade, Inc.,** a domestic corporation, c/o  Incorporating Services, Ltd.,  Registered Agent,

by delivering thereat a true copy of each to **Jeff Dudwoire (authorized to accept service)** personally.


Description of Person Served:
Gender : Male
Skin :  White
Hair : Dk. Blonde
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight : 131-160 Lbs.
Other :


Sworn to before me this
22 ND day of October, 2018

*Vera B Ray*
NOTARY PUBLIC
                        VERA B. RAY
                        Notary Public - State of New York
                        Albany County No. 01RA6133233
                        Commission Expires on 09-12-2021

*Mary M Bonville*
                        Mary M. Bonville

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 18-CV-8250 (JSR)                                    Date Filed: _____

Plaintiff:
**Winklevoss Capital Fund, LLC,**
vs.
Defendant:
**Charles Shrem,**

For: Seena Forouzan
    The Meade Firm P.C.

Received by ATTORNEYS LEGAL SERVICES, INC. on the 19th day of October, 2018 at 2:32 pm to be served on WELLS FARGO BANK, NATIONAL ASSOCIATION C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608. I, ~Erin De La Cruz~ , being duly sworn, depose and say that on the ~22~ day of ~Oct~ , 20~18~ at ~12:47~ pm., executed service by delivering a true copy of the COVER LETTER FROM COUNSEL TO WELLS FARGO BANK, NATIONAL ASSOCIATION, EVIDENCE PRESERVATION LETTER, AND ORDER OF ATTACHMENT in accordance with state statutes in the manner marked below:

[X] CORPORATE SERVICE: By serving ~Heather Hughs~ as ~Rep for RA Corporation Service Company~

( ) LIMITED LIABILITY COMPANY/LIMITED PARTNERSHIP: By serving _____ as
_____.

( ) GOVERNMENT AGENCY: By serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Subscribed and Sworn to before me on the ~22nd~ day
of ~October~ , 2018 by the affiant who is
personally known to me.

~Kelly De La Cruz~
NOTARY PUBLIC ~Kelly De La Cruz~

EXP: 8·28·21

PROCESS SERVER # ~N/A~
Appointed in accordance with State Statutes

**ATTORNEYS LEGAL SERVICES, INC.**
**617 East Washington St.**
**#2**
**Orlando, FL 32801**
**(407) 839-4644**

Our Job Serial Number: 2018007324

*(Notary seal: KELLY DE LA CRUZ, NOTARY PUBLIC, WAKE COUNTY, NC)*

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

## **AFFIDAVIT OF SERVICE**

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 18-CV-8250 (JSR)                                              Date Filed: _____

Plaintiff:
**Winklevoss Capital Fund, LLC,**
vs.
Defendant:
**Charles Shrem,**

For: Seena Forouzan
     The Meade Firm P.C.

Received by ATTORNEYS LEGAL SERVICES, INC. on the 19th day of October, 2018 at 2:32 pm to be served on WELLS FARGO BANK, NATIONAL ASSOCIATION C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608. I, ERIN DE LA CRUZ , being duly sworn, depose and say that on the 22 day of OCT , 20 18 at 12 :41 pm., executed service by delivering a true copy of the COVER LETTER FROM COUNSEL TO WELLS FARGO BANK, NATIONAL ASSOCIATION, EVIDENCE PRESERVATION LETTER, AND ORDER OF ATTACHMENT in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving Heather Hughes as Rep for RA Corporation Service Company

( ) LIMITED LIABILITY COMPANY/LIMITED PARTNERSHIP: By serving _____ as
_____.

( ) GOVERNMENT AGENCY: By serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Subscribed and Sworn to before me on the 22nd day
of October , 2018 by the affiant who is
personally known to me.

NOTARY PUBLIC   Kelly De La Cruz

EXP: 8·28·21

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

**ATTORNEYS LEGAL SERVICES, INC.**
**617 East Washington St.**
**#2**
**Orlando, FL 32801**
**(407) 839-4644**

Our Job Serial Number: 2018007324

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**WINKLEVOSS CAPITAL FUND, LLC**                              CASE NO. : 18 CV 8250

                              **vs**                          *Plaintiff*

**CHARLES SHREM**

                                                             *Defendant*

# AFFIDAVIT OF SERVICE

State of New York }
County of Albany }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York,

That on **10/22/2018** at **10:40 AM** at **5 Sarnowski Drive, Glenville, NY 12302**

deponent served a(n) **Cover Letter from Counsel to Trustco Bank Corp. NY; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Trustco Bank Corp. NY, Attn: Robert J. McCormick** , accepted by **James McCarthy, Esq.,**

deponent knew the person so served to be a person authorized to accept service.

Description of Person Served:
Gender: Male
Skin:  White
Hair: Brown
Age: 51 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight:131-160 Lbs.
Other:

Sworn to before me this
22ⁿᵈ day of October, 2018

_____
NOTARY PUBLIC

HILARY TEITEL
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires Sept. 11, 20 2ı

_____
Jeffrey Teitel

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WINKLEVOSS CAPITAL FUND, LLC**                                          CASE NO. : 18 CV 8250

                                        **vs**                          *Plaintiff*

**CHARLES SHREM**

                                                                        **Defendant**

## AFFIDAVIT OF SERVICE

State of New York  }
County of Albany  }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York,

That on **10/22/2018** at **10:40 AM** at **5 Sarnowski Drive, Glenville, NY 12302**

deponent served a(n) **Cover Letter from Counsel to Trustco Bank Corp. NY; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Trustco Bank Corp. NY c/o Robert J. Leonard,** accepted by **James McCarthy, Esq.,**

deponent knew the person so served to be a person authorized to accept service.

Description of Person Served:
Gender: Male
Skin: White
Hair: Brown
Age: 51 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

Sworn to before me this
22nd day of October, 2018

_Hilary Teitel_
NOTARY PUBLIC

HILARY TEITEL
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires Sept. 11, 20 21

_Jeffrey Teitel_

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC                                   CASE NO. : 18 CV 8250

                                    vs                         *Plaintiff*

CHARLES SHREM

                                                               *Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of Albany }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York,

That on 10/22/2018 at 10:50 AM at 80 State Street, Albany, NY 12207

deponent served **Cover Letter from Counsel to Wells Fargo Advisors Financial Network, LLC; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Wells Fargo Advisors Financial Network, LLC**, a domestic limited liability company, c/o Corporation Service Company, Registered Agent,

by delivering thereat a true copy of each to **"Jane Doe"/Legal Representative  (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin :  White
Hair : Blonde
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :

Sworn to before me this
22ND day of October, 2018

*Vera B. Ray*                          VERA B. RAY                    *Edward J. Bowmaker*
―――――――――――                  Notary Public - State of New York        ――――――――――――
NOTARY PUBLIC                      Albany County No. 01RA6133233           Edward J. Bowmaker
                                   Commission Expires on 09-12-2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC                                CASE NO. : 18 CV 8250


                                    vs                      *Plaintiff*

CHARLES SHREM


                                                            *Defendant*


## AFFIDAVIT OF SERVICE

State of New York  }
County of Albany }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York,

That on **10/22/2018** at **10:50 AM** at **80 State Street, Albany, NY 12207**

deponent served **Cover Letter from Counsel to Wells Fargo Bank, National Association; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Wells Fargo Bank, National Association, Attn: Legal Department**, a domestic corporation, c/o Corporation Service Company, Registered Agent,

by delivering thereat a true copy of each to **"Jane Doe"/Legal Representative  (authorized to accept service)** personally.


Description of Person Served:
Gender : Female
Skin :  White
Hair : Blonde
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :


Sworn to before me this
22 *ND* day of October, 2018

*Vera B. Ray*
NOTARY PUBLIC

VERA B. RAY
Notary Public - State of New York
Albany County No. 01RA6133233
Commission Expires on 09-12-*2021*

*Edward Bowmaker*
Edward J Bowmaker

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WINKLEVOSS CAPITAL FUND, LLC**

CASE NO. : 18 CV 8250

*Plaintiff*

**vs**

**CHARLES SHREM**

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of Albany }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York,

That on **10/22/2018 at 10:50 AM at 80 State Street, Albany, NY 12207**

deponent served **Cover Letter from Counsel to Wells Fargo USA Holdings, Inc.; Evidence Preservation Letter; Attachment Order dated October 2, 2018.**

on **Wells Fargo USA Holdings, Inc.** , a domestic corporation, c/o Corporation Service Company, Registered Agent,

by delivering thereat a true copy of each to **"Jane Doe"/Legal Representative  (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin :  White
Hair : Blonde
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :

Sworn to before me this
20ᵗʰ day of October, 2018

_Vera B. Ray_
NOTARY PUBLIC

VERA B. RAY
Notary Public - State of New York
Albany County No. 01RA6133233
Commission Expires on 09-12- 2021

_Edward J. Bowmaker_
Edward J. Bowmaker

## AFFIDAVIT OF SERVICE

| Case:<br>18-cv-<br>8250 | Court:<br>United States District Court for the Southern District of<br>New York | County:<br>NY | Job:<br>2750333 (18-cv-8250 (JSR), Winklevoss Capital Fund, LLC<br>v. Charles Shrem) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Winklevoss Capital Fund, LLC | | Defendant / Respondent:<br>Charles Shrem | |
| Received by:<br>One Source Process, Inc. | | For:<br>The Meade Firm P.C. | |
| To be served upon:<br>Xapo, Inc. c/o Incorporating Services, Ltd. | | | |

I, Granville Morris, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Christian Bowden, 3500 S Dupont Hwy, Dover, DE 19901

**Manner of Service:**   Authorized, Oct 23, 2018, 2:00 pm EDT

**Documents:**   Cover Letter from Counsel to Xapo, Inc.; Evidence Preservation Letter; Attachment Order dated October 2, 2018. (Received Oct 19, 2018 at 9:11am EDT)

**Additional Comments:**
1) Successful Attempt: Oct 23, 2018, 2:00 pm EDT at 3500 S Dupont Hwy, Dover, DE 19901 received by Christian Bowden. Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'6"; Hair: Brown; Relationship: Authorized Agent for Service;

_____          10/27/18
Granville Morris                          Date

One Source Process, Inc.
800-668-5448

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

10/23/18
Date              Commission Expires

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020