## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 18-CV-8250 (JSR)                                            Date Filed: 9/11/2018

Plaintiff:
**Winklevoss Capital Fund, LLC**

vs.

Defendant:
**Charles Shrem**

For:
Seena Forouzan
The Meade Firm P.C.
12 Funston Avenue
Suite A
San Francisco, CA 94129

Received by Attorney's Legal Services, Inc. on the 29th day of October, 2018 at 9:09 am to be served on **CHARLES SHREM, 536 North Spoonbill Drive, Sarasota, FL 34236**.

I, Stephen Zawacki, being duly sworn, depose and say that on the **29th day of October, 2018 at 11:30 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, COMPLAINT WITH EXHIBIT "A", EX-PARTE APPLICATION FOR PREJUDGMENT ATTACHMENT, ORDER OF ATTACHMENT, AFFIDAVIT OF TOM ROBINSON WITH EXHIBITS "A" THROUGH "K", AFFIDAVIT OF CAMERON WINKLEVOSS WITH EXHIBITS "A" THROUGH "H", AFFIDAVIT OF MATTHEW GRUCHEVSKY WITH EXHIBITS "1" THROUGH "6", AFFIDAVIT OF SAMUEL FERGUSON WITH EXHIBIT "A", AND AFFIDAVIT OF JOHN MASON WITH EXHIBITS "A" THROUGH "G"** with the date and hour of service endorsed thereon by me, to: **CHARLES SHREM** at the alternate address of: **Art Ovation Hotel, 1255 N. Palm Ave., Sarasota, FL 34236**, and informed said person of the contents therein, in compliance with state statutes.

### Additional Information pertaining to this Service:

Server attempted at the address of 536 North Spoonbill Drive, Sarasota, FL 34236 and this is a gated residence. When the Server called from the gate Mr. Shrem answered and stated that he was not at home and that the Server could come to the Art Ovation Hotel downtown and serve him in the coffee shop. That is where service was perfected.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made pursuant to Florida Statute 48.29. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

STATE OF FLORIDA

COUNTY OF SARASOTA

Subscribed and Sworn to before me on the 29 day of Oct, 2018 by the affiant who is personally known to me or who has shown me proper identification.

Notary Public State of Florida
Michelle Schwartz
My Commission GG 097292
Expires 04/24/2021

Stephen Zawacki
CPS#613 - 12th Circuit

Attorney's Legal Services, Inc.
617 E. Washington Street
Suite 2
Orlando, FL 32801
(407) 839-4644

Our Job Serial Number: ALS-2018007525

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p



11:30 AM
52
613

ART OVATION HOTEL
NORTH PALM AVE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, <br><br> *Plaintiff(s)* <br><br> v. <br><br> CHARLES SHREM <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> **RUSH** <br><br> **1 8 CV 8250** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Charles Shrem
536 North Spoonbill Drive
Sarasota, FL 34236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tyler Meade
12 Funston Ave., Suite A
San Francisco, CA 94129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RUBY J. KRAJICK**

*CLERK OF COURT*

Date: September 11, 2018

*Signature of Clerk or Deputy Clerk*

8/13%