

C3_18459_061917

Bank of America

DE5-024-02-08
PO BOX 15047
WILMINGTON, DE 19850-5047

**Reference number**
D102218000798

**Case name** Charles Shrem
(Charlie Shrem)

**Case number** 18CV8250

**Date** October 22, 2018

THE MEADE FIRM P.C.
TYLER MEADE
12 FUNSTON AVE, SUITE A
SAN FRANCISCO, CA 94129

# We have received a(n) Order on the above-referenced debtor(s)/customer(s).

## What you need to know

We have completed our research and Bank of America, N. A. hereby files its answer to the above-mentioned matter as follows: Accounts Closed. No further search will be made. This reply constitutes our compliance.

## What you need to do

If you need to forward any additional correspondence to us regarding this case, please mail it to the address indicated above.

## Questions?

If you have any questions, please call us at 213.580.0702, Monday through Friday, 9 a.m. to 5 p.m. local time. When contacting us regarding this notice, please mention the reference number listed above.

Legal Order Processing

00-65-8026NSBW

# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

17 State Street ▪ New York, NY 10004
212.425.9300 ▪ fax 212.425.9337
www.bressler.com

David H. Pikus
Principal

Ext. 2620
dpikus@bressler.com

October 22, 2018

BY E-MAIL & MAIL

Tyler Meade, Esq.
111 Broadway, Suite 2002
New York, NY 10006

Re:   Winklevoss Cap. Fund v. Shrem

Dear Mr. Meade:

This firm represents Bank OZK. The bank has referred to us for response copies of your letter dated October 19, 2018 and its enclosures.

Please be advised that the individual named in your letter and the accompanying Order of Attachment is not a depositor of Bank OZK. Accordingly the bank is not in possession of any funds or property identifiable as owned by the named individual. Because the individual is not a depositor at any branch, we need not address the applicability of New York's "separate entity" rule at this time. *See Motorola Credit Corp. v Standard Chartered Bank*, 23 N.Y.3d 149 (2014).

Very truly yours,

David H. Pikus

DHP/ai

New Jersey ▪ New York ▪ Florida ▪ Alabama



bitFlyer USA, Inc.
548 Market Street #25696
San Francisco, CA 94104

October 24, 2018

THE MEADE FIRM p.c.
/s/ Tyler Meade
12 Funston Ave., Suite A
San Francisco, CA 94129

Re: Winklevoss Capital Fund v. Charles Shrem (Case No.: 18-cv-8250)

Dear Mr. Meade:

We have reviewed the Order of Attachment ("Order") and Evidence Preservation Letter ("Preservation Letter"), dated October 22, 2018. A review of our customer database reveals that we do not currently have nor have ever held assets for the Defendant Charles Shrem (a.k.a. "Charlie" Shrem) [hereinafter Defendant].

Pursuant to N.Y. C.P.L.R. § 6219, this statement serves to certify that an investigation of bitFlyer USA Inc.'s customer records was completed on October 22, 2018. A review of our records shows that on March 7, 2018 the Defendant signed up to bitFlyer USA's website and applied to open a corporate account using the email: cs@charlieshrem.com and under the company name: EDP Marketing LLC. During our Know-Your-Customer ("KYC") onboarding process, we identified through Thomson Reuters World Check One that the prospective user had been charged with multiple crimes. As a result, the Compliance Department decided to not approve or onboard the Defendant.

This Garnishee Statement, represents the full record of information related to the Defendant. To the best of its knowledge, bitFlyer USA, Inc. has never approved the Defendant to transact on the platform nor held assets on behalf of the Defendant. Should you have any further inquiry you may direct correspondence to compliance-us@bitflyer.com.

Best Regards,

Hailey Lennon, Esq., CAMS
Director of Compliance

Zachary Figueroa, Esq.
Compliance Analyst and Regulatory
Affairs Specialist



30 Rockefeller Plaza  
22nd Floor  
New York, NY 10112-0085

T +1.212.262.6900  
F +1.212.977.1649  
PerkinsCoie.com

October 25, 2018

Adam H. Schuman  
ASchuman@perkinscoie.com  
D. +1.212.261.6919  
F. +1.212.399.8009

VIA E-MAIL TYLER@MEADEFIRM.COM

Tyler Meade  
The Meade Firm p.c.  
12 Funston Avenue, Suite A  
San Francisco, CA 94129

Re:  *Winklevoss Capital Fund v. Charles Shrem*  
United States District Court for the Southern District of New York  
Case No. 18-cv-8250 (JSR)

Dear Mr. Meade:

On behalf of Bitstamp USA, Inc. ("Bitstamp USA"), I write in connection with the Order of Attachment and the Evidence Preservation Letter that were served on Bitstamp USA on October 22, 2018. After conducting a reasonably diligent search using the information that you provided, Bitstamp USA advises that Bitstamp USA does not have in its possession or custody any personal property held entirely or partially in the name of Charles Shrem.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

Adam H. Schuman

AHS

141740701.2  
Perkins Coie LLP



October 22, 2018

The Meade Firm, PC
Attn: Tyler Meade
111 Broadway, Suite 2002
New York, NY 10006

Re:  Charles Shrem
Case No. 18-cv-8250 (JSR)

     Centennial Bank
     P.O. Box 966
     Conway, AR 72033

Dear Attorney Meade:

In response to your Order of Attachment for Charles Shrem, we have researched our records and were unable to locate any account records.

Should you have any questions regarding any of the information, please contact me at 501-328-4809.

Sincerely,

Di O'Bannion

Di O'Bannion
Centennial Bank
Deposit Operations



October 22, 2018

**Corporate Legal Group**
P.O. Box 636010
Highlands Ranch, CO 80163
Fax (888) 368-6355

Tyler Meade
111 Broadway, Ste 2002
New York, NY 10006

RE: Garnishment
Charles Shrem
Case No. 18-cv-8250 (JSR)

To whom it may concern:

This letter acknowledges that Charles Schwab & Co Inc. ("Schwab") has received the Garnishment dated 10/21/2018 regarding Charles Shrem and Schwab is not required to make an appearance in this matter. Schwab's formal answer is as follows.

As of October 22, 2018, Charles Shrem does not maintain an account with Schwab. Accordingly, there is no further action that Schwab will take in this matter.

I kindly request that you advise me immediately if this response is insufficient.

Sincerely,

Corporate Legal Services
Charles Schwab & Co., Inc.
tpa.info@schwab.com
(877) 243-9263


PO Box 183164
Columbus, OH 43218-3164

10/29/18

**THE MEADE FIRM PC**
12 FUNSTON AVE SUITE A
SAN FRANCISCO, CA 94129

Re:   **COAL-23Oct18-2667  WINKLEVOSS CAPITAL FUND V CHARLES SHREM**
Case No: **18-CV-8250 (JSR)**

**JPMorgan Chase Bank, N.A. ("JPMC") has received your ASSET FREEZE against the debtor referenced above**

Dear ANNIE:

| Received Date | Account Number | Amount of Hold | Present Balance |
|---|---|---|---|
| 10/23/18 | | | |

The present balance may be subject to exemption claims, including claims which may permit the customer to withdraw additional funds.

EDP MARKETING LLC- ACCOUNTS CLOSED
BITINSTANT LLC- ACCOUNTS CLOSED
CHARLES SHREM- ACCOUNTS CLOSED

This response is based on a search of data contained in JPMC's centralized customer identification and account information system. This system may not necessarily capture all relevant information concerning the judgment against the debtor(s) or accounts.

Please allow this letter to serve as JPMC's answer to the **ASSET FREEZE**. If you have any questions about this matter, please call us at 1-866-578-7022. We're here Monday through Friday from 8 a.m. to 10 p.m. and Saturday from 8 a.m. to 8 p.m. Eastern Time.

We hope this information was helpful. If you have questions, please call us at the number above.

Sincerely,

VICTOR GONZALEZ
Document Review Specialist

JPMorgan Chase Bank, N.A.
OL42

**Fidelity** INVESTMENTS

October 23, 2018

Tyler Meade
The Meade Firm
12 Funston Avenue, Suite A
San Francisco, CA 94129

Correspondence Number: 00161887

Dear Mr. Meade:

I am responding to a subpoena dated October 2, 2018, requesting documents in regards to accounts for Charles Shrem.

Fidelity Investments Institutional Operations Company, Inc., (FIIOC or the "transfer agent") is the registered transfer agent responsible for performing processing, recordkeeping, and shareholder servicing functions for institutional investors in the Fidelity group of mutual funds.

Fidelity Advisor Funds is unable to locate any open or closed accounts for Mr. Shrem.

Please be advised that we are answering on behalf of Fidelity Advisor Funds only. Separate responses should follow from other divisions of Fidelity Investments such as 401(k), 403(b), or retail.

You may send future correspondence to one of the following addresses:

**Regular Mail:**  Fidelity Investments Institutional Operations Company, Inc.
PO Box 770002
Cincinnati, OH 45277-0081

**Overnight Mail:**  Fidelity Investments Institutional Operations Company, Inc.
100 Crosby Parkway, KC1G
Covington, KY 41015

If you have questions, please contact me at 401-292-4250, Monday through Friday, between 8:30 a.m. and 4:00 p.m. Eastern time. Please provide the correspondence number above during your call.

Sincerely,

Kim Ortiz
Fidelity Investments Institutional Operations Company, Inc.

Enclosure(s):   Copy of subpoena

Reference Number: 2018-10-22-15.06.58.415660
667316_1_0

Fidelity Investments            P.O. Box 770002
Institutional Operations Company, Inc.   Cincinnati, OH 45277-0085



Legal Department
One North Jefferson Avenue
St. Louis, MO 63103

October 31, 2018

The Meade Firm
12 Funston Avenue
Suite A
San Francisco, CA 94129

      RE:    Winklevoss Capital Fund v. Charles Shrem
             Case No. 18-cv-8250

Dear Meade Firm:

Pursuant to receipt of the Order of Attachment dated October 2, 2018, and in accordance therewith, please be advised that Wells Fargo Advisors Financial Network, LLC ("WFAFN") has conducted a diligent search of its account records and has located no accounts for the above-mentioned defendant. WFAFN is accordingly closing its file in this matter.

WFAFN requests confidential treatment of this letter, the documents, and the information contained to the extent possible.

Sincerely,

***Subpoena and Garnishment Unit, Wells Fargo Advisors Financial Network, LLC***

REG