## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>CHARLES SHREM,<br><br>        Defendant. | Case No.<br><br>**NOTICE OF MOTION TO CONFIRM ATTACHMENT ORDER** |

     Please take notice that Winklevoss Capital Fund, LLC ("WCF"), by and through the undersigned counsel, will move to confirm the October 2, 2018 Order on Attachment, Dkt. No. 30. Plaintiff brings this motion pursuant to New York Civil Practice Law and Rules section 6211(b), which requires a party to move for confirmation of an ex parte Order of Attachment within 10 days of the first levy effected pursuant to such an order.

     In support of this motion, Plaintiff submits the following documents:

- Motion to Confirm Attachment Order
- Supporting affidavit of Tyler Meade, together with its exhibits.

     The Motion is also based on the reasons and evidence submitted in connection with WCF's September 11 ex parte Application of Attachment, Dkt. Nos. 24-29.

-2-

Plaintiff's motion will be filed by November 1, 2018. Pursuant to the briefing schedule adopted during a November 1, 2018 conference call with chambers, Defendant's Opposition is due Monday, November 5, 2018 by the end of business eastern time. Plaintiff's Reply is due Wednesday, November 7, 2018 by the end of business eastern time. A hearing is scheduled on Thursday, November 8, 2018 at 11:00 A.M.

DATED:  November 1, 2018

Respectfully submitted,

By: /s/ Tyler Meade

Tyler Meade
THE MEADE FIRM p.c.
California Office:
    12 Funston Ave., Suite A
    San Francisco, CA  94129
New York Office:
    111 Broadway, Suite 2002
    New York, NY  10006
Telephone: (415) 724-9600
tyler@meadefirm.com

Attorneys for Plaintiff