IH-32  Rev: 2014-1

# United States District Court
## for the
## Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Winklevoss Capital Fund, LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 18 CV 8250 |
| Charles Shrem | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

United States of America

| Plaintiff | Case Number |
|---|---|
| vs. | 14 CR 00243 |
| Robert M. Faiella, a/k/a "BTCKing," and Charlie Shrem | |
| Defendant | |

IH-32                                                                                                           Rev: 2014-1

Status of Earlier Filed Case:

☑ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☐ Open    (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Local Civil Rule 13 does not provide for relating a civil case to a criminal case. In this case, however, relating the two cases may serve the ends of justice since Plaintiff's prejudgment attachment application (filed under seal concurrently with the Complaint) seeks to attach assets to which the U.S. Government may have a claim by virtue of the apparently unpaid Consent Order of Restitution in U.S.A. v. Shrem, S.D.N.Y. Case No. 14 CR 00243, Dkt. No. 60. Pursuant to paragraph 3 of that Order, the U.S. Attorney's Office is "authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property," and the Court retains jurisdiction pursuant to paragraph 5.

Signature: _____   Date: 9/10/2018

Firm:   The Meade Firm p.c.
        12 Funston Ave., Suite A, San Francisco, CA