UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WINKLEVOSS CAPITAL FUND, LLC,

                Plaintiff,

v.

CHARLES SHREM,

                Defendant.

Case No. 18-cv-8250

## GARNISHEE'S STATEMENT

Circle Internet Financial, Inc. ("Circle") and Poloniex, LLC ("Poloniex"),[1] by and through its counsel Nelson Mullins Riley & Scarborough, hereby state pursuant to the Order of Attachment, dated October 2, 2018, entered in the above-captioned action that:

(1) Circle owes no debts to defendant Charles Shrem. Circle holds in a closed Circle Pay account belonging to an individual named Charlie Shrem a balance of 0.00006420 Bitcoin (BTC), which is currently valued at $0.41.

(2) Poloniex owes no debts to, and holds no property of, defendant Charles Shrem.

Dated: New York, New York
         October 25, 2018

NELSON MULLINS RILEY &
SCARBOROUGH LLP

By: _____
Robert L. Lindholm
NELSON MULLINS RILEY &
SCARBOROUGH LLP
280 Park Avenue, 15th Floor West
New York, NY 10017
Telephone: (646) 428-2600
robert.lindholm@nelsonmullins.com

*Attorneys for Circle Internet Financial, Inc.
and Poloniex, LLC*

---

[1] Circle Internet Financial, Inc. (directly) and Poloniex, LLC (indirectly) are each wholly owned subsidiaries of Circle Internet Financial Limited, the parent company of the Circle group of entities.