UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> CHARLES SHREM, <br><br> Defendant. | Index No. 18-CV-8250 (JSR) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Antoinette Rangel, Esq., attorney at O'Melveny & Myers LLP, hereby enters her appearance in this litigation as counsel for Garnishee Bittrex, Inc.

Dated: October 26, 2018
New York, New York

O'MELVENY & MYERS LLP

By: _____
Antoinette Rangel

7 Times Square
New York, New York 10036-6537
Tel: (212) 326-2000
Fax: (212) 326-2061
Email: arangel@omm.com

*Attorney for Garnishee Bittrex, Inc.*