**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> CHARLES SHREM, <br><br> Defendant. | Index No. 18-CV-8250 (JSR) <br><br> **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that on this 26th day of October 2018, I caused to be served true and correct copies of the Notice of Appearance and Statement of Garnishee Bittrex, Inc. by email to Tyler Meade at tyler@meadefirm.com and Sam Ferguson at sam@meadefirm.com. Tyler Meade of the Meade Firm consented to service by email in his October 22, 2018 letter to Bittrex, Inc.

Dated: October 26, 2018
       New York, New York

_/s/ Antoinette Rangel_
Antoinette Rangel, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorney for Garnishee Bittrex, Inc.*