UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
WINKLEVOSS CAPITAL FUND, LLC,           :

        Plaintiff,                      :   INDEX NO. 18-CV-8250

   -against-                              :   **GARNISHEE STATEMENT**

CHARLES SHREM,                          :

        Defendant.                      :
------------------------------------- X

The undersigned, as garnishee, hereby states pursuant to N.Y.C.P.L.R. § 6219, that at the time of the service upon it of the order of attachment granted herein on October 22, 2018, it had in its possession or custody the following described property in which the defendant has an interest:

    BTC 0.00005414

Dated: October 26, 2018

Respectfully submitted,

XAPO, INC.
364 University Avenue
Palo Alto, CA 94031
(917) 723-0870

By: _____
Julie H. Jo, Legal Counsel for Xapo, Inc.