# Ballard Spahr

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Jacquelyn Schell
Tel: 646.346.8048
Fax: 212.223.1942
SchellJ@ballardspahr.com

October 26, 2018

*By Hand Delivery*

Clerk of Court
Daniel Patrick Moynihan United States Courthouse
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Winkelvoss Capital Fund, LLC v. Charles Shrem
     Case No.: 18-cv-8250 (JSR)

Dear Sir/Madam:

Enclosed please find Digital Asset Holdings, LLC's Garnishee's Statement (the "Statement") as well as an Order of Attachment dated 10/2/2018 (the "Order"). Please file the enclosed Statement **under seal**, pursuant to paragraphs 8 and 16 of the Order.

Very truly yours,

Jacquelyn Schell

Enclosures