UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC,<br>    Plaintiff,<br><br>            v.<br><br>CHARLES SHREM,<br>    Defendant | Case No. 18-cv-8250 |

## DIGITAL ASSET HOLDINGS, LLC'S
## GARNISHEE'S STATEMENT

Pursuant to Fed. R. Civ. P. 64 and New York C.P.L.R. § 6219, Digital Asset Holdings, LLC ("Digital Asset"), by and through the undersigned counsel, states as follows, in response to the Order of Attachment, dated October 2, 2018, and served by Plaintiff in this action on or around October 22, 2018: Digital Asset does not hold any debts, accounts, digital or fiat currency, or other property belonging to or owed to Defendant, Charles Shrem ("Defendant") or in which Defendant holds an interest, to the best of Digital Asset's knowledge.

Dated: New York, New York
         October 26, 2018

Respectfully submitted,

BALLARD SPAHR LLP

_____
Jacquelyn N. Schell, Esq.
1675 Broadway, 19th Floor
New York, NY 10019
Tel: 646-346-8048
Fax: 212-223-1942
schellj@ballardspahr.com
*Counsel for Digital Asset Holdings, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2018, a true and correct copy of the foregoing **DIGITAL ASSET HOLDINGS, LLC'S GARNISHEE'S STATEMENT** was filed with the Court, under seal, and served by U.S. mail and electronic mail on plaintiff's counsel, pursuant to the Court's Order of Attachment, dated October 2, 2018, at ¶ 8.

Jacquelyn N. Schell