UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>CHARLES SHREM,<br><br>                      Defendant. | Case No. 1:18-CV-8250-JSR<br><br>FILED UNDER SEAL |

### BRANCH BANKING AND TRUST COMPANY'S GARNISHEE STATEMENT

Branch Banking and Trust Company ("BB&T") responds to service of the Order of Attachment of October 2, 2018 as follows: a diligent search of BB&T's records shows that BB&T does not owe Charles Shrem any debts; nor do the records show that BB&T has possession or custody of any assets of Mr. Shrem.

DATED:  October 26, 2018

                                BRANCH BANKING AND TRUST COMPANY

                                By:_____
                                Amanda Lyn Genovese
                                **TROUTMAN SANDERS LLP**
                                875 Third Avenue
                                New York, NY  10022
                                212.704.6000
                                amanda.genovese@troutman.com

                                *Attorneys for Branch Banking and Trust Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October 2018, I filed the foregoing with the Clerk of the Court under seal and forwarded a copy by electronic mail to:

> Tyler Meade, Esq.
> The Meade Firm p.c.
> 111 Broadway, Suite 2002
> New York, NY 10006
> tyler@meadefirm.com
>
> *Counsel for Plaintiff*

DATED: October 26, 2018
New York, New York

_____
Amanda Lyn Genovese