UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLES SHREM,<br><br>　　　　Defendant. | Case No. 18-cv-8250 (JSR)<br><br>**GARNISHEE STATEMENT OF NOBLE MARKETS, LLC** |

Garnishee Statement

This statement is made in response to an Order of Attachment issued by the United States District Court for the Southern District of New York (the "Court") issued on October 2, 2018 (the "Order") and served on Noble Markets, LLC ("Garnishee") by hand and electronic delivery on October 22, 2018 along with a two letter notices regarding the same from the Meade Firm dated October 19, 2018. The Order required Garnishee to secure up to 5,000 bitcoin or its equivalent value ($32,116,450.00 as of October 17, 2018) of any assets the Garnishee held on behalf of the defendant, Charles Shrem (the "Defendant"), and to file a garnishee statement under seal with the Court within five (5) calendar days of receiving the Order (this, the "Garnishee Statement" or "Statement").

Pursuant to the requirements of the Order and N.Y. C.P.L.R. § 6219, Garnishee states and the following are trust to its best information, knowledge and belief as of the date hereof of this Statement:

1. The total value and amount of all debts of the Garnishee to the Defendant are $0; and
2. The total value and amounts of all property in which the Defendant has an interest that is in the possession or custody of Garnishee, including, but not limited to, virtual currencies,

1

such as bitcoin, fiat currency and United States Dollars, stocks, bonds, tokens issued in an initial coin offering, intangible personal property, such as partnership interest and debts owed, and all other property or assets of value is $0.

I, the undersigned, declare that the statements above are true regarding the Garnishee to the best of my information, knowledge, and belief.

By: *[signature]*

Name: Krishan Singh
Title: C.E.O., Noble Talents LLC
Date: October 26, 2018