UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINKLEVOSS CAPITAL FUND, LLC,

                Plaintiff,

v.

CHARLES SHREM,

                Defendants.

Case No. 18-cv-8250 (JSR)

**GARNISHEE'S STATEMENT**

Pursuant to the Order of Attachment, dated October 2, 2018, issued by the United States District Court for the Southern District of New York and N.Y. CPLR 6219, itBit PTE Ltd. ("itBit") hereby states that as of October 22, 2018, the date upon which it received the Order of Attachment, and through the date hereof, based upon a reasonable search, it does not believe it owes any debts to the defendant Charles Shrem ("Shrem") or that it is in possession or custody of any property (including intangible assets) owned by Shrem or in which Shrem has an interest.

Dated: October 25, 2018
New York, NY

ITBIT PTE. LTD

By: _____
Rachel Nelson
Associate General Counsel