UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC,<br><br>      Plaintiff,<br><br>-against-<br><br>CHARLES SHREM,<br><br>      Defendant. | Index No. 18-CV-8250 (JSR)<br><br>**CORRECTED STATEMENT OF GARNISHEE BITTREX, INC.** |

   This Corrected Statement of Garnishee Bittrex, Inc. ("Bittrex") is being filed to correct a typographical error in the calculation of the value of Bitcoin held by Bittrex, which was listed as being $254.73 in the original filing, but is actually $3.36. Accordingly, this statement is identical to the original statement filed by Bittrex with the exception of the value calculation contained in the table below. The amount of Bitcoin (0.00051673) remains the same.

   On October 2, 2018, this Court entered an order under seal authorizing a levy upon the tangible or intangible assets of the Defendant within the district of 5,000 bitcoin or its equivalent value in other assets. Further, the Court specifically directed several virtual currency companies, including Bittrex, Inc. ("Bittrex"),[1] to "freeze all assets in their possession or custody (including bitcoin, other virtual currency, and/or fiat currency) held entirely or partially in the name of Charles Shrem (a.k.a. Charlie Shrem) or in which Shrem has an interest."

   Bittrex and the other garnishees were ordered to provide a garnishee's statement consistent with N.Y. C.P.L.R. § 6219 under seal within five days of receipt of the levy of this order, including a summary of all assets in Bittrex's custody or control that are owned by Charlie Shrem or in which he has an interest.

---

[1] The Court's order names Bittrex, LLC as one of the virtual currency companies subject to the order. However, Bittrex is currently registered as a Delaware corporation, as its limited liability corporation was retired in 2015.

-2-

Bittrex received notice of this Court's order from Plaintiff's counsel on October 22, 2018. Accordingly, Bittrex immediately conducted a search of all of its customer accounts for any account in the name of Defendant or in which the Defendant has an interest based on the identifying information provided to Bittrex by the plaintiff.

Bittrex located a single account belonging to an individual identified as Charlie Shrem. Bittrex provides this statement of the balances of all virtual currencies in the Defendant's account with Bittrex:

| Virtual Currency Held | Amount | Approximate Dollar Value |
|---|---|---|
| AMP | 0.00000000 | |
| BCH | 0.00000000 | |
| BLU | 0.00000000 | |
| BTC (Bitcoin) | 0.00051673 | 0.00051673*$6,503.23 = $3.36 |
| BTG | 0.03916985 | 0.03916985*$27.57= $1.08 |
| CMCT | 0.00000000 | |
| CRB | 0.19110000 | 0.1911*0.00401= $0 |
| ETH | 0.00000000 | |
| MORE | 0.00000000 | |
| SALT | 0.00000000 | |
| VIB | 0.00000000 | |

Additionally, the Defendant's account was disabled immediately upon receipt of notice of

-3-

the Court's order, effectively freezing the small amount of virtual currency contained in the account.

Defendant does not owe any debts to Bittrex.

Dated: November 2, 2018　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Antoinette Rangel
　　　　　　　　　　　　　　　　　　　　　　　　Antoinette Rangel
　　　　　　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　　　　　　7 Times Square
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　　　(212) 326-2000


*Attorney for Garnishee Bittrex, Inc.*