**EXHIBIT A**
**REDACTED FOR PUBLIC FILING**

 **Gmail**

**Charlie Shrem <cshrem@gmail.com>**

---

# This is what we need to do.....

████████████████████████████            Sun, Dec 30, 2012 at 7:49 PM
To: Erik Voorhees <erik@bitinstant.com>, Charlie Shrem <cshrem@gmail.com>
Cc: Roger Ver <Roger@bitinstant.com>, Ira Miller <ira@bitinstant.com>

I know lots of people that could help you make this happen.  This is an area where FirstMark (or any VC) would also be incredibly helpful from an access/capital/credibility perspective.  We should discuss once you move resolve the FirstMark stuff one way or another.

BTW, are you guys in the office tomorrow?  I could use some help with creating a "cold" wallet.



---

**From:** Erik Voorhees <erik@bitinstant.com>
**Date:** Sat, 29 Dec 2012 23:30:32 -0500
**To:** Charlie Shrem <cshrem@gmail.com>, ████████████████████████ Ira Miller <ira@bitinstant.com>, Patrick Murck <patrick@engagelegal.com>
**Subject:** Re: This is what we need to do.....
[Quoted text hidden]

---------------------------------------------------------------------------

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

 **Gmail**                                    **Charlie Shrem <cshrem@gmail.com>**

---

# This is what we need to do.....

---

**Charlie Shrem** <cshrem@gmail.com>                    Sun, Dec 30, 2012 at 8:05 PM
To: ███████████████████████████
Cc: Erik Voorhees <erik@bitinstant.com>, Roger Ver <Roger@bitinstant.com>, Ira Miller <ira@bitinstant.com>

Hey,

I'm having coffee really early with Larry. We should be losing around 2pm depending on how busy we are, but Erik is away visiting his family. Ira and I can work with you, what time were you thinking?

/Charlie

Sent from my iPhone 5

On Dec 30, 2012, at 7:49 PM, ████████████████████████████ wrote:

> I know lots of people that could help you make this happen.  This is an area where FirstMark (or any VC) would also be incredibly helpful from an access/capital/credibility perspective.  We should discuss once you move resolve the FirstMark stuff one way or another.
>
> BTW, are you guys in the office tomorrow?  I could use some help with creating a "cold" wallet.



EHXIBIT A - REDACTED



**Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....



To: Charlie Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Sun, Dec 30, 2012 at 8:08 PM

Cool.  I'm taking tomorrow off, so just tell me what time is good for you and Ira and I'll swing by.  Thx!

**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Sun, 30 Dec 2012 20:05:00 -0500

Cc: Erik Voorhees <erik@bitinstant.com>, Roger Ver <roger@bitinstant.com>, Ira Miller <ira@bitinstant.com>

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]



**Charlie Shrem <cshrem@gmail.com>**

---

# This is what we need to do.....

---

**Charlie Shrem** <cshrem@gmail.com>                         Sun, Dec 30, 2012 at 8:13 PM
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Cc: Ira Miller <ira@bitinstant.com>

How's noon?

/Charlie

Sent from my iPhone 5

On Dec 30, 2012, at 8:08 PM, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

> Cool.  I'm taking tomorrow off, so just tell me what time is good for you and Ira and I'll swing by.  Thx!



 **Gmail**              **Charlie Shrem <cshrem@gmail.com>**

---

## This is what we need to do.....

███████████████████████         Sun, Dec 30, 2012 at 8:17 PM
To: Charlie Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Great.  See you then



---

**From:** Charlie Shrem <cshrem@gmail.com>
**Date**              2012 20:13:01 -0500
**To:** ████████████████████
**Cc:** Ira Miller <ira@bitinstant.com>
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 **Charlie Shrem <cshrem@gmail.com>**

---

## This is what we need to do.....

---

**Charlie Shrem** <cshrem@gmail.com>                        Sun, Dec 30, 2012 at 8:23 PM
To: ██████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Awesome!

/Charlie

Sent from my iPhone 5

On Dec 30, 2012, at 8:17 PM, ██████████████████████ wrote:

Great.  See you then



EHXIBIT A - REDACTED

 **Gmail**                                                    **Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

**Ira Miller** <ira@bitinstant.com>                                      Sun, Dec 30, 2012 at 9:36 PM
To: Charlie Shrem <cshrem@gmail.com>
Cc: ████████████████████████

I'll be there, but my laptop screen just broke. Good thing we bought that netbook for setting up cold storage wallets.

-Ira
[Quoted text hidden]

---

📄 **signature.asc**
1K

EHXIBIT A - REDACTED

 **Gmail**

**Charlie Shrem <cshrem@gmail.com>**

# This is what we need to do.....

**Charlie 'Charles' Shrem** <cshrem@gmail.com>                    Sun, Dec 30, 2012 at 9:55 PM
To: Ira Miller <ira@bitinstant.com>
Cc: ██████████████████████████████

  Cool!

  Thanks,

  Charlie

  *For security, please encrypt messages with my PGP key*

[Quoted text hidden]

 **Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

                                           Mon, Dec 31, 2012 at 9:47 AM

To: Charlie Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Guys — to expedite, should I send my coins to any particular address now?  I trust you and don't mind it being a
BitInstant address

**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Sun, 30 Dec 2012 20:23:14 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

EHXIBIT A - REDACTED

 **Charlie Shrem <cshrem@gmail.com>**

---

# This is what we need to do.....

---

**Charlie Shrem** <cshrem@gmail.com>                      Mon, Dec 31, 2012 at 9:55 AM
To: ███████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Hey ████, how many coins?

/Charlie

Sent from my iPhone 5

On Dec 31, 2012, at 9:47 AM, ███████████████████████████ wrote:

> Guys — to expedite, should I send my coins to any particular address now?  I trust you and don't mind it
> being a BitInstant address



                                    **Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

██████████████████████                                    Mon, Dec 31, 2012 at 9:57 AM
To: Charlie Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

5,000



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 09:55:38 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

EHXIBIT A - REDACTED

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

---

# This is what we need to do.....

---

**Charlie 'Charles' Shrem** <cshrem@gmail.com>                    Mon, Dec 31, 2012 at 10:31 AM
To: ██████████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Hey send to: 1Shremdh9tVop1gxMzJ7baHxp6XX2WWRW

Thanks,

Charlie

*For security, please encrypt messages with* *my PGP key*

[Quoted text hidden]

 **Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

████████████████████████                                          Mon, Dec 31, 2012 at 11:04 AM
To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Ugh.  Blockchain appears to be down



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 10:31:38 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 **Gmail**                            **Charlie Shrem <cshrem@gmail.com>**

---

# This is what we need to do.....

---

**Charlie 'Charles' Shrem** <cshrem@gmail.com>          Mon, Dec 31, 2012 at 11:36 AM
To: ███████████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Hey, did you get it working?

Thanks,

Charlie

*For security, please encrypt messages with* *my PGP key*

[Quoted text hidden]

EHXIBIT A - REDACTED



# This is what we need to do.....



Mon, Dec 31, 2012 at 11:38 AM

To: Charlie 'Charles' Shrem &lt;cshrem@gmail.com&gt;
Cc: Ira Miller &lt;ira@bitinstant.com&gt;

Nope, site still down



**From:** Charlie Shrem &lt;cshrem@gmail.com&gt;
**Date:** Mon, 31 Dec 2012 11:36:33 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

EHXIBIT A - REDACTED

 **Gmail**

**Charlie Shrem <cshrem@gmail.com>**

___

# This is what we need to do.....

**Charlie 'Charles' Shrem** <cshrem@gmail.com>                      Mon, Dec 31, 2012 at 11:39 AM
To: ███████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Ya, its on/off here as well.

Thanks,

Charlie

*For security, please encrypt messages with* *my PGP key*

[Quoted text hidden]

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

# This is what we need to do.....

██████████████████████████████ | Mon, Dec 31, 2012 at 11:41 AM
To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Yeah, great timing.  How late will you guys be in the office today?



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 11:39:22 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 **Gmail**          **Charlie Shrem <cshrem@gmail.com>**

---

# This is what we need to do.....

---

**Charlie 'Charles' Shrem** <cshrem@gmail.com>        Mon, Dec 31, 2012 at 11:42 AM
To: █████████████████████████
Cc: Ira Miller <ira@bitinstant.com>

You were our last meeting actually. Are your funds on blockchain? If not, we dont need to use it.

Thanks,

Charlie

*For security, please encrypt messages with my PGP key*

[Quoted text hidden]

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

[REDACTED]                  Mon, Dec 31, 2012 at 11:48 AM
To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Not sure what you mean. I use the Blockchain e-wallet



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 11:42:54 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 **Charlie Shrem <cshrem@gmail.com>**

# This is what we need to do.....

**Charlie 'Charles' Shrem** <cshrem@gmail.com>        Mon, Dec 31, 2012 at 11:57 AM
To: ██████████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Ya, thats what I was asking, if your funds were on blockchain.

Looks like its down, wanna reschedule to Wens?

Thanks,

Charlie

*For security, please encrypt messages with* *my PGP key*

[Quoted text hidden]

EHXIBIT A - REDACTED

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

████████████████████                                    Mon, Dec 31, 2012 at 11:59 AM
To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Thurs is better for me.  Before 9:30 am or 10:45 am – 11:30 am



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 11:57:05 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                    Mon, Dec 31, 2012 at 12:00 PM
To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Just started working…give me three mins to see if I can send



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 11:57:05 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

EHXIBIT A - REDACTED

 **Gmail**                                          **Charlie Shrem <cshrem@gmail.com>**

---

# This is what we need to do.....

---

**Charlie 'Charles' Shrem** <cshrem@gmail.com>                    Mon, Dec 31, 2012 at 12:02 PM
To: ████████████████████████████
Cc: Ira Miller <ira@bitinstant.com>

  OK

  Thanks,

  Charlie

  *For security, please encrypt messages with my PGP key*

  [Quoted text hidden]


                                                   **Charlie Shrem <cshrem@gmail.com>**

---

# This is what we need to do.....

---

████████████████████                                 Mon, Dec 31, 2012 at 12:02 PM
To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Sent!



---

**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 11:57:05 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 **Gmail** <span style="float:right">**Charlie Shrem <cshrem@gmail.com>**</span>

---

# This is what we need to do.....

---

**Charlie 'Charles' Shrem** <cshrem@gmail.com>     Mon, Dec 31, 2012 at 12:04 PM
To: ████████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Got it! Coming?

Thanks,

Charlie

*For security, please encrypt messages with *my PGP key

[Quoted text hidden]

 **Charlie Shrem <cshrem@gmail.com>**

# This is what we need to do.....

███████████████████                                    Mon, Dec 31, 2012 at 12:08 PM
To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

  Be there in 3 mins



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 12:04:20 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

---

# This is what we need to do.....

---

█████████████████                                        Mon, Dec 31, 2012 at 12:08 PM
To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

btw, that is soooo fucking cool that I just sent $65,000 in two minutes with no fee!



---

**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 12:04:20 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

EHXIBIT A - REDACTED

 Gmail                                    **Charlie Shrem <cshrem@gmail.com>**

---

# This is what we need to do.....

---

**Charlie 'Charles' Shrem** <cshrem@gmail.com>                    Mon, Dec 31, 2012 at 12:09 PM
To: ████████████████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Welcome to Bitcoin :)

Thanks,

Charlie

*For security, please encrypt messages with my PGP key*

[Quoted text hidden]