

**EXHIBIT B**

**BLOCKCHAIN**  WALLET   DATA   API   ABOUT    BLOCK, HASH, TRANSACTI

# Transaction

87f995792e42c021d7f1be54b87ff5acf9307f603a4c00…

15kN4RRGAWapscJjSg1VEKbrWtNf192pwk → 1Shremdh9tVop1gxMzJ7baHxp6XX2WWRW  5,000 BTC
15kN4RRGAWapscJjSg1VEKbrWtNf192pwk 44.4955 BTC

**5,044.4955 BTC**

### Summary

| | |
|---|---|
| Size | 6920 (bytes) |
| Weight | 27680 |
| Received Time | 2012-12-31 17:02:03 |
| Included In Blocks | 214524 ( 2012-12-31 17:07:22 + 5 minutes ) |
| Confirmations | 333836 |
| Visualize | View Tree Chart |

### Inputs and Outputs

| | |
|---|---|
| Total Input | 5,044.499 BTC |
| Total Output | 5,044.4955 BTC |
| Fees | 0.0035 BTC |
| Fee per byte | 50.578 sat/B |
| Fee per weight unit | 12.645 sat/WU |
| Estimated BTC Transacted | 5,000 BTC |
| Scripts | Show scripts & coinbase |



EXHIBIT B

**BLOCKCHAIN**

| PRODUCTS | COMPANY | | SUPPORT | | ENGLISH ⌄ |
|---|---|---|---|---|---|
| WALLET | EXPLORER | ABOUT | PRESS | HELP CENTER | BITCOIN ⌄ |
| API | CHARTS | TEAM | BLOG | TUTORIALS | ADVANCED VIEW: |
| BUSINESS | MARKETS | CAREERS | | LEARNING PORTAL | ENABLE |
| THUNDER | STATS | INTERVIEWING | | | |
| RESEARCH | | FAQ | | STATUS | |

© 2017 BLOCKCHAIN LUXEMBOURG S.A. ALL RIGHTS RESERVED.   **PRIVACY**   **TERMS**   **COOKIES**   **LAW**
**ENFORCEMENT GUIDE**   **ADVERTISE**