**EXHIBIT C**

# BLOCKCHAIN

WALLET    DATA    API    ABOUT    🔍 BLOCK, HASH, TRANSACTI

## Transaction

c92a2c2013d88c4800742526f680e12c9725895672ac…

1Shremdh9tVop1gxMzJ7baHxp6XX2WWRW → 1MQ3K9aPcEDCekpFBGyDAgtD1uPss8E7rY  5,000 BTC

**5,000 BTC**

| Summary | |
|---|---|
| Size | 224 (bytes) |
| Weight | 896 |
| Received Time | 2012-12-31 17:36:14 |
| Included In Blocks | 214527 ( 2012-12-31 18:31:56 + 56 minutes ) |
| Confirmations | 333834 |
| Visualize | View Tree Chart |

| Inputs and Outputs | |
|---|---|
| Total Input | 5,000 BTC |
| Total Output | 5,000 BTC |
| Fees | 0 BTC |
| Fee per byte | 0 sat/B |
| Fee per weight unit | 0 sat/WU |
| Estimated BTC Transacted | 5,000 BTC |
| Scripts | Show scripts & coinbase |

Compare, convert, and analyze the top cryptos
KEEP UP WITH THE MARKET

BLOCKCHAIN

EXHIBIT C

**BLOCKCHAIN**

| PRODUCTS | | COMPANY | | SUPPORT | | ENGLISH ⌄ |
|---|---|---|---|---|---|---|
| WALLET | EXPLORER | ABOUT | PRESS | HELP CENTER | | BITCOIN ⌄ |
| API | CHARTS | TEAM | BLOG | TUTORIALS | | **ADVANCED VIEW:** |
| BUSINESS | MARKETS | CAREERS | | LEARNING PORTAL | | ENABLE |
| THUNDER | STATS | INTERVIEWING | | | | |
| RESEARCH | | FAQ | | STATUS | | |

© 2017 BLOCKCHAIN LUXEMBOURG S.A. ALL RIGHTS RESERVED.   **PRIVACY**   **TERMS**   **COOKIES**   **LAW**
**ENFORCEMENT GUIDE**   **ADVERTISE**

EXHIBIT C