

FW: Winkelvoss Capital Fund, LLC v. Charles Shrem (18CV8250 (JSR)) -- Meet-and-Confer UpdateDonald Pepperman to: RakoffNYSDchambers@nysd.uscourts.gov
11/02/2018 12:09 PM
From: Donald Pepperman <Dpepperman@bakermarquart.com>
To: "RakoffNYSDchambers@nysd.uscourts.gov" <RakoffNYSDchambers@nysd.uscourts.gov>
History: This message has been replied to.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/18

See below. Email address did not work

**MEMO ENDORSED**

**From:** Donald Pepperman
**Sent:** Friday, November 2, 2018 9:00 AM
**To:** KatherineMunyan@nysd.uscourts.gov
**Cc:** Sam Ferguson <sam@meadefirm.com>; Tyler Meade <tyler@meadefirm.com>; Brian Klein <bklein@bakermarquart.com>; Teresa Huggins <thuggins@bakermarquart.com>
**Subject:** Winkelvoss Capital Fund, LLC v. Charles Shrem (18CV8250 (JSR)) -- Meet-and-Confer Update

Dear Ms. Munyan:

In accordance with the Court's direction yesterday regarding a modification to the Prejudgment Attachment Order in the above-referenced matter, counsel for the parties have now met-and-conferred. My firm (Baker Marquart) represents defendant Charlie Shrem. Tyler Meade's firm represents plaintiff WCF. We are pleased to report that we have reached an agreement.

We have an agreement that Mr. Shrem will be permitted to spend up to $50,000 per month, up until the November 8 hearing, for living expenses (such as medical, food, utilities, telephone, car, boat, gas, insurance and real estate related expenses). This agreement will be reevaluated after the November 8 hearing, depending on the Court's direction to the parties.

There are some agreed-to carve outs and restrictions. First, Mr. Shrem cannot make any cryptocurrency transfers prior to the November 8 hearing. Second, the parties have agreed to carve outs for any tax obligations, plea agreement payments, and attorneys' fees/costs related to the defense of this litigation through November 8.


Don Pepperman
Counsel for Defendant Charlie Shrem


**Donald R. Pepperman**
Partner
dpepperman@bakermarquart.com
777 S. Figueroa Street
Suite 2850
Los Angeles, California 90017
TEL 424.652.7804
FAX 424.652.7850
www.bakermarquart.com

SO ORDERED
*[signature]*
USDJ
11-4-18