UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

                                  Plaintiff,                Case No.

      -against-

                                Defendant.
------------------------------------------------------
## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐     I have cases pending             ☐     I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                _____
                            FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

        ☐     An attorney

        ☐     A Government Agency attorney

        ☐     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD ADDRESS: FIRM NAME:_____
                       FIRM ADDRESS:_____
                       FIRM TELEPHONE NUMBER:_____
                       FIRM FAX NUMBER:_____

NEW ADDRESS: FIRM NAME:_____
                       FIRM ADDRESS:_____
                       FIRM TELEPHONE NUMBER:_____
                       FIRM FAX NUMBER:_____

        ☐     I will continue to be counsel of record on the above-entitled case at my new address.

        ☐     I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:                                                     _____
                                                       ATTORNEY'S SIGNATURE