RECEIVED
SDNY DOCKET UNIT
2018 NOV -7 AM 10: 58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, | Case No.: 18-cv-8250 |
| Plaintiff, | **NONPARTY COINBASE, INC.'S GARNISHEE STATEMENT** |
| v. | |
| CHARLES SHREM, | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/7/18

1.

Pursuant to Paragraph 8 of the Court's October 2, 2018 Order of Attachment in the above-referenced case, requiring that:

> Within five calendar days of the receipt of the levy of this order, each garnishee shall provide a garnishee's statement filed with this Court (under seal) and served on WCF's counsel (Tyler Meade, The Meade Firm p.c., 111 Broadway, Suite 2002, New York, NY 10006) complying with and addressing all matters specified in N.Y.C.P.L.R. §6219, including a summary of all personal property (including intangible assets) in the possession or custody of the garnishee that Charlie Shrem owns or in which he has an interest;

Nonparty garnishee Coinbase, Inc. ("Coinbase") provides the following statement regarding the customer accounts that have been identified as belonging to Charles Shrem:

Coinbase does not have any currency or property of defendant Charles Shrem in its possession or custody, and is not aware of any currency or proShreperty in its possession or custody which defendant owns, or in which he may have an interest.

Respectfully submitted,

Dated: November 5, 2018            Nonparty Coinbase, Inc.


By:     /s/ R. Michael Cianfrani

R. Michael Cianfrani

Nonparty Coinbase, Inc.
PO Box 26409
San Francisco, California 94126

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2018, a true and correct copy of the foregoing **NONPARTY COINBASE, INC.'S GARNISHEE STATEMENT** was sent to the United States District Court for the Southern District of New York for filing, and was served by electronic mail on plaintiff's counsel, pursuant to the Court's Order of Attachment, dated October 2, 2018.

*R. Michael Cianfrani*

# coinbase

November 6, 2018

RECEIVED
SDNY DOCKET UNIT

2018 NOV -7 AM 10: 58

**VIA FEDERAL EXPRESS**

Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 200
New York, NY 10007

RE: <u>Garnishee Statement of Nonparty Coinbase, Inc., Winklevoss Capital Fund, LLC v. Shrem, Case No. 1:18-cv-08250-JSR</u>

Dear Clerk of the Court:

In response to the October 2, 2018 Order of Attachment in the above-referenced case, enclosed for filing with the Court please find Nonparty Coinbase, Inc.'s Garnishee Statement. A second copy of Coinbase's Garnishee Statement is enclosed for delivery to the chambers of Judge Rakoff in Courtroom 14B.

Should you have any questions or require any additional information, please do not hesitate to contact me at 415.867.2037 or at michael.cianfrani@coinbase.com.

Sincerely,

*Michael Cianfrani*

Michael Cianfrani
Sr. Litigation Paralegal | Project Manager
Coinbase Inc.
michael.cianfrani@coinbase.com

Enclosure



# FedEx Express

# FO

## FedEx First Overnight

147918 REV 8/08 RRD

X1 PCTA

NY-US
10007
EWR

TRK# 7736 6411 6611  0201

FIRST OVERNIGHT
WED - 07 NOV 8:00A



DEPT:
PO:
INV:
REF:
(000) 000-0000
NEW YORK NY 10007
ROOM 200
500 PEARL STREET
UNITED STATES DISTRICT COURT
TO DANIEL PATRICK MOYNIHAN

BILL SENDER
UNITED STATES US
SAN FRANCISCO, CA 94111
STE 2700
1 FRONT ST
MICHAEL CIAFERANI
ORIGIN ID: APCA   (415) 275-2890
SHIP DATE: 06NOV18
ACTWGT: 1.00 LB
CAD: 106944316/INET4040

552J3/C3B2/DC45

DT1049 2055 1250

☐ 1st Attempt ☐ 2nd Attempt ☐ Final Attempt  Date_____ Time_____