```
                                              ┌─────────────────────┐
                                              │       SDNY          │
                                              │   DOCUMENT          │
UNITED STATES DISTRICT COURT                  │   ELECTRONICALLY FIL│
SOUTHERN DISTRICT OF NEW YORK                 │   #:_____│
------------------------------------x         │   B FILED:_____│
WINKLEVOSS CAPITAL FUND, LLC,       :         └─────────────────────┘
                                    :
        Plaintiff,                  :
                                    :         18-cv-8250(JSR)
        -v-                         :
                                    :         ORDER
CHARLES SHREM                       :
                                    :
                                    :
        Defendant.                  :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The complaint in this case refers to certain bitcoin addresses. See Compl. at 11 nn. 6-7. In his opposition to plaintiff's motion to confirm attachment, defendant moved to file his supporting affidavit under seal as it identified a non-party to the litigation as the owner of the bitcoin addresses referenced. This motion was initially denied as overbroad and insufficiently supported. Thereafter, counsel for the referenced non-party moved for similar relief with greater particularity and applicable legal authority. The Court also received an additional letter from defendant in support of the non-party's motion, and the plaintiff has raised no opposition.

The Court is now persuaded that the relief requested by the non-party is appropriate. Therefore, the Court will file under seal the unredacted copy of the defendant's affidavit and exhibits, as well as the letter briefing. Further, the Court

orders defendant to file with the Clerk of the Court a redacted

copy in the form previously submitted to the Court, redacting

identifying references to the non-party. Finally, pending

further order of the Court, the parties shall henceforth refer

to the referenced non-party as simply "John Doe."

SO ORDERED

Dated:    New York, NY

November  7, 2018                        JED S. RAKOFF, U.S.D.J.