```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WINKLEVOSS CAPITAL FUND, LLC,        :
                                     :
        Plaintiff,                   :
                                     :       18-cv-8250(JSR).
        -v-                          :
                                     :       ORDER
CHARLES SHREM                        :
                                     :
                                     :
        Defendant.                   :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On October 2, 2018, the Court granted plaintiff's ex parte motion for pre-judgment attachment. Dkt. 30. On November 1, 2018, plaintiff filed the instant motion to confirm the attachment. Dkt. 31. Defendant opposed the motion. Dkt. 45. The Court received full briefing and oral argument from both sides.

After careful consideration, the Court denies plaintiff's motion to confirm the order of attachment and therefore lifts the attachment currently in place, effective immediately. An opinion explaining the reasons for this ruling will issue in due course.

SO ORDERED

Dated:  New York, NY
        November 8, 2018                    JED S. RAKOFF, U.S.D.J.