# EXHIBIT A
# REDACTED FOR PUBLIC FILING

 Gmail                                    Charlie Shrem <cshrem@gmail.com>

---

## This is what we need to do.....

████████████████████                                    Sun, Dec 30, 2012 at 7:49 PM

To: Erik Voorhees <erik@bitinstant.com>, Charlie Shrem <cshrem@gmail.com>
Cc: Roger Ver <Roger@bitinstant.com>, Ira Miller <ira@bitinstant.com>

I know lots of people that could help you make this happen.  This is an area where FirstMark (or any VC) would also be incredibly helpful from an access/capital/credibility perspective.  We should discuss once you move resolve the FirstMark stuff one way or another.

BTW, are you guys in the office tomorrow?  I could use some help with creating a "cold" wallet.



**From:** Erik Voorhees <erik@bitinstant.com>
**Date:** Sat, 29 Dec 2012 23:30:32 -0500
**To:** Charlie Shrem <cshrem@gmail.com>
**Cc:** Roger Ver <roger@bitinstant.com>, ████████████████ ██████ Ira Miller
<ira@bitinstant.com>, Patrick Murck <patrick@engagelegal.com>
**Subject:** Re: This is what we need to do.....
[Quoted text hidden]

---------------------------------------------------------------------



EXHIBIT A - REDACTED

 Gmail

Charlie Shrem <cshrem@gmail.com>

---

## This is what we need to do.....

**Charlie Shrem <cshrem@gmail.com>**          Sun, Dec 30, 2012 at 8:05 PM
To: ███████████████████████
Cc: Erik Voorhees <erik@bitinstant.com>, Roger Ver <Roger@bitinstant.com>, Ira Miller <ira@bitinstant.com>

Hey,

I'm having coffee really early with Larry. We should be losing around 2pm depending on how busy we are, but Erik is away visiting his family. Ira and I can work with you, what time were you thinking?

/Charlie

Sent from my iPhone 5

On Dec 30, 2012, at 7:49 PM, ███████████████████████████ wrote:

> I know lots of people that could help you make this happen. This is an area where FirstMark (or any VC) would also be incredibly helpful from an access/capital/credibility perspective. We should discuss once you move resolve the FirstMark stuff one way or another.
>
> BTW, are you guys in the office tomorrow? I could use some help with creating a "cold" wallet.



Gmail - This is what we need to do.....

 **Gmail**
                                                      **Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

To: Charlie Shrem <cshrem@gmail.com>                          Sun, Dec 30, 2012 at 8:08 PM
Cc: Ira Miller <ira@bitinstant.com>

Cool. I'm taking tomorrow off, so just tell me what time is good for you and Ira and I'll swing by. Thx!



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Sun, 30 Dec 2012 20:05:00 -0500

Cc: Erik Voorhees <erik@bitinstant.com>, Roger Ver <roger@bitinstant.com>, Ira Miller <ira@bitinstant.com>

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

EXHIBIT A - REDACTED

11/5/2018

Gmail - This is what we need to do.....

 Gmail

Charlie Shrem <cshrem@gmail.com>

---

## This is what we need to do.....

---

**Charlie Shrem** <cshrem@gmail.com>
To: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Cc: Ira Miller <ira@bitinstant.com>

Sun, Dec 30, 2012 at 8:13 PM

How's noon?

/Charlie

Sent from my iPhone 5

On Dec 30, 2012, at 8:08 PM, ▆▆▆▆▆▆▆▆▆▆▆▆ wrote:

> Cool.  I'm taking tomorrow off, so just tell me what time is good for you and Ira and I'll swing by.  Thx!



EXHIBIT A - REDACTED

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

To: Charlie Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Sun, Dec 30, 2012 at 8:17 PM

Great.  See you then



**From:** Charlie Shrem <cshrem@gmail.com>
**Date** ▓▓▓▓▓▓▓▓ 2012 20:13:01 -0500
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Ira Miller <ira@bitinstant.com>
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 Gmail

Charlie Shrem <cshrem@gmail.com>

---

## This is what we need to do.....

---

**Charlie Shrem** <cshrem@gmail.com>                                    Sun, Dec 30, 2012 at 8:23 PM
To: ███████████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Awesome!

/Charlie

Sent from my iPhone 5

On Dec 30, 2012, at 8:17 PM, ████████████████████████ wrote:

> Great.  See you then



EXHIBIT A - REDACTED



# This is what we need to do.....

**Ira Miller** <ira@bitinstant.com>
To: Charlie Shrem <cshrem@gmail.com>
Cc: ████████████████████████

Sun, Dec 30, 2012 at 9:36 PM

I'll be there, but my laptop screen just broke. Good thing we bought that netbook for setting up cold storage wallets.

-Ira
[Quoted text hidden]

📄 **signature.asc**
1K

 **Gmail**

**Charlie Shrem <cshrem@gmail.com>**

---

## This is what we need to do.....

**Charlie 'Charles' Shrem <cshrem@gmail.com>**
To: Ira Miller <ira@bitinstant.com>
Cc: ███████████████████████████

Sun, Dec 30, 2012 at 9:55 PM

Cool!

Thanks,

Charlie

*For security, please encrypt messages with* *my PGP key*

[Quoted text hidden]

 Gmail                                                    **Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

To: Charlie Shrem <cshrem@gmail.com>                          Mon, Dec 31, 2012 at 9:47 AM
Cc: Ira Miller <ira@bitinstant.com>

Guys — to expedite, should I send my coins to any particular address now?  I trust you and don't mind it being a
BitInstant address



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Sun, 30 Dec 2012 20:23:14 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 Gmail                                    **Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

**Charlie Shrem <cshrem@gmail.com>**                    Mon, Dec 31, 2012 at 9:55 AM
To: ███████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Hey ████, how many coins?

/Charlie

Sent from my iPhone 5

On Dec 31, 2012, at 9:47 AM, ████████████████████████ wrote:

> Guys — to expedite, should I send my coins to any particular address now?  I trust you and don't mind it
> being a BitInstant address



EXHIBIT A - REDACTED

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

████████████████████████████          Mon, Dec 31, 2012 at 9:57 AM
To: Charlie Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

5,000



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 09:55:38 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

---

## This is what we need to do.....

---

**Charlie 'Charles' Shrem <cshrem@gmail.com>**          Mon, Dec 31, 2012 at 10:31 AM
To: ████████████████████████
Cc: Ira Miller <ira@bitinstant.com>

   Hey send to: 1Shremdh9tVop1gxMzJ7baHxp6XX2WWRW

   Thanks,

   Charlie

   *For security, please encrypt messages with my PGP key*

   [Quoted text hidden]

 Gmail                                    Charlie Shrem <cshrem@gmail.com>

---

## This is what we need to do.....

████████████████████████████                    Mon, Dec 31, 2012 at 11:04 AM
To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Ugh.  Blockchain appears to be down



---

**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 10:31:38 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 **Gmail**

**Charlie Shrem <cshrem@gmail.com>**

---

## This is what we need to do.....

---

**Charlie 'Charles' Shrem <cshrem@gmail.com>**
To: █████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Mon, Dec 31, 2012 at 11:36 AM

Hey, did you get it working?

Thanks,

Charlie

*For security, please encrypt messages with* *my PGP key*

[Quoted text hidden]

EXHIBIT A - REDACTED

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Mon, Dec 31, 2012 at 11:38 AM

Nope, site still down



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 11:36:33 -0500

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

EXHIBIT A - REDACTED

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

---

## This is what we need to do.....

---

**Charlie 'Charles' Shrem <cshrem@gmail.com>**
To: ███████████████████
Cc: Ira Miller <ira@bitinstant.com>

Mon, Dec 31, 2012 at 11:39 AM

Ya, its on/off here as well.

Thanks,

Charlie

*For security, please encrypt messages with my PGP key*

[Quoted text hidden]

 **Gmail**

**Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

████████████████████████
To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Mon, Dec 31, 2012 at 11:41 AM

Yeah, great timing.  How late will you guys be in the office today?



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 11:39:22 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

**Charlie 'Charles' Shrem <cshrem@gmail.com>**
To: ███████████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Mon, Dec 31, 2012 at 11:42 AM

You were our last meeting actually. Are your funds on blockchain? If not, we dont need to use it.

Thanks,

Charlie

*For security, please encrypt messages with* *my PGP key*

[Quoted text hidden]

 **Gmail**                          **Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

To: Charlie 'Charles' Shrem <cshrem@gmail.com>                    Mon, Dec 31, 2012 at 11:48 AM
Cc: Ira Miller <ira@bitinstant.com>

Not sure what you mean.  I use the Blockchain e-wallet



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 11:42:54 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

  **Charlie Shrem <cshrem@gmail.com>**

---

## This is what we need to do.....

---

**Charlie 'Charles' Shrem <cshrem@gmail.com>**   Mon, Dec 31, 2012 at 11:57 AM
To: ███████████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Ya, thats what I was asking, if your funds were on blockchain.

**Looks like its down, wanna reschedule to Wens?**

Thanks,

Charlie

*For security, please encrypt messages with my PGP key*

[Quoted text hidden]

EXHIBIT A - REDACTED

 Gmail

Charlie Shrem <cshrem@gmail.com>

## This is what we need to do.....

████████████████████
To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Mon, Dec 31, 2012 at 11:59 AM

Thurs is better for me.  Before 9:30 am or 10:45 am – 11:30 am



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 11:57:05 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

EXHIBIT A - REDACTED

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

████████████████████████                                   Mon, Dec 31, 2012 at 12:00 PM
To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

    Just started working…give me three mins to see if I can send



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 11:57:05 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 **Gmail**

**Charlie Shrem <cshrem@gmail.com>**

___

## This is what we need to do.....

**Charlie 'Charles' Shrem** <cshrem@gmail.com>
To: ██████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Mon, Dec 31, 2012 at 12:02 PM

OK

Thanks,

Charlie

*For security, please encrypt messages with* **my PGP key**

[Quoted text hidden]

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Mon, Dec 31, 2012 at 12:02 PM

Sent!



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 11:57:05 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 Gmail

**Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

**Charlie 'Charles' Shrem <cshrem@gmail.com>**
To: ████████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Mon, Dec 31, 2012 at 12:04 PM

Got it! Coming?

Thanks,

Charlie

*For security, please encrypt messages with* **my PGP key**

[Quoted text hidden]



Charlie Shrem <cshrem@gmail.com>

---

## This is what we need to do.....

---

To: Charlie 'Charles' Shrem <cshrem@gmail.com>
Cc: Ira Miller <ira@bitinstant.com>

Mon, Dec 31, 2012 at 12:08 PM

Be there in 3 mins



---

**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 12:04:20 -0500

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

11/5/2018                                    Gmail - This is what we need to do.....

 Gmail                                    **Charlie Shrem <cshrem@gmail.com>**

## This is what we need to do.....

To: Charlie 'Charles' Shrem <cshrem@gmail.com>                    Mon, Dec 31, 2012 at 12:08 PM
Cc: Ira Miller <ira@bitinstant.com>

btw, that is soooo fucking cool that I just sent $65,000 in two minutes with no fee!



**From:** Charlie Shrem <cshrem@gmail.com>
**Date:** Mon, 31 Dec 2012 12:04:20 -0500
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

EXHIBIT A - REDACTED

 **Gmail**

Charlie Shrem <cshrem@gmail.com>

---

## This is what we need to do.....

**Charlie 'Charles' Shrem <cshrem@gmail.com>**
To: ███████████████████████
Cc: Ira Miller <ira@bitinstant.com>

Mon, Dec 31, 2012 at 12:09 PM

Welcome to Bitcoin :)

Thanks,

Charlie


*For security, please encrypt messages with my PGP key*


[Quoted text hidden]

EXHIBIT A - REDACTED