# EXHIBIT B

Case 1:18-cv-08250-JSR   Document 55-2   Filed 11/09/18   Page 2 of 3



# BLOCKCHAIN   WALLET   DATA   API   ABOUT   🔍 BLOCK, HASH, TRANSACTI

## Transaction

| 87f995792e42c021d7f1be54b87ff5acf9307f603a4c00… | | |
|---|---|---|
| 15kN4RRGAWapscJjSg1VEKbrWtNf192pwk ➡ | 1Shremdh9tVop1gxMzJ7baHxp6XX2WWRW | 5,000 BTC |
| | 15kN4RRGAWapscJjSg1VEKbrWtNf192pwk | 44.4955 BTC |

**5,044.4955 BTC**

| Summary | |
|---|---|
| Size | 6920 (bytes) |
| Weight | 27680 |
| Received Time | 2012-12-31 17:02:03 |
| Included In Blocks | 214524 ( 2012-12-31 17:07:22 + 5 minutes ) |
| Confirmations | 333836 |
| Visualize | View Tree Chart |

| Inputs and Outputs | |
|---|---|
| Total Input | 5,044.499 BTC |
| Total Output | 5,044.4955 BTC |
| Fees | 0.0035 BTC |
| Fee per byte | 50.578 sat/B |
| Fee per weight unit | 12.645 sat/WU |
| Estimated BTC Transacted | 5,000 BTC |
| Scripts | Show scripts & coinbase |



**EXHIBIT B**

**BLOCKCHAIN**

**PRODUCTS**
WALLET
API
BUSINESS
THUNDER
RESEARCH

**COMPANY**
EXPLORER    ABOUT
CHARTS      TEAM
MARKETS     CAREERS
STATS       INTERVIEWING
            FAQ

**SUPPORT**
PRESS   HELP CENTER
BLOG    TUTORIALS
        LEARNING PORTAL
        STATUS

ENGLISH
BITCOIN
ADVANCED VIEW: ENABLE

© 2017 BLOCKCHAIN LUXEMBOURG S.A. ALL RIGHTS RESERVED.   PRIVACY   TERMS   COOKIES   LAW
ENFORCEMENT GUIDE    ADVERTISE

EXHIBIT B