**EXHIBIT C**

# BLOCKCHAIN

WALLET    DATA    API    ABOUT    BLOCK, HASH, TRANSACTI...

## Transaction

c92a2c2013d88c4800742526f680e12c9725895672ac...

1Shremdh9tVop1gxMzJ7baHxp6XX2WWRW → 1MQ3K9aPcEDCekpFBGyDAgtD1uPss8E7rY   5,000 BTC

**5,000 BTC**

### Summary

| | |
|---|---|
| Size | 224 (bytes) |
| Weight | 896 |
| Received Time | 2012-12-31 17:36:14 |
| Included In Blocks | 214527 ( 2012-12-31 18:31:56 + 56 minutes ) |
| Confirmations | 333834 |
| Visualize | View Tree Chart |

### Inputs and Outputs

| | |
|---|---|
| Total Input | 5,000 BTC |
| Total Output | 5,000 BTC |
| Fees | 0 BTC |
| Fee per byte | 0 sat/B |
| Fee per weight unit | 0 sat/WU |
| Estimated BTC Transacted | 5,000 BTC |
| Scripts | Show scripts & coinbase |



Compare, convert, and analyze the top cryptos
KEEP UP WITH THE MARKET
BLOCKCHAIN

EXHIBIT C

BLOCKCHAIN

**PRODUCTS**

WALLET
EXPLORER
API
CHARTS
BUSINESS
MARKETS
THUNDER
STATS
RESEARCH

**COMPANY**

ABOUT
PRESS
TEAM
BLOG
CAREERS
INTERVIEWING
FAQ

**SUPPORT**

HELP CENTER
TUTORIALS
LEARNING PORTAL
STATUS

ENGLISH
BITCOIN
**ADVANCED VIEW:** ENABLE

© 2017 BLOCKCHAIN LUXEMBOURG S.A. ALL RIGHTS RESERVED. **PRIVACY** **TERMS** **COOKIES** **LAW ENFORCEMENT GUIDE** **ADVERTISE**

EXHIBIT C

