UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
WINKLEVOSS CAPITAL FUND, LLC,

                        Plaintiff,

          v.                                    Case No. 18-cv-8250

CHARLES SHREM,

                        Defendant.
------------------------------------------------------------x

## GARNISHEE'S STATEMENT

Charles Schwab & Co., Inc. ("Schwab"), by and through its counsel Baritz & Colman LLP, hereby states pursuant to the Order of Attachment, dated October 2, 2018, entered in the above-captioned action that Schwab owes no debts to defendant Charles Shrem. Schwab holds in an account belonging to an individual named Charlie Shrem a balance of $87.85 (statement annexed hereto).

Dated: New York, New York
         November 8, 2018

                                        BARITZ & COLMAN LLP
                                        The Woolworth Building
                                        233 Broadway, Suite 2020
                                        New York, New York 10279
                                        Tel: 212-886-1693
                                        Fax: 212-886-1694
                                        *Email: drichan@baritzcolman.com*

                                        By: _____
                                             David S. Richan
                                        *Attorneys for Charles Schwab & Co., Inc.*



Schwab One® Account
Account Number:  REDACTED

Statement Period: June 1, 2018 to October 31, 2018
Page 1 of 3

Last Statement: May 31, 2018

*Protect your privacy and the environment.*
*Switch to eStatements at schwab.com/lesspaper.*
*Questions? Call 1-800-435-4000*

### Account Of

CHARLIE SHREM
945 BENJAMIN FRANKLIN DR APT 3
SARASOTA FL          34236-2118

**Mail To**

CHARLIE SHREM
945 BENJAMIN FRANKLIN DR APT 3
SARASOTA FL          34236-2118

### Account Value Summary

| | |
|---|---:|
| Cash & Sweep Money Market Funds | $ 87.85 |
| Total Investments Long | $ 0.00 |
| Total Investments Short | $ 0.00 |
| **Total Account Value** | **$ 87.85** |

### Change in Account Value

| | |
|---|---:|
| Starting Account Value | $ 0.00 |
| Transactions & Income | $ 87.85 |
| Income Reinvested | $ 0.00 |
| Change in Value of Investments | $ 0.00 |
| **Ending Account Value** | **$ 87.85** |
| Year-to-Date Change in Value Since 1/1/18 | $ 87.85 |

### Rate Summary

| | |
|---|---:|
| Value Adv Money Fd SWVXX | 2.06% |
| Sch Investor Money Fund | 2.05% |

*Please see "Endnotes For Your Account" section for an explanation of the endnote codes and symbols on this statement.*
10/31-67010-NRSF1301-051141 * #
© 2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0616-1157)

Case 1:18-cv-08250-JSR   Document 54   Filed 11/09/18   Page 3 of 4

charles SCHWAB
Schwab One® Account
Account Number:

Statement Period: June 1, 2018 to October 31, 2018
Page 2 of 3

**REDACTED**

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
All references to "Schwab" in this document refer to the broker-dealer Charles Schwab & Co., Inc. Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement.

If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab you should verify its content with this statement.

Securities, products, and services are not available in all countries and are subject to country specific restrictions.

**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.

**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as a Schwab Cash Feature for your brokerage account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Deposit accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the Bank Sweep and Bank Sweep for Benefit Plans features, please refer to the Cash Features Disclosure Statement available online or from a Schwab Representative.

**Cash:** Any free credit balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.

**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. The time of these transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request.

**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.

If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.

**Latest Price/Price (Investment Detail Section Only):** The most recent price evaluation available on the last business day of the statement period, normally the last trade price or bid. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only.

**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided in Schwab's Account Agreement.

Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.

**Option Customers:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for option contracts are allocated among customer short positions pursuant to an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment.

**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.

**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, are subject to investment risk, and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.

**Short Positions:** Securities sold short will be identified through an "S" in Investment Detail. The market value of these securities will be expressed as a debit and be netted against any long positions in Total Account Value.

**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**

**COMPLAINT CONTACT INFORMATION:** Complaints about Schwab statements, products or services may be directed to 1-800-435-4000. For clients residing outside of the U.S., call collect +1-415-667-8400. Please send any written complaints to the Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA.

**Address Changes:** It is your obligation to keep Schwab informed of any changes in your address, telephone number or other contact information. If you fail to notify Schwab of those changes, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. For assistance, you may contact Schwab at 1-800-435-4000. Clients residing outside of the U.S. may call Schwab collect at +1-415-667-8400.

**Additional Information:**
A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and its affiliated banks are subsidiaries of The Charles Schwab Corporation.

(1017-7MAX)



Schwab One® Account  
Account Number: ·

Statement Period: June 1, 2018 to October 31, 2018  
Page 3 of 3

**REDACTED**

## Investment Detail

| Description | Starting Balance | Ending Balance |
|---|---|---|
| **Cash** | | |
| CASH | 0.00 | 87.85 |
| **Total Account Value** | | **87.85** |

## Transaction Detail

| Settle Date | Trade Date | Transaction | Description | Quantity | Price | Total |
|---|---|---|---|---|---|---|
| **Cash & Money Market Fund(s) Activity** | | | | | | |
| 10/29 | 10/29 | Adjust Position | VOID STALE CK4611865 | | | 87.85 |

## Endnotes For Your Account

For information on how Schwab pays its representatives, go to http://www.schwab.com/compensation.

*Please see "Endnotes For Your Account" section for an explanation of the endnote codes and symbols on this statement.*