UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, | : | 18-cv-8250 (JSR) |
| Plaintiff, | : | **[PROPOSED] ORDER ORDERING DEFENDANT CHARLES SHREM TO PLACE $61,000 IN ESCROW** |
| v. | | |
| CHARLES SHREM, | : | |
| Defendant. | : | |

-------------------------------------------------------x

**GOOD CAUSE APPEARING:**

The Court held a case management conference and hearing on plaintiff Winklevoss Capital Fund, LLC's motion to confirm the prejudgment attachment on November 8, 2018. In connection with the hearing and in response to counsel for defendant Charles Shrem's ("Shrem's") counsel's offer, the Court ordered that Shrem place $61,000.00 in an escrow account with the Clerk of the Court, pending judgment in this matter. Shrem will therefore deposit a money order for $61,000.00, made payable to "the Clerk of the Court SDNY," in Room 120 of the United States Courthouse, 500 Pearl Street, New York, New York 10007, by 5 p.m. EST, November 19, 2018.

**IT IS SO ORDERED:**

Dated: November __, 2018

_____
The Honorable Jed S. Rakoff
United Sates District Court