UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, | : | 18-cv-8250 (JSR) |
| Plaintiff, | : | **[PROPOSED] ORDER** |
| v. | | **FOR DEFENDANT CHARLES** |
| | : | **SHREM TO DEPOSIT FUNDS** |
| CHARLES SHREM, | | **INTO THE COURT REGISTRY** |
| | : | |
| Defendant. | | |

-------------------------------------------------------x

**GOOD CAUSE APPEARING:**

The Court held a case management conference and hearing on plaintiff Winklevoss Capital Fund, LLC's motion to confirm the prejudgment attachment on November 8, 2018. In connection with the hearing and in response to counsel for defendant Charles Shrem's ("Shrem's") counsel's offer, the Court ordered that Shrem place $61,000.00 in an escrow account with the Clerk of the Court, pending judgment in this matter. Shrem will therefore deposit a money order for $61,000.00, made payable to "the Clerk of the Court SDNY," into the Court Registry by 5 p.m. EST, November 19, 2018.

**IT IS SO ORDERED:**

Dated: November __, 2018

　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　 The Honorable Jed S. Rakoff
　　　　　　　　　　　　　　　　　　　　　　 United Sates District Court