```
USDC NY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

WINKLEVOSS CAPITAL FUND, LLC,  :    18-cv-8250 (JSR)

                Plaintiff,  :    **[PROPOSED] ORDER**
v.                           **FOR DEFENDANT CHARLES**
                                 :    **SHREM TO DEPOSIT FUNDS**
CHARLES SHREM,                   **INTO THE COURT REGISTRY**

                Defendant.
-------------------------------------------------------x

## GOOD CAUSE APPEARING:

The Court held a case management conference and hearing on plaintiff Winklevoss Capital Fund, LLC's motion to confirm the prejudgment attachment on November 8, 2018. In connection with the hearing and in response to counsel for defendant Charles Shrem's ("Shrem's") counsel's offer, the Court ordered that Shrem place $61,000.00 in an escrow account with the Clerk of the Court, pending judgment in this matter. Shrem will therefore deposit a money order for $61,000.00, made payable to "the Clerk of the Court SDNY," into the Court Registry by 5 p.m. EST, November 19, 2018.

**IT IS SO ORDERED:**

Dated: November 13, 2018

                                                         _____
                                                         The Honorable Jed S. Rakoff
                                                         United Sates District Court