UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>        Plaintiff,<br><br>v.<br><br>CHARLES SHREM<br><br>        Defendants. | Case No. 18-cv-8250 (JSR)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF SEENA FOROUZAN** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Seena Forouzan, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the named plaintiff in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED: November 15, 2018      Respectfully submitted,

By: /s/ Seena Forouzan
Seena Forouzan
THE MEADE FIRM p.c.
12 Funston Ave., Suite A
San Francisco, CA 94129
Telephone: (415) 724-9600
seena@meadefirm.com
*Attorneys for Plaintiff*

-1-