UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SHREM<br><br>Defendants. | Case No. 18-cv-8250 (JSR)<br><br>**AFFIDAVIT FOR ADMISSION *PRO HAC VICE* OF SEENA FOROUZAN** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Seena Forouzan, declare that (a) I have never been convicted of a felony, (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court, and (c) there are no disciplinary proceedings presently against me.

DATED: November 27, 2018          Respectfully submitted,

By: /s/ Seena Forouzan

Seena Forouzan
THE MEADE FIRM P.C.
12 Funston Ave., Suite A
San Francisco, CA 94169
Telephone: (415) 724-9600
seena@meadefirm.com
*Attorneys for Plaintiff*