UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>       Plaintiff,<br><br>v.<br><br>CHARLES SHREM<br><br>       Defendants. | Case No.  18-cv-8250 (JSR)<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF SEENA FOROUZAN** |

      The motion of Seena Forouzan, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Seena Forouzan |
| Firm Name: | The Meade Firm p.c. |
| Address: | 12 Funston Ave., Suite A |
| City / State / Zip: | San Francisco, CA 94129 |
| Telephone / Fax: | (415) 724-9600 (tel) |

      Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the named plaintiff in the above-entitled action;

      **IT IS HEREBY ORDERED** that Seena Forouzan is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.

Dated: November _____, 2018

                                                                                               _____
                                                                                               THE HONORABLE JED S. RAKOFF
                                                                                               UNITED STATES DISTRICT JUDGE