UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

WINKLEVOSS CAPITAL FUND, LLC, :   18-cv-8250 (JSR)

     Plaintiff  :

   v.

          :

CHARLES SHREM,

         :

    Defendant.

--------------------------------------------------------x


**[PROPOSED] ORDER GRANTING DEFENDANT CHARLES SHREM'S
FED.R.CIV.P. 12b(1) AND 12(b)(6) MOTIONS TO DISMISS**


BRIAN E. KLEIN
BAKER MARQUART LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
(424) 652-7800

*Attorneys for Defendant Charlie Shrem*

<u>**[PROPOSED] ORDER**</u>

The Court, having considered Defendant Charles Shrem's ("Shrem's") Motions to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and all papers filed in connection therewith; good cause appearing, the Court GRANTS:

    1.    Shrem's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction without leave to amend; [or]

    2.    Shrem's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for relief, and dismisses Plaintiff's Complaint with prejudice.


**IT IS SO ORDERED.**

Dated:

                                          _____
                                          JED S. RAKOFF
                                          United States District Judge