UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, | : | 18-cv-8250 (JSR) |
| Plaintiff | : | |
| v. | : | |
| CHARLES SHREM, | : | |
| Defendant. | : | |

-------------------------------------------------------x

**[PROPOSED] ORDER GRANTING DEFENDANT CHARLES SHREM'S FED.R.CIV. P. 12(f) MOTION TO STRIKE**

BRIAN E. KLEIN
BAKER MARQUART LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
(424) 652-7800

*Attorneys for Defendant Charlie Shrem*

# **[PROPOSED] ORDER**

The Court, having considered Defendant Charles Shrem's Motion to Strike pursuant to Federal Rule of Civil Procedure 12(f) ("Motion"), and all papers filed in connection therewith; good cause appearing, the Court finds and orders that the Motion is GRANTED in its entirety and paragraphs 2-3, 40, 44 of the Complaint are hereby stricken.

**IT IS SO ORDERED.**

Dated:

_____
JED S. RAKOFF
United States District Judge