UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

WINKLEVOSS CAPITAL FUND, LLC,    :        18-cv-8250 (JSR)

          Plaintiff,    :
   v.                                                           **MOTION FOR ADMISSION**
                                         :        ***PRO HAC VICE* OF**
CHARLES SHREM,                                        **DONALD R. PEPPERMAN**
                                         :
          Defendant.
----------------------------------------------------------x

1

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Donald R. Pepperman hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for defendant Charles Shrem in the above-captioned civil action. I am in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the Affidavit pursuant to Local Rule 1.3.

Dated:  November 29, 2018

Respectfully Submitted,

*Donald R. Pepperman*
Donald R. Pepperman
Baker Marquart LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Tel.: (424) 652-7800/Fax: (424) 652-7850
dpepperman@bakermarquart.com

*Attorney for Defendant Charles Shrem*