UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | | |
|---|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, | : | 18-cv-8250 (JSR) |
| Plaintiff, | : | |
| v. | | **AFFIDAVIT FOR ADMISSION** |
| | : | ***PRO HAC VICE* OF** |
| CHARLES SHREM, | | **DONALD R. PEPPERMAN** |
| | : | |
| Defendant. | | |

---------------------------------------------------------x

1

I, Donald R. Pepperman, pursuant to Local Rule 1.3. of the Southern and Eastern Districts of New York, hereby declares:

1. I am an attorney licensed to practice in the State of California. I am a member in good standing of the Bars of every jurisdiction to which I have been admitted to practice. A Certificate of Good Standing from the Supreme Court of California is attached.

2. I have not ever been conflicted of a felony and have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings pending against me as a member of bar of any jurisdiction to which I have been admitted to practice.

4. I am familiar with the Local Rules of the United States District Court for the Southern District of New York.

5. I hereby respectfully petition this Court to admit me *pro hac vice* to the Bar of this Court for the purpose of representing defendant Charles Shrem in the above-entitled civil action

Dated: November 29, 2018

Respectfully Submitted,

Donald R. Pepperman
Baker Marquart LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Tel.: (424) 652-7800/Fax: (424) 652-7850
dpepperman@bakermarquart.com

*Attorney for Defendant Charles Shrem*

2