UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, | : | 18-cv-8250 (JSR) |
| Plaintiff, | : | |
| v. | | **[PROPOSED] ORDER FOR** |
| CHARLES SHREM, | | **ADMISSION *PRO HAC VICE*** |
| | : | **OF DONALD R.** |
| | | **PEPPERMAN** |
| | : | |
| Defendant. | | |

--------------------------------------------------------x

1

The motion of Donald R. Pepperman, for admission to practice *pro hac vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

Applicant's Name:  Donald R. Pepperman

Firm Name:  Baker Marquart LLP

Address:  777 S. Figueroa Street, Suite 2850

City/State/Zip:  Los Angeles, CA 90017

Telephone/Fax: (424) 652-7800/(424) 652-7850

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Charles Shrem in the above entitled civil action;

IT IS HEREBY ORDERED that Donald R. Pepperman is admitted to practice *pro hacv vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  December ___, 2018                    _____
                                                                          Honorable Jed S. Rakoff
                                                                          United States District Judge