UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

WINKLEVOSS CAPITAL FUND, LLC,   :   18-cv-8250 (JSR)

        Plaintiff,   :

  v.   **[PROPOSED] ORDER FOR**
CHARLES SHREM,   ***ADMISSION PRO HAC VICE***
                      :   **OF DONALD R.**
                                       **PEPPERMAN**

        Defendant.   :
-------------------------------------------------------x





1

The motion of Donald R. Pepperman, for admission to practice *pro hac vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

Applicant's Name: Donald R. Pepperman

Firm Name: Baker Marquart LLP

Address: 777 S. Figueroa Street, Suite 2850

City/State/Zip: Los Angeles, CA 90017

Telephone/Fax: (424) 652-7800/(424) 652-7850

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Charles Shrem in the above entitled civil action;

IT IS HEREBY ORDERED that Donald R. Pepperman is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 2, 2018

Honorable Jed S. Rakoff
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, | : | 18-cv-8250 (JSR) |
| Plaintiff, | : | |
| v. | | **MOTION FOR ADMISSION** |
| | : | ***PRO HAC VICE* OF** |
| CHARLES SHREM, | | **DONALD R. PEPPERMAN** |
| | : | |
| Defendant. | | |

------------------------------------------------------x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Donald R. Pepperman hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for defendant Charles Shrem in the above-captioned civil action. I am in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the Affidavit pursuant to Local Rule 1.3.

Dated: November 29, 2018

Respectfully Submitted,

*Donald R. Pepperman*
Donald R. Pepperman
Baker Marquart LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Tel.: (424) 652-7800/Fax: (424) 652-7850
dpepperman@bakermarquart.com

*Attorney for Defendant Charles Shrem*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

WINKLEVOSS CAPITAL FUND, LLC,   :   18-cv-8250 (JSR)

        Plaintiff,   :
  v.   **AFFIDAVIT FOR ADMISSION**
                                               :   ***PRO HAC VICE* OF**
CHARLES SHREM,   **DONALD R. PEPPERMAN**

        Defendant.   :
---------------------------------------------------------x

1

I, Donald R. Pepperman, pursuant to Local Rule 1.3. of the Southern and Eastern Districts of New York, hereby declares:

1. I am an attorney licensed to practice in the State of California. I am a member in good standing of the Bars of every jurisdiction to which I have been admitted to practice. A Certificate of Good Standing from the Supreme Court of California is attached.

2. I have not ever been conflicted of a felony and have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings pending against me as a member of bar of any jurisdiction to which I have been admitted to practice.

4. I am familiar with the Local Rules of the United States District Court for the Southern District of New York.

5. I hereby respectfully petition this Court to admit me *pro hac vice* to the Bar of this Court for the purpose of representing defendant Charles Shrem in the above-entitled civil action

Dated: November 29, 2018

Respectfully Submitted,

*Donald R. Pepperman*
Donald R. Pepperman
Baker Marquart LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Tel.: (424) 652-7800/Fax: (424) 652-7850
dpepperman@bakermarquart.com

*Attorney for Defendant Charles Shrem*



# Supreme Court of California

JORGE E NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *DONALD ROSS PEPPERMAN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that DONALD ROSS PEPPERMAN, #109809, was on the 12th day of December 1983, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 14th day of November 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
F. Coello, Deputy Clerk