UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHARLES SHREM<br><br>　　　　　　Defendants. | Case No.  18-cv-8250 (JSR)<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF SAM FERGUSON** |

　　　　The motion of Sam Ferguson, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

　　　　Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Sam Ferguson |
| Firm Name: | The Meade Firm p.c. |
| Address: | 12 Funston Ave., Suite A |
| City / State / Zip: | San Francisco, CA 94129 |
| Telephone / Fax: | (415) 724-9600 (tel) |

　　　　Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the named plaintiff in the above-entitled action;

　　　　**IT IS HEREBY ORDERED** that Sam Ferguson is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New

-1-

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December _____, 2018

                                                      _____
                                                      THE HONORABLE JED S. RAKOFF
                                                      UNITED STATES DISTRICT JUDGE