# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SHREM<br><br>Defendants. | Case No. 18-cv-8250 (JSR)<br><br>[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF SAM FERGUSON<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 12/19/18 |

The motion of Sam Ferguson, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Sam Ferguson |
| Firm Name: | The Meade Firm p.c. |
| Address: | 12 Funston Ave., Suite A |
| City / State / Zip: | San Francisco, CA 94129 |
| Telephone / Fax: | (415) 724-9600 (tel) |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the named plaintiff in the above-entitled action;

**IT IS HEREBY ORDERED** that Sam Ferguson is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New

-1-

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 8, 2018

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SHREM<br><br>Defendants. | Case No. 18-cv-8250 (JSR)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF SAM FERGUSON** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Sam Ferguson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the named plaintiff in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED: December 5, 2018         Respectfully submitted,

By: _____
Sam Ferguson
THE MEADE FIRM p.c.
12 Funston Ave., Suite A
San Francisco, CA 94129
Telephone: (415) 724-9600
sam@meadefirm.com
*Attorneys for Plaintiffs*

-1-

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SHREM<br><br>Defendants. | Case No. 18-cv-8250 (JSR)<br><br>**AFFIDAVIT FOR ADMISSION PRO HAC VICE OF SAM FERGUSON** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Sam Ferguson, declare that (a) I have never been convicted of a felony, (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court, and (c) there are no disciplinary proceedings presently against me.

DATED: December 5, 2018

Respectfully submitted,

By: _____

Sam Ferguson
THE MEADE FIRM P.C.
12 Funston Ave., Suite A
San Francisco, CA 94169
Telephone: (415) 724-9600
sam@meadefirm.com
*Attorney for Plaintiff*



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *SAMUEL IVAN FERGUSON*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that SAMUEL IVAN FERGUSON, #270957, was on the 1st day of September 2010, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 19th day of November 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Wong, Senior Deputy Clerk