UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WINKLEVOSS CAPITAL FUND, LLC,

    Plaintiff,

    -v-

CHARLES SHREM

    Defendant.
------------------------------------x

18-cv-8250 (JSR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/18

JED S. RAKOFF, U.S.D.J.

    Before the Court are defendant Charles Shrem's motions to dismiss plaintiff's complaint on various grounds and to strike certain paragraphs from the complaint. See Dkt. 62, 65. The Court received full briefing and oral argument from both sides as to each motion.

    After careful consideration, the Court denies both motions. An opinion explaining the reasons for these rulings will issue in due course.

    SO ORDERED

Dated:    New York, NY

           December 20, 2018

_____
JED S. RAKOFF, U.S.D.J.