UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

WINKLEVOSS CAPITAL FUND, LLC,         18-cv-8250 (JSR)

        Plaintiff   :
  v.
                              :
CHARLES SHREM,
                              :
        Defendant.
-------------------------------------------------------x

## DEFENDANT CHARLES SHREM'S NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO N.Y. C.P.L.R. §§ 6212 (b), (e)

PLEASE TAKE NOTICE that Defendant Charles Shrem ("Shrem"), by and through his undersigned counsel, Baker Marquart LLP, respectfully seeks an award of reasonable attorneys' fees and costs associated with his successful opposition to Winklevoss Capital Fund, LLC 's ("WCF's") motion for confirmation of the prejudgment attachment.

On November 14, 2018, the Court held a telephonic conference with counsel and ordered Shrem to file his motion for attorneys' fees and costs by December 21, 2018. During that same conference, the Court stated that WCF's deadline to submit opposition papers, if any, is January 4, 2018. Shrem's time to submit reply papers, if any, is January 11, 2018. The Court will not hear oral argument on the matter.

WHEREFORE, Shrem respectfully requests that the Court enter an order granting the relief requested herein, and such other and further relief as the Court deems just and proper.

Dated:  December 21, 2018                                                        BRIAN E. KLEIN
                                                             DONALD R. PEPPERMAN (*pro hac vice*)
                                                                     BAKER MARQUART LLP
                                                   777 S. Figueroa Street, Suite 2850
                                                         Los Angeles, California 90017
                                                                     (424) 652-7800
                                                        bklein@bakermarquart.com
                                                  *Attorneys for Defendant Charlie Shrem*