# EXHIBIT 3



### Biography

Teresa has represented individual and corporate clients at all stages of complex commercial litigation in both state and federal courts. Her cases have ranged from simple contract disputes to complicated, multi-party litigation, with an emphasis on intellectual property, entertainment, securities and cryptocurrency and false advertising and consumer protection matters. She has also served as outside general counsel to numerous businesses.

Before joining Baker Marquart, Teresa clerked for the Honorable Dale S. Fischer in the Central District of California and worked in the New York office of Simpson, Thacher & Bartlett LLP. She also served as a legal consultant to ABC News and a CBS primetime legal drama.

Teresa received her law degree from Harvard Law School, where she represented indigent clients through Harvard Defenders, one of Harvard's legal clinics, and externed at the U.S. Attorney's Office in the Eastern District of New York. She received her bachelor's degree with distinction in English Literature from Stanford University, where she was elected to Phi Beta Kappa.

She is admitted to practice in New York and California.



Teresa Huggins

thuggins@bakermarquart.com
777 S. Figueroa Street
Suite 2850
Los Angeles, California 90017
424.652.7813 direct
424.652.7850 fax