# EXHIBIT 4



### Biography

Brian focuses his practice primarily on complex commercial litigation, intellectual property and entertainment. He represents a wide range of clients, from Fortune 500 companies to closely held corporations and high net worth individuals. Brian received his law degree from the University of Southern California's Gould School of Law, where he received the USC Law Merit Scholarship and was a member of the Hale Moot Court Honors Program. He graduated cum laude from the University of California, Los Angeles, with a B.A. in History.



Brian Grace

bgrace@bakermarquart.com
777 S. Figueroa Street
Suite 2850
Los Angeles, California 90017
424.652.7805 direct
424.652.7850 fax