UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| WINKLEVOSS CAPITAL FUND, LLC, | : | 18-cv-8250 (JSR) |
| Plaintiff | : | |
| v. | | |
| | : | |
| CHARLES SHREM, | | |
| | : | |
| Defendant. | | |

-------------------------------------------------------x

**[PROPOSED] ORDER GRANTING DEFENDANT CHARLES SHREM'S
MOTION FOR ATTORNEYS' FEES AND COSTS**

BRIAN E. KLEIN
DONALD R. PEPPERMAN (*pro hac vice*)
BAKER MARQUART LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Tel: (424) 652-7800
bklein@bakermarquart.com
dpepperman@bakermarquart.com

*Attorneys for Charlie Shrem*

## [PROPOSED] ORDER

The Court, having considered Defendant Charles Shrem's Motion for Attorneys' Fees and Costs, brought pursuant to N.Y. C.P.L.R. §§ 6212 (b), (e), and all papers filed in connection therewith; good cause appearing, the Court GRANTS the Motion and awards defendant Shrem reasonable attorneys' fees in the amount of $76,156 and costs in the amount of $1,053.  Plaintiff Winklevoss Capital Fund, LLC shall pay the award to defendant Shrem within ten (10) days of the entry of this Order.

**IT IS SO ORDERED.**

Dated:

_____
JED S. RAKOFF
United States District Judge