UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>      Plaintiffs,<br><br>  v.<br><br>CHARLIE SHREM,<br><br>      Defendant. | Case No.  18-cv-8250 (JSR)<br><br>**JOINT NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Tyler Meade, Esq., principal at The Meade Firm p.c., hereby enters his appearance in this litigation as counsel for Cameron Winklevoss, Tyler Winklevoss, Winklevoss Capital Management, LLC, Winklevoss Bitcoin Trust, and Gemini Trust Company, LLC.

DATED:  January 24, 2019        Respectfully submitted,


                                      By: */s/ Tyler Meade*

Tyler Meade
THE MEADE FIRM P.C.
California Office:
    12 Funston Avenue, Suite A
    San Francisco, CA 94129
New York Office:
    111 Broadway, Suite 2002
    New York, NY 10006
Telephone: (415) 724-9600
Facsimile: (415) 510-2544
tyler@meadefirm.com