# Exhibit E

**Subject:** RE: WCF v. Shrem
**Date:** Tuesday, January 22, 2019 at 6:16:00 PM Pacific Standard Time
**From:** Teresa Huggins
**To:** Sam Ferguson, Tyler Meade, Seena Forouzan, Donald Pepperman, Brian Klein

Sam,

As we discussed, we do not plan to open any of the contested subpoenas we received until the Court rules on the motion to quash.

Please confirm that you will produce a privilege log, as was represented on today's call. We ask that it be produced no later than Friday. We can do the same.

Thanks,
Teresa

-----Original Message-----
From: Sam Ferguson <sam@meadefirm.com>
Sent: Tuesday, January 22, 2019 2:06 PM
To: Tyler Meade <tyler@meadefirm.com>; Teresa Huggins <thuggins@bakermarquart.com>; Seena Forouzan <seena@meadefirm.com>; Donald Pepperman <Dpepperman@bakermarquart.com>; Brian Klein <bklein@bakermarquart.com>
Subject: WCF v. Shrem

Brian, Donald, Teresa,

Please let us know when you are available tomorrow to call chambers to schedule briefing on the motions to quash.

I also write to confirm what you stated on the call with the Court and in our previous meet and confer that you will not look at any records produced in response to your subpoenas until the Court rules on our motions to quash in the event that documents are produced before the Court has a chance to rule. Please confirm.

Thanks,

Sam