# Exhibit 2

**Subject:** RE: Winkelvoss Capital Fund, LLC v. Charles Shrem (18CV8250 (JSR)) -- Sealing Application
**Date:** Monday, November 5, 2018 at 5:35:44 PM Pacific Standard Time
**From:** Brian Klein
**To:** Katherine_Munyan@nysd.uscourts.gov
**CC:** Donald Pepperman, RakoffNYSDChambers@nysd.uscourts.gov, Sam Ferguson (sam@meadefirm.com), Seena Forouzan (seena@meadefirm.com), Teresa Huggins, Tyler Meade

Ms. Munyan,

Thank you for letting us know the Court's view and decision. We will file the unredacted copies of the Shrem affidavit and supporting exhibits by close of business tomorrow, per the Court's order.

Best regards,
Brian

Brian E. Klein
Baker Marquart LLP
(424) 652-7814

**From:** Katherine_Munyan@nysd.uscourts.gov <Katherine_Munyan@nysd.uscourts.gov>
**Sent:** Monday, November 5, 2018 3:21 PM
**To:** Brian Klein <bklein@bakermarquart.com>
**Cc:** Donald Pepperman <Dpepperman@bakermarquart.com>; RakoffNYSDChambers@nysd.uscourts.gov; Sam Ferguson (sam@meadefirm.com) <sam@meadefirm.com>; Seena Forouzan (seena@meadefirm.com) <seena@meadefirm.com>; Teresa Huggins <thuggins@bakermarquart.com>; Tyler Meade <tyler@meadefirm.com>
**Subject:** Re: Winkelvoss Capital Fund, LLC v. Charles Shrem (18CV8250 (JSR)) -- Sealing Application

Counsel,

The Court has reviewed defendant's application to file under seal the Shrem affidavit and supporting exhibits. In the Court's view, defendant has not remotely made an adequate showing sufficient to overcome the strong presumption in favor of public access to court filings. Accordingly, the application is denied. In addition, since defendant has prematurely filed a redacted version of these materials with the clerk of the court, defendant should now file unredacted copies by no later than close of business on November 6.

Thank you,

Katherine Munyan

Law Clerk to the Hon. Jed S. Rakoff
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1340
New York, NY 10007
Office: (212) 805-0401
Katherine Munyan

Law Clerk to the Hon. Jed S. Rakoff
U.S. District Court for the Southern District of New York

Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1340
New York, NY 10007
Office: (212) 805-0401

| | |
|---|---|
| From: | Brian Klein <bklein@bakermarquart.com> |
| To: | "RakoffNYSDChambers@nysd.uscourts.gov" <RakoffNYSDChambers@nysd.uscourts.gov> |
| Cc: | "katherine_munyan@nysd.uscourts.gov" <katherine_munyan@nysd.uscourts.gov>, Donald Pepperman <Dpepperman@bakermarquart.com>, Teresa Huggins <thuggins@bakermarquart.com>, Tyler Meade <tyler@meadefirm.com>, "Sam Ferguson (sam@meadefirm.com)" <sam@meadefirm.com>, "Seena Forouzan (seena@meadefirm.com)" <seena@meadefirm.com> |
| Date: | 11/05/2018 04:31 PM |
| Subject: | Winkelvoss Capital Fund, LLC v. Charles Shrem (18CV8250 (JSR)) -- Sealing Application |

Dear Chambers,

Per the parties' call with the Court last Thursday, attached are defendant Charlie Shrem's *ex parte* sealing application, proposed order, along with two affidavits. The first affidavit (mine) supports the application, and the second affidavit (Shrem's) and its exhibits are what we seek to file under seal. A redacted copy of Shrem's affidavit and its exhibits was just publicly filed via ECF.

If the Court has any questions, we are available to discuss at the Court's convenience in advance of this Thursday's hearing.

Best regards,
Brian

**Brian E. Klein** | Baker Marquart LLP
PLEASE NOTE OUR ADDRESS HAS CHANGED
777 S. Figueroa Street, Suite 2850 | Los Angeles, CA 90017
Tel: (424) 652-7814 | Fax: (424) 652-7850
Email: bklein@bakermarquart.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========
 [attachment "Ex parte Application for Leave to File the Shrem Affidavit - UNDER SEAL (00126879xB0A52).pdf" deleted by Katherine Munyan/NYSD/02/USCOURTS] [attachment "PROPOSED Order Grating Ex Parte Sealing Application - UNDER SEAL (00126881xB0A52).pdf" deleted by Katherine Munyan/NYSD/02/USCOURTS] [attachment "Affidavit of Brian E. Klein in Support of Ex Parte Sealing Application - UNDER SEAL (00126880xB0A52).pdf" deleted by Katherine Munyan/NYSD/02/USCOURTS] [attachment "Ex A  - Ex. C to Shrem Decl. - UNREDACTED SEALED (00126861xB0A52).pdf" deleted by Katherine Munyan/NYSD/02/USCOURTS] [attachment "Shrem Affidavit (Unredacted) - 11-5-18 (00126886xB0A52).pdf" deleted by Katherine Munyan/NYSD/02/USCOURTS]