

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
WINKLEVOSS CAPITAL FUND, LLC,       :
                                    :
        Plaintiff,                  :
                                    :    18-cv-8250(JSR)
        -v-                         :
                                    :    ORDER
CHARLES SHREM,                      :
                                    :
        Defendant.                  :
-----------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is the motion of plaintiff Winklevoss Capital Fund, LLC and five non-party movants, Cameron Winklevoss, Tyler Winklevoss, Gemini Trust Company LLC, Winklevoss Capital Management LLC, and Winklevoss Bitcoin Trust, to quash document subpoenas issued by defendant Charlie Shrem to Matthew Gruchevsky, Silicon Valley Bank, Silvergate Bank, Chase Bank, Metropolitan Bank Holding Corp., Signature Securities Group Corporation, and Deutsche Bank Trust Corporation. See Dkt. 94. After careful consideration of the parties' written submissions, the Court concludes that the subpoenas, as currently written, are overbroad.[1] Accordingly, the Court grants the motion to quash without prejudice to Shrem issuing more

---

[1] The Court finds that movants have standing to challenge these subpoenas as the subpoenas are seeking movants' financial records. See, e.g., Arias-Zeballos v. Tan, No. 88-cv-45062 (PKL), 2007 WL 210112 at *1 (S.D.N.Y. Jan. 25, 2007); In re Flag Telecom Holdings, Ltd. Secs. Litig., No. 06-cv-1268 (GEL)(KNF), 2006 WL 2642192 at *2 (S.D.N.Y. Sept. 13, 2006).

particularized subpoenas directed to the same entities. The Clerk is directed to close docket number 94.

SO ORDERED

Dated:   New York, NY
         January 31, 2019

JED S. RAKOFF, U.S.D.J.