UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARLES SHREM<br><br>　　　　Defendants. | Case No. 18-cv-8250 (JSR)<br><br>**AFFIDAVIT FOR ADMISSION *PRO HAC VICE* OF ANNE DECKER** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Anne Decker, declare that (a) I have never been convicted of a felony, (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court, and (c) there are no disciplinary proceedings presently against me.

DATED: February 8, 2019　　　　Respectfully submitted,

By: /s/ Anne Decker

Anne Decker
THE MEADE FIRM P.C.
12 Funston Ave., Suite A | San Francisco, CA  94129
111 Broadway, Suite 2002 | New York, NY  10006
(415) 724-9600 (phone)
(415) 510-2544 (fax)
*Attorneys for Plaintiffs*