UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARLES SHREM<br><br>　　　　Defendants. | Case No. 18-cv-8250 (JSR)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF ANNE DECKER** |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Anne Decker, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the plaintiff in the above-captioned action. I am seeking admission Pro Hac Vice for more immediate involvement in this matter, while seeking admission to the Southern District of New York.

　　　　I am in good standing of the bars of the states of California and New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED: February 8, 2019　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: _____/s/ Anne Decker_____

　　　　　　　　　　　　　　　　　　　　Anne Decker

-1-

THE MEADE FIRM P.C.
12 Funston Ave., Suite A | San Francisco, CA  94129
111 Broadway, Suite 2002 | New York, NY  10006
(415) 724-9600 (phone)
(415) 510-2544 (fax)
*Attorneys for Plaintiffs*