UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>       Plaintiff,<br><br>v.<br><br>CHARLES SHREM<br><br>       Defendants. | Case No. 18-cv-8250 (JSR)<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF ANNE DECKER** |

      The motion of Anne Decker, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

      Applicant has declared that she is a member in good standing of the bar of the states of California and New York; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Anne Decker |
| Firm Name: | The Meade Firm p.c. |
| Address: | 12 Funston Ave., Suite A |
| City / State / Zip: | San Francisco, CA 94129 |
| Telephone / Fax: | (415) 724-9600 (phone); (415) 510-2544 (fax) |

      Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for all named plaintiffs in the above-entitled action;

      **IT IS HEREBY ORDERED** that Anne Decker is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February ___, 2019

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE