UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SHREM<br><br>Defendants. | Case No. 18-cv-8250 (JSR)<br><br>[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF ANNE DECKER |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/19

The motion of Anne Decker, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the states of California and New York; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Anne Decker |
| Firm Name: | The Meade Firm p.c. |
| Address: | 12 Funston Ave., Suite A |
| City / State / Zip: | San Francisco, CA 94129 |
| Telephone / Fax: | (415) 724-9600 (phone); (415) 510-2544 (fax) |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for all named plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Anne Decker is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New

-1-

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 17, 2019

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SHREM<br><br>Defendants. | Case No. 18-cv-8250 (JSR)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF ANNE DECKER** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Anne Decker, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the plaintiff in the above-captioned action. I am seeking admission Pro Hac Vice for more immediate involvement in this matter, while seeking admission to the Southern District of New York.

I am in good standing of the bars of the states of California and New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED: February 8, 2019         Respectfully submitted,

By: _____

Anne Decker

-1-

THE MEADE FIRM P.C.
12 Funston Ave., Suite A | San Francisco, CA 94129
111 Broadway, Suite 2002 | New York, NY 10006
(415) 724-9600 (phone)
(415) 510-2544 (fax)
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SHREM<br><br>Defendants. | Case No. 18-cv-8250 (JSR)<br><br>**AFFIDAVIT FOR ADMISSION *PRO HAC VICE* OF ANNE DECKER** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Anne Decker, declare that (a) I have never been convicted of a felony, (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court, and (c) there are no disciplinary proceedings presently against me.

DATED: February 8, 2019

Respectfully submitted,

By: /s/ Anne Decker

Anne Decker
THE MEADE FIRM P.C.
12 Funston Ave., Suite A | San Francisco, CA 94129
111 Broadway, Suite 2002 | New York, NY 10006
(415) 724-9600 (phone)
(415) 510-2544 (fax)
*Attorneys for Plaintiffs*

-1-



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Anne Orelind Becker** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **26th** day of **June 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on January 15, 2019.



*Aprilanne Agostino*

Clerk of the Court



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

#### *ANNE O. DECKER*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ANNE O. DECKER, #268435, was on the 30th day of December, 2009, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 23rd day of January, 2019.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
V. H. Calanoc, Sr. Deputy Clerk