```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WINKLEVOSS CAPITAL FUND, LLC,        :
                                     :
        Plaintiff,                   :
                                     :        18-cv-8250(JSR)
        -v-                          :
                                     :        ORDER
CHARLES SHREM,                       :
                                     :
        Defendant.                   :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

   For the reasons stated from the bench, and agreed to by the parties, Tyler Meade, counsel for plaintiff, is hereby ordered to pay $15,000 by certified check to the Clerk of Courts and $15,000 to defendant's counsel as sanctions pursuant to Rule 30 of the Federal Rules of Civil Procedure for his frustration of depositions. Both of these payments must be completed by March 15, 2019.

        SO ORDERED

Dated:   New York, NY
         March 6, 2019                    _____
                                          JED S. RAKOFF, U.S.D.J.