UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINKLEVOSS CAPITAL FUND, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES SHREM,<br><br>　　　　　Defendant. | Case No. 18-cv-8250 (JSR)<br><br>[PROPOSED] ORDER ON DISCOVERY |

Pursuant to the Court's teleconference with counsel for plaintiff Winklevoss Capital Fund (WCF) and defendant Charles Shrem on March 15, 2019, the Court orders production of those documents in WCF's possession that were intended to constitute Exhibit A to a settlement agreement exchanged in discovery.

　　　　　　　　　　　　　　　　　　　　　　　Hon. Jed S. Rakoff
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　　　　　Dated: March 20, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/19
```

-1-