# Exhibit B

| | |
|---|---|
| **Subject:** | FW: Winklevoss Capital Fund, LLC v. Charles Shrem: Subpoenas |
| **Date:** | Monday, March 18, 2019 at 11:43:07 AM Pacific Daylight Time |
| **From:** | Tyler Meade |
| **To:** | Teresa Huggins, Donald Pepperman, Brian Klein |
| **CC:** | Sam Ferguson, Annie Decker, Seena Forouzan |
| **Attachments:** | 2019.03.15_Deposition Subpoena to Tyler Meade (00133397xB0A52).pdf, 2019.03.15_Subpoena_Documents_The Meade Firm (00133416xB0A52).pdf, image001.jpg, image002.jpg |

Counsel,

I write to begin the process of meeting and conferring on the subpoena for my deposition.  Please explain your factual basis for seeking this deposition, the topics you seek to cover, and why you think a deposition of me is required (as opposed to less obtrusive methods of obtaining the same information/making the same point).

-Tyler

—



TYLER MEADE | THE MEADE FIRM p.c.
12 FUNSTON AVE., SUITE A | SAN FRANCISCO, CA  94129
111 BROADWAY, SUITE 2002 | NEW YORK, NY  10006
415-724-9600

CONFIDENTIALITY NOTICE: This email may contain material that is confidential, privileged and/or attorney work product.  Any use of this email by an unintended recipient is strictly prohibited.  If you are not the intended recipient, please contact The Meade Firm p.c. and delete all copies.brian

**From:** Tyler Meade <tyler@meadefirm.com>
**Date:** Friday, March 15, 2019 at 3:56 PM
**To:** Teresa Huggins <thuggins@bakermarquart.com>
**Cc:** Sam Ferguson <sam@meadefirm.com>, Seena Forouzan <seena@meadefirm.com>, Brian Klein <bklein@bakermarquart.com>, Donald Pepperman <Dpepperman@bakermarquart.com>
**Subject:** Re: Winklevoss Capital Fund, LLC v. Charles Shrem: Subpoenas

I'll accept service, but reserve all rights to object (except as to service).

—

TYLER MEADE | THE MEADE FIRM p.c.

12 FUNSTON AVE., SUITE A | SAN FRANCISCO, CA  94129
111 BROADWAY, SUITE 2002 | NEW YORK, NY  10006
415-724-9600

CONFIDENTIALITY NOTICE: This email may contain material that is confidential, privileged and/or attorney work product.  Any use of this email by an unintended recipient is strictly prohibited.  If you are not the intended recipient, please contact The Meade Firm p.c. and delete all copies.

---

**From:** Teresa Huggins <thuggins@bakermarquart.com>
**Date:** Friday, March 15, 2019 at 3:53 PM
**To:** Tyler Meade <tyler@meadefirm.com>
**Cc:** Sam Ferguson <sam@meadefirm.com>, Seena Forouzan <seena@meadefirm.com>, Brian Klein <bklein@bakermarquart.com>, Donald Pepperman <Dpepperman@bakermarquart.com>
**Subject:** Winklevoss Capital Fund, LLC v. Charles Shrem: Subpoenas

Tyler,

Please let us know if you will accept service for the attached subpoenas.

Thank you,
Teresa Huggins
Baker Marquart LLP
(424) 652-7813