# Exhibit C

| | |
|---|---|
| **Subject:** | RE: Winklevoss Capital Fund, LLC v. Charles Shrem: Subpoenas |
| **Date:** | Thursday, March 21, 2019 at 4:26:31 PM Pacific Daylight Time |
| **From:** | Donald Pepperman |
| **To:** | Tyler Meade, Teresa Huggins, Brian Klein |
| **CC:** | Sam Ferguson, Annie Decker, Seena Forouzan |
| **Attachments:** | image001.jpg, image002.jpg, image003.png, Meade Deposition Topics.pdf |

Tyler:

In response to your inquiries: (1) you are an essential percipient fact witness as to various significant facts that either serve to prove or disprove various claims and defenses asserted in this civil litigation; (2) an outline of the most significant topics for your deposition are listed in the attached; and (3) you have specific and personal knowledge with respect to the listed topics and are identified as the sender and author of your July 23, 2013 letter to Mr. Shrem.  Other party and non-party witnesses have been deposed touching on a few of these subjects but their recollections were not clear; they lacked personal knowledge; their testimony would not be binding or could be hearsay; and/or your firm obstructed our efforts to obtain some of this critical information.  We are not aware of any "less obtrusive methods" of obtaining this probative and essential information needed to effectively defend Mr. Shrem's in this case.  I trust this answers your inquiries.

Don


## Donald R. Pepperman
**Partner**
**BAKER MARQUART LLP**
dpepperman@bakermarquart.com
777 S. Figueroa Street
Suite 2850
Los Angeles, California 90017
TEL 424.652.7804
FAX 424.652.7850
www.bakermarquart.com



---

**From:** Tyler Meade <tyler@meadefirm.com>
**Sent:** Monday, March 18, 2019 11:43 AM
**To:** Teresa Huggins <thuggins@bakermarquart.com>; Donald Pepperman <Dpepperman@bakermarquart.com>; Brian Klein <bklein@bakermarquart.com>

**Cc:** Sam Ferguson <sam@meadefirm.com>; Annie Decker <annie@meadefirm.com>; Seena Forouzan <seena@meadefirm.com>
**Subject:** FW: Winklevoss Capital Fund, LLC v. Charles Shrem: Subpoenas

Counsel,

I write to begin the process of meeting and conferring on the subpoena for my deposition.  Please explain your factual basis for seeking this deposition, the topics you seek to cover, and why you think a deposition of me is required (as opposed to less obtrusive methods of obtaining the same information/making the same point).

-Tyler

—



TYLER MEADE | THE MEADE FIRM p.c.
12 FUNSTON AVE., SUITE A | SAN FRANCISCO, CA  94129
111 BROADWAY, SUITE 2002 | NEW YORK, NY  10006
415-724-9600

CONFIDENTIALITY NOTICE: This email may contain material that is confidential, privileged and/or attorney work product.  Any use of this email by an unintended recipient is strictly prohibited.  If you are not the intended recipient, please contact The Meade Firm p.c. and delete all copies.brian

---

**From:** Tyler Meade <tyler@meadefirm.com>
**Date:** Friday, March 15, 2019 at 3:56 PM
**To:** Teresa Huggins <thuggins@bakermarquart.com>
**Cc:** Sam Ferguson <sam@meadefirm.com>, Seena Forouzan <seena@meadefirm.com>, Brian Klein <bklein@bakermarquart.com>, Donald Pepperman <Dpepperman@bakermarquart.com>
**Subject:** Re: Winklevoss Capital Fund, LLC v. Charles Shrem: Subpoenas

I'll accept service, but reserve all rights to object (except as to service).

—



TYLER MEADE | THE MEADE FIRM p.c.
12 FUNSTON AVE., SUITE A | SAN FRANCISCO, CA  94129
111 BROADWAY, SUITE 2002 | NEW YORK, NY  10006
415-724-9600

CONFIDENTIALITY NOTICE: This email may contain material that is confidential, privileged and/or attorney work product.  Any use of this email by an unintended recipient is strictly prohibited.  If you are not the intended recipient, please contact The Meade Firm p.c. and delete all copies.

**From:** Teresa Huggins <thuggins@bakermarquart.com>
**Date:** Friday, March 15, 2019 at 3:53 PM
**To:** Tyler Meade <tyler@meadefirm.com>
**Cc:** Sam Ferguson <sam@meadefirm.com>, Seena Forouzan <seena@meadefirm.com>, Brian Klein <bklein@bakermarquart.com>, Donald Pepperman <Dpepperman@bakermarquart.com>
**Subject:** Winklevoss Capital Fund, LLC v. Charles Shrem: Subpoenas

Tyler,

Please let us know if you will accept service for the attached subpoenas.

Thank you,
Teresa Huggins
Baker Marquart LLP
(424) 652-7813

# **TYLER MEADE DEPOSITION**

The following are the significant topics or issues as to which Tyler Meade is a percipient fact witness concerning this civil dispute:

- Communications with Richard Paukner (WCF accountant)
- Nature and scope of work conducted by Paukner concerning the subject matter of the lawsuit and claims
- Communications with Matthew Gruchevsky (WCF accountant)
- Nature and scope of work conducted by Gruchevsky concerning the subject matter of the lawsuit and claims
- Communications with Elliptic (WCF investigator)
- Nature and scope of work conducted by Elliptic concerning the subject matter of the lawsuit and claims
- All communications Meade has had with Charlie Shrem
- Contents of Meade letter to Shrem dated July 23, 2013
- Sources of information and claims made in Meade letter to Shrem
- Authentication of Meade letter to Shrem
- Shrem response, if any, to Meade letter