# Exhibit G



Jean-Jacques Cabou
PHONE: (602) 351-8003
FAX:   (602) 648-7003
EMAIL: JCabou@perkinscoie.com

2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
PHONE: 602.351.8000
FAX: 602.648.7000
www.perkinscoie.com

July 29, 2013

**VIA EMAIL (tyler@meadeschrag.com)
AND U.S. MAIL**

Tyler Meade, Esq.
MEADE & SCHRAG LLP
1816 Fifth Street
Berkeley, CA 94710

Re:   **Winklevoss Capital Fund, LLC**

Dear Mr. Meade:

This firm represents BitInstant, LLC, and we write today in response to your letter of July 23, 2013 to BitInstant's CEO, Charlie Shrem. To be clear, both Mr. Shrem and BitInstant deny that any agreements with your client went unfulfilled, and they reject the contention that your client is owed any money or bitcoin.

Nonetheless, we are hopeful that some dialogue between the parties might resolve whatever misunderstanding or dispute exists as quickly and as amicably as possible under the circumstances. Neither Mr. Shrem nor BitInstant want an adversarial relationship with WCF or its principals. BitInstant values its relationships with all of its investors and partners, including Messrs. Winklevoss.

We sincerely hope to hear from you shortly about taking steps to bring the parties to a mutually acceptable resolution not only of the present dispute, but also of whatever other issues have recently caused your clients to engage in a course of conduct that compromises the long-term interests of the Company.

Sincerely,

Jean-Jacques Cabou

JJC:lm

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · NEW YORK
PALO ALTO · PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · TAIPEI · WASHINGTON, D.C.

Perkins Coie LLP

Confidential Pursuant to Protective Order

CONFIDENTIAL--WCF016816

**From:** Miller, Keith W. (Perkins Coie) <KeithMiller@perkinscoie.com>
**Sent:** Friday, August 23, 2013 11:40 AM PDT
**To:** Tyler Meade <tyler@meadefirm.com>
**CC:** Cabou, Jean-Jacques "J" (Perkins Coie) <JCabou@perkinscoie.com>
**Subject:** RE: Discrepancy Issue -- Settlement Communication

Tyler,

I just tried calling your office, but no one picked up. Please give me a call when you have a moment. I will be in my office for the next hour or so. Otherwise, you can call me on my cell (914) 671-2573.

Keith

**Keith W. Miller** | **Perkins Coie** LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY  10112-0015

(: (212) 262-6906
(: (917) 887-2102 (cell)
*: keithmiller@perkinscoie.com
Download V-Card

---

**From:** Tyler Meade [mailto:tyler@meadeschrag.com]
**Sent:** Friday, August 23, 2013 12:59 PM
**To:** Cabou, Jean-Jacques "J" (Perkins Coie)
**Cc:** Miller, Keith W. (Perkins Coie)
**Subject:** RE: Discrepancy Issue -- Settlement Communication

J,

My client renews its demand to be made whole on the discrepancy issue, which can most easily be accomplished by the transfer of 5,000 bitcoin by the end of the day today. If that does not happen, I will take appropriate steps to protect my client's interests.

Tyler

--
Tyler Meade
Meade & Schrag LLP
1816 Fifth Street
Berkeley, CA  94710
t: 510-843-3670
f: 510-843-3679

CONFIDENTIALITY NOTICE: This email may contain material that is confidential, privileged and/or attorney work product. Any use of this email by an unintended recipient is strictly prohibited. If you are not the intended recipient, please contact Meade & Schrag and delete all copies.

---

**From:** Cabou, Jean-Jacques "J" (Perkins Coie) [mailto:JCabou@perkinscoie.com]
**Sent:** Thursday, August 22, 2013 12:20 PM
**To:** Tyler Meade
**Cc:** Miller, Keith W. (Perkins Coie)
**Subject:** RE: Discrepancy Issue -- Settlement Communication

Tyler,

I apologize for doing this by email rather than over the phone. I would prefer to discuss this in real time to work through any potential misunderstandings. But, given your schedule and mine, this seems like the best we can do. Again, though, I reiterate what we discussed on the phone – BitInstant is interested in resolving this matter practically and in good faith, without acrimony if at all possible.

As I mentioned, I am in Alaska on client business without good access to email this week. My partner in New York, Keith Miller, is copied here. Keith and I collaborate on matters for BitInstant. As I said earlier this week neither Keith nor I are able to delve deeply into this issue with the client this week.

Based on our prior conversation, I was surprised that your email contained such a sense of urgency. After all, if we are to make the progress we discussed on the phone, both about resolving the dispute regarding the coins and about your clients' seeming unhappiness with their investment, that plainly can't be accomplished this week.

It seems to me, though, that at least some of the urgency stemmed from the possible involvement of Mr. Mellon. Keith's and my initial inquiries with the client (and they are only initial given the circumstances this week) suggest that Mr. Mellon is not, in fact, claiming a problem with BitInstant. Hopefully, with Mr. Mellon thus not a factor in this dispute, all of us can continue our discussions about the information you passed along, once Keith and I have a chance to discuss that information with our client upon my return to my office.

Thanks Again.  Safe Travels,

J

**Jean-Jacques "J" Cabou** | **Perkins Coie** LLP
2901 N. Central Avenue, Suite 2000

**Confidential Pursuant to Protective Order**                                                                                                          **CONFIDENTIAL--WCF018365**

Phoenix, AZ  85012-2788
PHONE: 602.351.8003
FAX: 602.648.7003
E-MAIL: JCabou@perkinscoie.com
BIO: www.perkinscoie.com/jcabou

---

**From:** Tyler Meade [mailto:tyler@meadeschrag.com]
**Sent:** Monday, August 19, 2013 2:53 PM
**To:** Cabou, Jean-Jacques "J" (Perkins Coie)
**Subject:** Discrepancy Issue

J,

Pursuant to our last conversation, I am forwarding some information regarding the 5,000+ bitcoin owed to my clients.

Your client provided the attached spreadsheet earlier this year to account for his purchases.  There are multiple problems with this "accounting."  Focusing initially on the first $250,000 transferred between 9/12/12 and 10/10/12 ("Initial Tranche"), the spreadsheet does not reflect the actual price paid for most of the purchases and, most importantly, does not account for $61,500 in funds that WCF transferred to your client for the purchase of bitcoin.  To amplify the latter point:

(1) 9/22/12:  Shrem reports that he purchased 3,914 bitcoin on this date.   Since he does not list the actual price paid, and the daily price listed appears to be inflated, we use an average of the high and low that day to assume a purchase price of $12.70.  Thus, these purchases account for just over $48,000 of the Initial Tranche.
(2) 9/24/12: Shrem reports purchasing 1,894 bitcoin.  We assume he spent approximately $23,000 based on an average high/low price of $12.125.
(3) 9/27/12: Shrem reports purchasing 908 bitcoin at a discounted rate of $12.10, which accounts for approximately $11,000 of the Initial Tranche.
(4) 10/2/12: 2,400 bitcoin purchased for approximately $31,000.
(5) 10/2/12: 2,490 bitcoin purchased for approximately $32,000.
(6) 10/10/12: Shrem reports purchasing 3,631 bitcoin at a supposedly discounted rate of $12.05 (which is higher than the "average high/low price of $11.98).  This accounts for approximately $43,500 of the Initial Tranche.

To date, we have received no explanation for what happened to the remaining $61,500 from the Initial Tranche.  The weighted average price during the relevant period (9/12-10/10/12) is $12.15, meaning my clients are owed 5,000+ bid coin.  Let me know when you are available to discuss a resolution.

Tyler Meade

--
Tyler Meade
Meade & Schrag LLP
1816 Fifth Street
Berkeley, CA  94710
t: 510-843-3670
f: 510-843-3679

CONFIDENTIALITY NOTICE: This email may contain material that is confidential, privileged and/or attorney work product.  Any use of this email by an unintended recipient is strictly prohibited.  If you are not the intended recipient, please contact Meade & Schrag and delete all copies.

---

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department and IRS regulations, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including any attachments) is not intended or written by Perkins Coie LLP to be used, and cannot be used by the taxpayer, for the purpose of (i) avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or any attachments).

* * * * * * * * * *

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.