# Exhibit H

**Meade & Schrag** LLP

1816 Fifth Street
Berkeley, CA 94710
p:510.843.3670
f:510.843.3679

July 11, 2014

Charlie Shrem
2812 Quentin Road
Brooklyn NY, 11229

Re:  BitInstant LLC
     Demand for Inspection

Dear Mr. Shrem:

Meade & Schrag LLP represents Maguire Ventures, LLC ("Maguire"), which as you know is a member of BitInstant, LLC.

On behalf of Maguire, I write to request the opportunity to inspect BitInstant's records pursuant to Section 13.02 of the BitInstant operating agreement, which states:

"Proper and complete records and books of account shall be kept or shall be caused to be kept by the Members in which shall be entered fully and accurately all transactions and other matters relating to the Company's business in the detail and completeness customary and usual for business of the type engaged in by the Company. The books and records shall be maintained as provided in Section 9.10 above. The books and records shall at all times be maintained at the principal executive office of the Company and shall be open to the reasonable inspection and examination of the Members or their duly authorized representatives during reasonable business hours"

In order to help narrow our request, it would be helpful if you could answer the following three questions: (1) Does BitInstant currently conduct any business? (2) Does BitInstant have an office? (3) If so, where?

Please contact me by the close of business on July 18 to discuss a mutually convenient time and place for this inspection, and/or alternative arrangements to an in-person inspection.

Very truly yours,

MEADE & SCHRAG LLP

Tyler Meade

TRM/rr

Confidential Pursuant to Protective Order

CONFIDENTIAL--WCF017099

**Meade & Schrag LLP**

1816 Fifth Street
Berkeley, CA 94710
p:510.843.3670
f:510.843.3679

July 22, 2014

<u>Via Federal Express:</u>

Charlie Shrem
2812 Quentin Road
Brooklyn NY, 11229

  Re: BitInstant LLC
     Demand for Inspection

Dear Mr. Shrem:

  Enclosed is a letter that I sent to you on June 14, 2014. A printout from the FedEx website (also enclosed) indicates that it was delivered to you on June 15, 2014.

  I direct this correspondence to you in your capacity as the principal, representative and/or agent of EDP Marketing, LLC, which is the Managing Member of BitInstant

  I have not received a response to the enclosed letter. If I do not here from you by July 29, 2014, I will conclude that EDP Marketing, LLC is no longer functioning as the Managing Member of BitInstant.

        Very truly yours,

        MEADE & SCHRAG LLP

        Tyler Meade

Encl.
TRM/rr

**Meade & Schrag LLP**

1816 Fifth Street<br>
Berkeley, CA 94710<br>
p:510.843.3670<br>
f:510.843.3679

December 1, 2014

*<u>Via Federal Express</u>*

Charlie Shrem
2812 Quentin Road
Brooklyn, NY  11229

    Re:    BitInstant LLC
            Demand for Inspection

Dear Mr. Shrem:

    I write regarding Maguire Ventures, LLC's requests to inspect the books and records of BitInstant LLC. Maguire first requested an inspection by letter dated July 11, 2014. You did not respond. Maguire reiterated its request for inspection in a second letter dated July 22, 2014. Again, you did not respond.

    Maguire will be compelled to file an updated version of the enclosed petition unless you make all of BitInstant's books and records available for inspection and copying before December 12, 2014. We require at least three days advance notice of the time and place of the inspection. We reserve all rights and remedies on Maguire's behalf.

                                       Sincerely,

                                       MEADE & SCHRAG LLP

                                       Tyler Meade

TRM/rr
Encl.