# Exhibit I

**Subject:** RE: Request for Inspection re BitInstant
**Date:** Saturday, July 12, 2014 at 7:57:40 AM Pacific Daylight Time
**From:** Marc Agnifilo
**To:** Tyler Meade
**CC:** Jacob Kaplan

Tyler. Thank you for contacting me but my representation of charlie is limited to the criminal case charged by the US Attorney in the SDNY.

Thanks again.

Marc

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Tyler Meade
Date:07/11/2014 2:35 PM (GMT-05:00)
To: Marc Agnifilo
Subject: Request for Inspection re BitInstant

Marc,

I represent Maguire Ventures, LLC, one of the members of BitInstant. We have prepared the attached Demand for Inspection of Records which we intend to serve on Charlie Shrem in his capacity as the principal/representative/agent of EDP Marketing, LLC. As you may know, EDP is the Managing Member of BitInstant.

While I understand you represent Mr. Shrem in federal criminal proceedings, I do not know whether your representation extends to other matters, such as EDP and/or BitInstant. That is why I am directing the attached Demand to you, at least initially.

Please let me know whether you except this on Mr. Shrem's behalf, whether there is another attorney who represents him on matters relating to EDP/BitInstant, or whether we should simply send this to Mr. Shrem directly.

Thanks,

Tyler Meade

--
Tyler Meade
Meade & Schrag LLP
1816 Fifth Street
Berkeley, CA  94710
t: 510-843-3670
f: 510-843-3679

CONFIDENTIALITY NOTICE: This email may contain material that is confidential, privileged and/or attorney work product. Any

Page 1 of 2

Confidential Pursuant to Protective Order

CONFIDENTIAL--WCF017111

use of this email by an unintended recipient is strictly prohibited.  If you are not the intended recipient, please contact Meade & Schrag and delete all copies.

Confidential Pursuant to Protective Order

CONFIDENTIAL--WCF017112