USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

WINKLEVOSS CAPITAL FUND, LLC,    :    18-cv-8250 (JSR)

                Plaintiff,    :    [PROPOSED] ORDER
v.        FOR RELEASE OF FUNDS ON
    :    DEPOSIT TO DEFENDANT
CHARLES SHREM,        CHARLES SHREM

    :
                Defendant.
-------------------------------------------------------x

**GOOD CAUSE APPEARING:**

The Court previously ordered that defendant Charles Shrem ("Shrem") place $61,000.00 in an escrow account with the Clerk of the Court, pending judgment in this matter. (Dkt. 57.) Shrem fully complied with that Order by making that deposit into the Court Registry. This civil matter has now been dismissed in its entirety with prejudice. The Court hereby directs that the $61,000.00 in escrow be returned to defendant Shrem within seven (7) days of the entry of this Order.

**IT IS SO ORDERED:**

Dated: April 18, 2019

                                              _____
                                              The Honorable Jed S. Rakoff
                                              United States District Court