UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

WINKLEVOSS CAPITAL FUND, LLC,  :   18-cv-8250 (JSR)

        Plaintiff  :

  v.

                                           :

CHARLES SHREM,

                                           :

       Defendant.
-----------------------------------------------------------x

## NOTICE OF STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/19

Tyler Meade
THE MEADE FIRM
12 Funston Ave., Suite A
San Francisco, CA 94129
Telephone: (415) 724-9600
tyler@meadefirm.com

*Attorneys for Plaintiff*
*Winklevoss Capital Fund, LLC*

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated by and among plaintiff Winklevoss Capital Fund, LLC ("WCF") and defendant Charles Shrem ("Shrem"), by and through their respective counsel of record, that the entire civil action be dismissed with prejudice. WCF and Shrem will each bear their own attorneys' fees and costs. The case will not be reopened.

Dated: April 16, 2019                             /s/Tyler Meade
                                                  Tyler Meade
                                                  THE MEADE FIRM

                                                  *Attorneys for Plaintiff*
                                                  *Winklevoss Capital Fund, LLC*


Dated: April 16, 2019                             /s/ Brian E. Klein
                                                  Brian E. Klein
                                                  BAKER MARQUART LLP

                                                  *Attorneys for Defendant*
                                                  *Charles Shrem*


**SO ORDERED:**

_____
U.S.D.J.

4-18-19

1